UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

## ATTORNEY FEE APPLICATION COVER SHEET

IN RE:

CINRAM GROUP, INC., *et al.*,[1]

CASE NO.:  17-15258 (VFP)

CHAPTER: 11

APPLICANT:
Cole Schotz P.C.

CLIENT:  The Official Committee of
Unsecured Creditors

CASES FILED:  March 17, 2017

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION
UNDER PENALTY OF PERJURY PURSUANT TO 28 U.S.C. § 1746.

RETENTION ORDER ATTACHED.

 */s/ Warren A. Usatine*          5/15/2017
WARREN A. USATINE            Date

| SECTION I |
| --- |
| FEE SUMMARY |

First Monthly Fee Statement Covering the Period
April 3, 2017 through April 30, 2017

| | |
| --- | --- |
| Total Previous Fees and Expenses Requested: | $0.00 |
| Total Fees and Expenses Allowed to Date: | $0.00 |
| Total Retainer (if applicable): | $0.00 |
| Total Holdback (if applicable): | N/A |
| Total Received by Applicant: | $0.00 |

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

| | Name of Professional and Title | Year Admitted | Hours | Rate | Fee |
|---|---|---|---|---|---|
| A. | Warren A. Usatine, Member | 1995 | 18.50 | $715.00 | $13,227.50 |
| B. | Ryan T. Jareck, Member | 2008 | 25.50 | $495.00 | $12,622.50 |
| C. | Jacob S. Frumkin, Associate | 2010 | 11.70 | $415.00 | $4,855.50 |
| D. | Rebecca W. Hollander, Associate | 2014 | 8.40 | $275.00 | $2,310.00 |
| E. | Frances Pisano, Paralegal | N/A | 8.10 | $275.00 | $2,227.50 |
| | TOTALS | | 72.20 | | $35,243.00 |

FEE TOTALS (Page 3)                                          $35,243.00
DISBURSEMENTS TOTALS (Page 4)                                  $300.91
TOTAL FEE APPLICATION                                        $35,543.91

2

**SECTION II**
**SUMMARY OF SERVICES**

| Services Rendered | Hours | Fee |
|---|---|---|
| a) Asset Analysis and Recovery | 2.30 | $954.50 |
| b) Asset/Business Disposition | 0.00 | $0.00 |
| c) Assumption and Rejection of Leases and Contracts | 0.00 | $0.00 |
| d) Budgeting (Case) | 0.00 | $0.00 |
| e) Business Operations | 0.00 | $0.00 |
| f) Case Administration | 24.10 | $12,177.50 |
| g) Claims Administration and Objections | 0.00 | $0.00 |
| h) Corporate Governance and Board Matters | 0.00 | $0.00 |
| i) Data Analysis | 0.00 | $0.00 |
| j) Disclosure Statement | 0.00 | $0.00 |
| k) Due Diligence | 0.00 | $0.00 |
| l) Employee Benefits/Pensions | 0.00 | $0.00 |
| m) Fee Application Preparation | 0.00 | $0.00 |
| n) Fee Employment | 19.10 | $6,942.50 |
| o) Fee Employment Objections | 0.00 | $0.00 |
| p) Financing and Cash Collateral | 0.00 | $0.00 |
| q) Lien Review | 0.00 | $0.00 |
| r) Litigation (Other than Avoidance Action Litigation) | 14.60 | $7,511.00 |
| s) Litigation Consulting | 0.00 | $0.00 |
| t) Meetings and Communications with Creditors | 9.30 | $5,923.50 |
| u) Plan of Reorganization | 0.00 | $0.00 |
| v) Preference Actions/Responses | 0.00 | $0.00 |
| w) Real Estate | 0.00 | $0.00 |
| x) Relief from Stay and Adequate Protection | 0.00 | $0.00 |
| y) Regulatory Compliance | 0.00 | $0.00 |
| z) Reporting | 1.30 | $661.50 |
| aa) Travel (non-working) | 1.50 | $1,072.50 |
| bb) Tax Issues | 0.00 | $0.00 |
| cc) Valuation | 0.00 | $0.00 |
| SERVICES TOTALS | 72.20 | $35,243.00 |

**SECTION III**
**SUMMARY OF DISBURSEMENTS**

| Disbursements | | Amount |
|---|---|---|
| a) | Computer Assisted Legal Research | |
| | Westlaw | $0.00 |
| b) | Facsimile (with rates) | |
| | Rate per Page $1.00 (Max. $1.00/pg.) | $0.00 |
| c) | Long Distance Telephone/Conference Calls | $11.99 |
| d) | In-House Reproduction | |
| | No. of Pages (1,263); Rate per Page $0.20 (Max. 20¢/pg.) | $252.60 |
| e) | Outside Reproduction | $0.00 |
| f) | Outside Research | $0.00 |
| g) | Filing/Court Fees | $0.00 |
| h) | Court Reporting | $0.00 |
| i) | Travel | $0.00 |
| j) | Courier & Express Carriers (e.g., Federal Express) | |
| | Federal Express | $0.00 | |
| | Messenger Service | $0.00 | $0.00 |
| k) | Postage | $36.32 |
| l) | Other (Explain): | |
| | Transcript of Testimony | $0.00 | |
| | Copy of Official Documents/Pacer | $0.00 | |
| | Lien/Litigation Work | $0.00 | |
| | Luncheon/Dinner Conference | $0.00 | |
| | Corporate Document Retrieval | $0.00 | |
| | Overtime | $0.00 | $0.00 |
| DISBURSEMENTS TOTAL | | $300.91 |

56419/0001-14455764v1

---

**SECTION IV**
**CASE HISTORY**

---

(1)    Date cases filed:  March 17, 2017

(2)    Chapter under which case commenced:  Chapter 11

(3)    Date of retention:  Order signed April 12, 2017, effective April 3, 2017
(Annex copy of order(s).)  **See Exhibit A.**
If limit on number of hours or other limitations to retention, set forth: N/A

(4)    Summarize in brief the benefits to the estate and attach supplements as needed:[2]

    (a)    Reviewed and analyzed all pleadings filed in the case, including, but not limited to, the motion to reject unexpired non-residential real property leases, and presented recommendations to the Committee regarding same.

    (b)    Reviewed and analyzed the Debtors' schedules of assets and liabilities, statement of financial affairs, and monthly operating reports.

    (c)    Prepared the Committee's applications to retain Cole Schotz as its counsel and EisnerAmper as its financial advisor.

    (d)    Prepared discovery requests to serve on the Debtors.  Prepared and negotiated a confidentiality agreement associated with the Debtors' production of documents. Reviewed documents produced by the Debtors.

    (e)    Reviewed all other matters concerning administration of these chapter 11 cases. Conducted regular meetings with and sent email communications to the Committee to strategize and apprise the Committee of all developments in the cases.  Prepared Committee by-laws, agendas for Committee meetings, and minutes of Committee meetings.

    (f)    Rendered all other services set forth on the invoices attached hereto.

---

[2]  The following summary is intended only to highlight the general categories of services performed by the Applicant on behalf of the Committee and the benefits rendered to the estate therefrom; it is not intended to set forth each and every item of professional service which the Applicant performed.

56419/0001-14455764v1

**INVOICES ITEMIZING SERVICES RENDERED AND OUT-OF-POCKET EXPENSES INCURRED ARE ATTACHED AS EXHIBITS "B" AND "C", RESPECTIVELY.**

(5)    Anticipated distribution to creditors:

    (a)    Administration expense: Unknown at this time.

    (b)    Secured creditors: Unknown at this time.

    (c)    Priority creditors: Unknown at this time.

    (d)    General unsecured creditors: Unknown at this time.

(6)    Final disposition of case and percentage of dividend paid to creditors (if applicable): This is the first monthly fee application.  Final dividend percentages are unknown at this time.

56419/0001-14455764v1

# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
*Proposed Attorneys for the Official Committee of*
*Unsecured Creditors*

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

CINRAM GROUP, INC. *et al.*[1]

Debtors-in-Possession.

Case No. 17-15258 (VFP)

Judge:  Vincent F. Papalia

Chapter 11
(Jointly Administered)

### ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN COLE SCHOTZ P.C. AS ITS COUNSEL *NUNC PRO TUNC* TO APRIL 3, 2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)

The relief set forth on the following pages, numbered two (2) and three (3), is hereby
**ORDERED**.

**DATED: April 25, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

(Page 2)
Debtors:           CINRAM GROUP, INC., *et al.*
Case Nos.          17-15258 (VFP)
Caption of Order:  ORDER APPROVING APPLICATION OF THE OFFICIAL
                   COMMITTEE OF UNSECURED CREDITORS TO RETAIN COLE
                   SCHOTZ P.C. AS ITS COUNSEL *NUNC PRO TUNC* TO APRIL 3,
                   2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)

---

Upon the Application (the "**Application**") of the Official Committee of Unsecured

Creditors (the "**Committee**") of Cinram Group, Inc., *et al.*, the above-captioned debtors and

debtors-in-possession (the "**Debtors**") for the entry of an Order, pursuant to Sections 328(a) and

1103(a) of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the

Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local**

**Rules**"), authorizing the Committee to retain and employ the law firm of Cole Schotz P.C.

("**Cole Schotz**") as its counsel, *nunc pro tunc* to April 3, 2017, and the Certification of Warren

A. Usatine, Esq. (the "**Usatine Certification**") in support of the Application; and it appearing

that the members, counsel, and associates of Cole Schotz who will be engaged in these Chapter

11 cases are duly qualified to practice before this Court; and the Court being satisfied, based on

the representations made in the Application and the Usatine Certification, that said attorneys

represent no interest adverse to the Committee and/or the Debtors' estates with respect to the

matters upon which they are to be engaged, that they are "disinterested persons," as that term is

defined in Section 101(14) of the Bankruptcy Code, as modified by Section 1103(b) of the

Bankruptcy Code, and that Cole Schotz's employment is necessary and would be in the best

interest of the Committee and the Debtors' estates; and finding that adequate notice of the

(Page 3)

| | |
|---|---|
| Debtors: | CINRAM GROUP, INC., *et al.* |
| Case Nos. | 17-15258 (VFP) |
| Caption of Order: | ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN COLE SCHOTZ P.C. AS ITS COUNSEL *NUNC PRO TUNC* TO APRIL 3, 2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a) |

---

Application having been given; and it appearing that no other notice need be given; and after due deliberation and sufficient cause appearing therefor, it is hereby

**ORDERED** that, in accordance with Sections 1103(a) and 328(a) of the Bankruptcy Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1, the Committee is hereby authorized and empowered to employ and retain the firm of Cole Schotz, located at 25 Main Street, Hackensack, New Jersey 07601, as its counsel, *nunc pro tunc* to April 3, 2017, to represent the Committee in these cases, and such retention is hereby approved, and it is further

**ORDERED** that Cole Schotz shall be compensated in accordance with the procedures set forth in Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may then be applicable from time to time, and such procedures as may be fixed by Order of this Court, and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters related to the implementation of this Order, and it is further

**ORDERED** that a true copy of this Order shall be served on all parties-in-interest within seven (7) days hereof.

# EXHIBIT B

# COLE SCHOTZ P.C.

Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, NJ 07602-0800
201.489.3000   201.489.1536  fax
FEDERAL ID# 22-2113414.
—
New York
—
Delaware
—
Maryland
—
Texas
—
Florida

CINRAM GROUP, INC.

**Re:    Client/Matter No. 56419-0001**                          Invoice No. 796922
     **OFFICIAL COMMITTEE OF UNSECURED CREDITORS**            May 15, 2017

FOR PROFESSIONAL SERVICES RENDERED THROUGH APRIL 30, 2017

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|------|-----------|----------|-------|--------|
| **LITIGATION** | | | **14.60** | **$7,511.00** |
| 04/04/17 | PREPARE DOCUMENT REQUEST LETTER TO THE DEBTOR | RTJ | 1.10 | 544.50 |
| 04/04/17 | CONTINUED REVIEW AND ANALYSIS OF LEASE REJECTION MOTION, OBJECTIONS AND ORDER | WU | 0.40 | 286.00 |
| 04/04/17 | REVIEW AND WORK ON DRAFT DOCUMENT REQUEST TO DEBTORS | WU | 0.40 | 286.00 |
| 04/05/17 | REVIEW AND REVISE DEBTOR DOCUMENT REQUESTS (.6); CORRESPONDENCE WITH R. JARECK RE: SAME (.1) | JSF | 0.70 | 290.50 |
| 04/05/17 | DRAFT CORRESPONDENCE TO UCC RE: DOCUMENT REQUEST | RTJ | 0.10 | 49.50 |
| 04/05/17 | WORK ON DOCUMENT REQUEST TO DEBTORS | WU | 0.50 | 357.50 |
| 04/05/17 | CONFERENCE WITH J. FRUMKIN RE: DOCUMENT PRODUCTION | RTJ | 0.20 | 99.00 |
| 04/05/17 | REVISE UCC DOCUMENT REQUEST TO THE DEBTOR | RTJ | 0.30 | 148.50 |
| 04/06/17 | MODIFY UCC LETTER TO M. SEYMOUR | RTJ | 0.20 | 99.00 |
| 04/06/17 | REVISE LETTER TO M. SEYMOUR BASED ON FEEDBACK FROM UCC | RTJ | 0.20 | 99.00 |
| 04/06/17 | REVIEW CORRESPONDENCE FROM K. ROSEN RE: DOCUMENT REQUESTS | RTJ | 0.10 | 49.50 |
| 04/06/17 | REVIEW CORRESPONDENCE FROM M. SEYMOUR RE: NDA | RTJ | 0.10 | 49.50 |
| 04/06/17 | DRAFT CORRESPONDENCE TO UCC RE: INFORMATION REQUEST | RTJ | 0.10 | 49.50 |
| 04/07/17 | OUTLINE STRATEGY FOR INVESTIGATION OF PRE-PETITION TRANSACTIONS | WU | 0.30 | 214.50 |
| 04/10/17 | DRAFT CORRESPONDENCE TO M. SEYMOUR RE: NDA | RTJ | 0.10 | 49.50 |
| 04/11/17 | PREPARE FOR COMMITTEE CALL | RTJ | 0.30 | 148.50 |
| 04/11/17 | REVIEW EMAILS RE: EXPANSION OF DOCUMENT DEMAND AND NON DISCLOSURE AGREEMENT DRAFT | WU | 0.10 | 71.50 |
| 04/13/17 | REVIEW NDA; PROVIDE COMMENTS TO SAME | RTJ | 0.60 | 297.00 |
| 04/13/17 | REVIEW AND REVISE COMMITTEE NDA (2.80); CORRESPONDENCE WITH CO-COUNSEL R. JARECK RE: SAME (.20); REVISE SAME (.30); CORRESPONDENCE TO CO-COUNSEL W. USATINE RE: SAME (.10) | JSF | 3.40 | 1,411.00 |

**COLE SCHOTZ P.C.**

**Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS**
       **Client/Matter No. 56419-0001**

Invoice No. 796922
May 15, 2017
Page 2

| DATE | NARRATIVE | INITIALS | HOURS | AMOUNT |
|------|-----------|----------|-------|--------|
| 04/15/17 | PREPARE CORRESPONDENCE TO LOWENSTEIN RE: NDA | RTJ | 0.10 | 49.50 |
| 04/17/17 | DRAFT CORRESPONDENCE TO M. SEYMOUR RE: DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/18/17 | CORRESPONDENCE WITH M SEYMOUR RE: NDA / DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/18/17 | REVIEW EMAIL RE: STATUS OF DEBTOR DOCUMENT PRODUCTION | WU | 0.20 | 143.00 |
| 04/19/17 | DRAFT CORRESPONDENCE TO A. WILEN RE: DOCUMENT DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/19/17 | WORK ON ACTION PLAN FOR UCC AND FA INVOLVEMENT AND INVESTIGATION | WU | 0.80 | 572.00 |
| 04/19/17 | TELEPHONE FROM W. USATINE RE: DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/20/17 | DRAFT CORRESPONDENCE TO M. SEYMOUR RE: DOCUMENT REQUESTS | RTJ | 0.10 | 49.50 |
| 04/20/17 | TELEPHONE FROM R. FARLEY RE: CINRAM DOCUMENT REQUESTS | RTJ | 0.10 | 49.50 |
| 04/20/17 | REVISE UCC DOCUMENT REQUEST | RTJ | 0.30 | 148.50 |
| 04/23/17 | REVIEW REVISIONS TO NDA | RTJ | 0.20 | 99.00 |
| 04/24/17 | CONFERENCE WITH W. USATINE RE: CINRAM DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/24/17 | REVIEW LOWENSTEIN COMMENTS TO NDA AND REVISE SAME (.70); CORRESPONDENCE WITH CO-COUNSEL R. JARECK RE: SAME (.30); FURTHER REVISIONS TO SAME (.20) | JSF | 1.20 | 498.00 |
| 04/24/17 | REVIEW AND RESPOND TO MULTIPLE EMAILS RE: INFORMATION FROM DEBTORS | WU | 0.30 | 214.50 |
| 04/24/17 | TELEPHONE TO ACCOUNTANT A. WILEN RE: INFORMATION FROM DEBTORS | WU | 0.20 | 143.00 |
| 04/24/17 | DRAFT CORRESPONDENCE TO M. SEYMOUR RE: NDA | RTJ | 0.10 | 49.50 |
| 04/24/17 | CONFERENCE WITH J. FRUMKIN RE: NDA REVISIONS | RTJ | 0.10 | 49.50 |
| 04/25/17 | REVIEW MESSAGE FROM DEBTORS' COUNSEL RE: NDA (.10); CORRESPONDENCE TO CO-COUNSEL R. JARECK RE: SAME (.20) | JSF | 0.30 | 124.50 |
| 04/26/17 | DRAFT CORRESPONDENCE TO UCC RE: NDA | RTJ | 0.10 | 49.50 |
| 04/26/17 | REVISE NDA; DRAFT CORRESPONDENCE TO LOWENSTEIN RE: SAME | RTJ | 0.30 | 148.50 |
| 04/26/17 | CONFERENCE WITH W. USATINE RE: DISCOVERY | RTJ | 0.10 | 49.50 |
| 04/27/17 | REVIEW FINAL REVISIONS TO NON DISCLOSURE AGREEMENT | WU | 0.20 | 143.00 |
| 04/28/17 | CORRESPONDENCE WITH CO-COUNSEL R. JARECK RE: COMMITTEE NDA | JSF | 0.20 | 83.00 |
| | **MEETING OF CREDITORS** | | **9.30** | **$5,923.50** |
| 04/04/17 | CONFERENCE CALL WITH COMMITTEE RE: INTRODUCTORY CALL | RTJ | 0.50 | 247.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice No. 796922
       Client/Matter No. 56419-0001                                May 15, 2017
                                                                   Page 3

| Date | Description | | Hours | Amount |
|------|-------------|---|-------|--------|
| 04/04/17 | PREPARE FOR INITIAL CONFERENCE CALL WITH THE COMMITTEE | RTJ | 0.30 | 148.50 |
| 04/11/17 | UCC CONFERENCE CALL | WU | 0.50 | 357.50 |
| 04/11/17 | CONFERENCE WITH COMMITTEE RE: WEEKLY CALL | RTJ | 0.60 | 297.00 |
| 04/18/17 | ATTEND UCC WEEKLY CALL | RTJ | 1.20 | 594.00 |
| 04/18/17 | ATTEND UCC CONFERENCE CALL | WU | 1.20 | 858.00 |
| 04/24/17 | PREPARE FOR 341(A) MEETING - OUTLINE ISSUES TO COVER | WU | 0.40 | 286.00 |
| 04/25/17 | CONFERENCE CALL WITH CLIENT UCC | WU | 0.60 | 429.00 |
| 04/25/17 | TELEPHONE FROM ACCOUNTANT A. WILEN RE: 341 MEETING | WU | 0.20 | 143.00 |
| 04/25/17 | ATTEND WEEKLY COMMITTEE CALL | RTJ | 0.70 | 346.50 |
| 04/26/17 | PRE-MEETING WITH A. WILEN RE: 341 MEETING | WU | 0.50 | 357.50 |
| 04/26/17 | PREPARE FOR 341 MEETING | WU | 0.80 | 572.00 |
| 04/26/17 | ATTEND 341(A) MEETING | WU | 1.80 | 1,287.00 |
| | **ASSET ANALYSIS** | | **2.30** | **$954.50** |
| 04/11/17 | CORRESPONDENCE WITH R. JARECK RE: REVIEW OF REAL PROPERTY INTERESTS (.1); REVIEW REJECTION MOTION AND REJECTION ORDER (.4) | JSF | 0.50 | 207.50 |
| 04/12/17 | REVIEW REAL ESTATE INTERESTS AND PREPARE CHART SUMMARIZING SAME (1.50); CORRESPONDENCE WITH R. JARECK RE: SAME (.10) | JSF | 1.60 | 664.00 |
| 04/12/17 | FOLLOW-UP CORRESPONDENCE WITH CO-COUNSEL R. JARECK RE: REAL ESTATE ANALYSIS (.10); CORRESPONDENCE TO W. USATINE RE: SAME (.10) | JSF | 0.20 | 83.00 |
| | **CASE ADMINISTRATION** | | **24.10** | **$12,177.50** |
| 04/03/17 | REVISE CONTACT SHEET FOR R. JARECK | RWH | 0.30 | 82.50 |
| 04/03/17 | DRAFT NOTICE OF APPEARANCE ON BEHALF OF W. USATINE (.20); EMAIL TO R. JARECK FOR REVIEW (.10) | FP | 0.30 | 82.50 |
| 04/03/17 | REVIEW AND ANALYSIS OF PETITIONS, PLEADINGS (INCLUDING FIRST DAY AFFIDAVIT AND EXHIBITS), OBJECTIONS AND ORDERS FROM FILING DATE THROUGH TODAY | WU | 2.00 | 1,430.00 |
| 04/03/17 | CONFERENCE WITH R. JARECK RE: STRATEGY AND ACTION ITEMS | WU | 0.50 | 357.50 |
| 04/03/17 | CALL TO M. SEYMOUR RE: ENGAGEMENT BY UCC AND SCHEDULING INTRODUCTORY CONFERENCE CALL | WU | 0.10 | 71.50 |
| 04/03/17 | DRAFT CORRESPONDENCE INTERNAL RE: NEW CHAPTER 11 CASE (MULTIPLE) | RTJ | 0.30 | 148.50 |
| 04/03/17 | CONFERENCE WITH R. HOLLANDER RE: NEW CASE ASSIGNMENT | RTJ | 0.20 | 99.00 |
| 04/03/17 | REVIEW AND REVISE NOTICES OF APPEARANCE | RTJ | 0.20 | 99.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice No. 796922
       Client/Matter No. 56419-0001                                            May 15, 2017
                                                                                  Page 4

| | | | | |
|---|---|---|---|---|
| 04/03/17 | REVIEW DOCKET AND ALL PLEADINGS FILED IN CASE | RTJ | 2.80 | 1,386.00 |
| 04/03/17 | CORRESPONDENCE WITH J. FRUMKIN RE: BY-LAWS (MULTIPLE) | RTJ | 0.20 | 99.00 |
| 04/03/17 | CONFERENCE WITH W. USATINE RE: STRATEGY IN THE CASE | RTJ | 0.50 | 247.50 |
| 04/03/17 | REVIEW DOCKET TO CONFIRM INFORMATION REQUESTED AND EMAIL RESPONSE TO W. USATINE | FP | 0.20 | 55.00 |
| 04/03/17 | ADDITIONAL RESEARCH ON DOCKET TO CONFIRM IF ANY OBJECTIONS WERE FILED TO UTILITY MOTION (.10); EMAIL RESPONSE TO ATTORNEY (.10) | FP | 0.20 | 55.00 |
| 04/04/17 | REVIEW DOCKET FOR UPCOMING HEARINGS, DATES, DEADLINES IN PREPARATION FOR DRAFTING CRITICAL DATES MEMO (.30); DRAFT CRITICAL DATES MEMORANDUM (.50); REVISE AND EMAIL TO R. JARECK FOR REVIEW (.20) | FP | 1.00 | 275.00 |
| 04/04/17 | CONFERENCE CALL WITH UCC RE: ADMINISTRATIVE ISSUES AND CASE STRATEGY | WU | 0.50 | 357.50 |
| 04/04/17 | REVIEW / REVISE CRITICAL DATES MEMO | RTJ | 0.20 | 99.00 |
| 04/04/17 | CONFERENCE WITH W. USATINE RE: BY-LAWS (2X) | RTJ | 0.20 | 99.00 |
| 04/04/17 | PREPARE UCC MEETING MINUTES | RTJ | 0.30 | 148.50 |
| 04/04/17 | PREPARE CORRESPONDENCE TO UCC RE: GOVERNANCE AND RELATED MATTERS | RTJ | 0.30 | 148.50 |
| 04/04/17 | REVISE BY-LAWS BASED ON UCC FEEDBACK | RTJ | 0.20 | 99.00 |
| 04/04/17 | CONFERENCE WITH LOWENSTEIN SANDLER RE: INTRODUCTION TO CASE | RTJ | 0.60 | 297.00 |
| 04/04/17 | PREPARE AGENDA FOR UCC CALL | RTJ | 0.20 | 99.00 |
| 04/04/17 | DRAFT CORRESPONDENCE TO UCC RE: CONFERENCE CALL | RTJ | 0.20 | 99.00 |
| 04/04/17 | PREPARE FOR CONFERENCE CALL WITH LOWENSTEIN SANDLER | RTJ | 0.30 | 148.50 |
| 04/04/17 | CORRESPONDENCE WITH M. ERBECK RE: CHAPTER 11 CASE STRATEGY | RTJ | 0.10 | 49.50 |
| 04/04/17 | PREPARE COMMITTEE BYLAWS | RTJ | 1.20 | 594.00 |
| 04/04/17 | TELEPHONE CALL FROM T. O'TOOLE RE: COMMITTEE MEETING | RTJ | 0.10 | 49.50 |
| 04/04/17 | CONFERENCE WITH W. USATINE RE: PREPARATION FOR UCC CALL | RTJ | 0.10 | 49.50 |
| 04/04/17 | WORK ON UCC BY-LAWS | WU | 0.50 | 357.50 |
| 04/04/17 | REVIEW EMAILS FROM COMMITTEE MEMBERS AND ATTORNEY/CO-COUNSEL R. JARECK REPLY RE: BY-LAWS | WU | 0.10 | 71.50 |
| 04/04/17 | CALL WITH LOWENSTEIN RE: BACKGROUND AND STRATEGY/OBJECTIVES FOR CHAPTER 11 CASES | WU | 0.50 | 357.50 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       Client/Matter No. 56419-0001

Invoice No. 796922
May 15, 2017
Page 5

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/04/17 | DRAFT NOTICES OF APPEARANCE FOR R. JARECK, J. FRUMKIN AND R. HOLLANDER | FP | 0.30 | 82.50 |
| 04/04/17 | EFILE NOTICES OF APPEARANCE ON BEHALF OF W. USATINE, AND R. JARECK | FP | 0.20 | 55.00 |
| 04/05/17 | PREPARE AND SEND CALENDAR EMAILS WITH REMINDERS FOR RECURRING WEEKLY COMMITTEE CALLS (SENT TO ALL COMMITTEE MEMBERS AND ATTORNEYS) | FP | 0.20 | 55.00 |
| 04/05/17 | REVIEW EMAILS FROM UCC MEMBERS AND RESPOND | WU | 0.20 | 143.00 |
| 04/05/17 | DRAFT CORRESPONDENCE TO UCC RE: BY-LAWS | RTJ | 0.10 | 49.50 |
| 04/05/17 | CALENDAR CRITICAL DATES, DEADLINES, REMINDERS, SENDING EMAIL REMINDERS TO ATTORNEYS AND COMMITTEE MEMBERS | FP | 0.30 | 82.50 |
| 04/05/17 | DOWNLOAD NOTICE OF APPOINTMENT OF CREDITORS COMMITTEE AND FILESITE | FP | 0.10 | 27.50 |
| 04/06/17 | REVIEW FILED PLEADINGS AND FILESITE | FP | 0.20 | 55.00 |
| 04/07/17 | PREPARE CORRESPONDENCE TO UCC RE: RETENTION AND RELATED MATTERS | RTJ | 0.10 | 49.50 |
| 04/07/17 | REVIEW AGENDA FOR NEXT UCC MEETING | WU | 0.10 | 71.50 |
| 04/07/17 | PREPARE UCC MEETING AGENDA | RTJ | 0.20 | 99.00 |
| 04/11/17 | TELEPHONE FROM T. O'TOOLE RE: COMMITTEE GOVERNANCE | RTJ | 0.20 | 99.00 |
| 04/11/17 | PREPARE MEMO TO FILE RE: SIR CALL | RTJ | 0.20 | 99.00 |
| 04/11/17 | CONFERENCE WITH W. USATINE RE: UCC GOVERNANCE | RTJ | 0.10 | 49.50 |
| 04/11/17 | CALL WITH MILLAR | WU | 0.20 | 143.00 |
| 04/11/17 | REVIEW NOTES TO PREPARE FOR CALL WITH J. MILLER / SIR | RTJ | 0.20 | 99.00 |
| 04/11/17 | CONFERENCE WITH J. MILLER RE: SIR PROPERTIES TRUST | RTJ | 0.30 | 148.50 |
| 04/12/17 | REVIEW OF 4/11 MEETING MINUTES | WU | 0.10 | 71.50 |
| 04/12/17 | CORRESPONDENCE WITH W. USATINE RE: GOVERNANCE AND RETENTION OF FA | RTJ | 0.20 | 99.00 |
| 04/12/17 | PREPARE MINUTES OF APRIL 11, 2017 MEETING | RTJ | 0.30 | 148.50 |
| 04/13/17 | REVIEW AND COMMENT ON NON DISCLOSURE AGREEMENT WITH DEBTORS | WU | 0.30 | 214.50 |
| 04/15/17 | PREPARE CORRESPONDENCE TO J. MILLER RE: MEETING AGENDA | RTJ | 0.10 | 49.50 |
| 04/15/17 | PREPARE MEETING AGENDA FOR APRIL 18, 2017 TELECONFERENCE | RTJ | 0.20 | 99.00 |
| 04/18/17 | DOWNLOAD COPY OF FILED MOTION FOR ADMIN. ORDER ESTABLISHING PROCEDURES FOR INTERIM COMPENSATION (.10); CALENDAR AND SEND INVITES TO ATTORNEYS (.10) | FP | 0.20 | 55.00 |
| 04/18/17 | REVIEW 4/18 MEETING MINUTES | WU | 0.10 | 71.50 |

COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                                        Invoice No. 796922
       Client/Matter No. 56419-0001                                                              May 15, 2017
                                                                                                       Page 6

| Date | Description | | Hours | Amount |
|---|---|---|---|---|
| 04/18/17 | REVIEW EMAILS RE: BY-LAWS ISSUES AND STATUS; CALL WITH MILLAR | WU | 0.20 | 143.00 |
| 04/18/17 | PREPARE MINUTES OF APRIL 18, 2017 COMMITTEE CONFERENCE CALL | RTJ | 0.30 | 148.50 |
| 04/19/17 | DRAFT CORRESPONDENCE TO UCC RE: MEETING MINUTES | RTJ | 0.10 | 49.50 |
| 04/19/17 | PREPARE EDITS TO UCC MEETING MINUTES | RTJ | 0.20 | 99.00 |
| 04/20/17 | DOWNLOAD FILED OPERATING REPORTS (3); FILESITE AND SEND TO ATTORNEYS | FP | 0.20 | 55.00 |
| 04/21/17 | REVIEW MONTHLY OPERATING REPORTS (X3) | RWH | 0.30 | 82.50 |
| 04/21/17 | REVIEW CORRESPONDENCE FROM M. ERBECK RE: HUNTSVILLE / HANOVER LEASES | RTJ | 0.10 | 49.50 |
| 04/21/17 | REVIEW EMAIL FROM M. ERBECK AND CALL WITH M. ERBECK RE: SIR CLAIMS | WU | 0.20 | 143.00 |
| 04/23/17 | REVIEW AGENDA FOR NEXT UCC WEEKLY MEETING | WU | 0.10 | 71.50 |
| 04/24/17 | PREPARE MEETING AGENDA | RTJ | 0.20 | 99.00 |
| 04/25/17 | DRAFT INDEX FOR BINDERS CONTAINING FILED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS (.10); WORK ON FINALIZING BINDERS (.20) | FP | 0.30 | 82.50 |
| 04/25/17 | CORRESPONDENCE WITH F. PISANO RE: SCHEDULES AND SOFA (.10); CORRESPONDENCE TO COMMITTEE RE: SAME (.10) | JSF | 0.20 | 83.00 |
| 04/25/17 | TELEPHONE TO CLIENT MEMBER RE: BY-LAWS AND STATUS | WU | 0.20 | 143.00 |
| 04/25/17 | REVIEW SCHEDULES AND STATEMENTS OF FINANCIAL AFFAIRS | RTJ | 0.90 | 445.50 |
| 04/25/17 | TELEPHONE TO CLIENT M. ERBEK (2X) RE: GOVERNANCE ISSUES | WU | 0.20 | 143.00 |
| 04/25/17 | DOWNLOAD FILED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS IN ALL 3 CASES (.20); EMAIL TO ATTORNEYS (.10) | FP | 0.30 | 82.50 |
| 04/25/17 | COORDINATED PREPARATION OF BINDERS FOR ATTORNEYS CONTAINING FILED SCHEDULES AND STATEMENT OF FINANCIAL AFFAIRS | FP | 0.20 | 55.00 |
| 04/26/17 | TELEPHONE TO J. TESTA RE: UCC ISSUES | WU | 0.20 | 143.00 |
| 04/26/17 | PREPARE MINUTES OF APRIL 25 MEETING | RTJ | 0.20 | 99.00 |
| 04/27/17 | REVIEW DOCKET FOR ANY NEW NOTICES OF APPEARANCES FILED TO UPDATE SERVICE LIST (.10); PREPARE AND COORDINATE SERVICE OF SIGNED COLE SCHOTZ RETENTION ORDER (.20) | FP | 0.30 | 82.50 |
| 04/28/17 | TELEPHONE TO M. ERBECK RE: BYLAWS AND GOVERNANCE ISSUES | RTJ | 0.10 | 49.50 |
| **FEE EMPLOYMENT** | | | **19.10** | **$6,942.50** |
| 04/03/17 | WORK ON RETENTION APPLICATION | RWH | 0.40 | 110.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS
       Client/Matter No. 56419-0001

Invoice No. 796922
May 15, 2017
Page 7

| Date | Description | | | |
|------|-------------|---|---|---|
| 04/04/17 | WORK ON RETENTION APPLICATION | RWH | 1.50 | 412.50 |
| 04/05/17 | DRAFT RETENTION APPLICATION AND REVIEW LBR AND LOCAL FORMS IN CONJUNCTION WITH SAME | RWH | 1.70 | 467.50 |
| 04/06/17 | REVIEW AND REVISE RETENTION PLEADINGS (.6); DISCUSSIONS WITH R. JARECK RE: SAME (.10); FURTHER REVISIONS TO RETENTION PLEADINGS WITH EMPHASIS ON CONFLICT DISCLOSURES (.70) | RWH | 1.40 | 385.00 |
| 04/06/17 | CONFERENCE WITH R. HOLLANDER RE: COLE SCHOTZ RETENTION APPLICATION | RTJ | 0.20 | 99.00 |
| 04/07/17 | CONFERENCE WITH W. USATINE RE: RETENTION PLEADINGS | RTJ | 0.20 | 99.00 |
| 04/07/17 | WORK ON CS RETENTION PLEADINGS | WU | 0.30 | 214.50 |
| 04/07/17 | REVIEW AND REVISE W. USATINE CERTIFICATION IN SUPPORT OF COLE SCHOTZ RETENTION | RTJ | 0.80 | 396.00 |
| 04/07/17 | REVIEW AND REVISE APPLICATION AND ORDER RE: COLE SCHOTZ RETENTION | RTJ | 0.60 | 297.00 |
| 04/11/17 | CORRESPONDENCE WITH R. JARECK RE: COLE SCHOTZ RETENTION APPLICATION | JSF | 0.10 | 41.50 |
| 04/12/17 | BEGIN DRAFTING AFFIDAVIT OF SERVICE OF COLE SCHOTZ RETENTION PLEADINGS | FP | 0.30 | 82.50 |
| 04/12/17 | REVIEW AND REVISE COLE SCHOTZ RETENTION APPLICATION, INCLUDING PREPARATION OF SAME FOR FILING (.60); CORRESPONDENCE WITH R. JARECK RE: SAME (.10); CORRESPONDENCE WITH F. PISANO RE: FILING AND SERVICE OF SAME, AND CALENDARING OF DEADLINES (.30); CORRESPONDENCE TO COMMITTEE RE: SAME (.10) | JSF | 1.10 | 456.50 |
| 04/12/17 | REVIEW DOCKET, CREDITOR LISTS, COMMITTEE APPOINTMENT, LISTS OF 20 LARGEST CREDITORS, AND NOTICES OF APPEARANCES FILED IN PREPARATION OF DRAFTING SERVICE LIST FOR SERVICE OF COLE SCHOTZ RETENTION PLEADINGS (.40); PREPARE AND COORDINATE DRAFTING OF SERVICE LIST (.20) | FP | 0.60 | 165.00 |
| 04/12/17 | REVIEW AND REVISE SERVICE LIST (.30) FINALIZE IN PREPARATION FOR MAILING OF RETENTION PLEADINGS (.30) | FP | 0.60 | 165.00 |
| 04/12/17 | PREPARE FOR FILING COLE SCHOTZ RETENTION APPLICATION, W. USATINE CERTIFICATION IN SUPPORT AND PROPOSED ORDER (.20); EFILE RETENTION PLEADINGS (.20); DOWNLOAD FILED COPIES AND PREPARE FOR SERVICE (.20) | FP | 0.60 | 165.00 |
| 04/12/17 | WORK ON PREPARATION AND COORDINATION OF SERVICE OF FILED COLE SCHOTZ RETENTION PLEADINGS | FP | 0.30 | 82.50 |
| 04/13/17 | DOWNLOAD AND FILESITE LOWENSTEIN SANDLER RETENTION PLEADINGS | FP | 0.10 | 27.50 |

COLE SCHOTZ P.C.

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                      Invoice No. 796922
       Client/Matter No. 56419-0001                                          May 15, 2017
                                                                                  Page 8

| | | | | |
|---|---|---|---|---|
| 04/13/17 | REVISE AFFIDAVIT OF SERVICE (.10); PREPARE AND EFILE AFFIDAVIT OF SERVICE (.20) | FP | 0.30 | 82.50 |
| 04/13/17 | DRAFT AFFIDAVIT OF SERVICE RE: COLE SCHOTZ RETENTION PLEADINGS (.50); EMAIL DRAFT TO J. FRUMKIN FOR REVIEW (.10) | FP | 0.60 | 165.00 |
| 04/13/17 | REVIEW LOWENSTEIN RETENTION APPLICATION AND EMAIL FROM ATTORNEY/CO-COUNSEL J. FRUMKIN | WU | 0.30 | 214.50 |
| 04/13/17 | REVIEW LOWENSTEIN RETENTION APPLICATION (.50); CORRESPONDENCE TO CO-COUNSEL RE: SAME (.10) | JSF | 0.60 | 249.00 |
| 04/14/17 | REVIEW MOTION TO ESTABLISH INTERIM COMPENSATION PROCEDURES (.40); CORRESPONDENCE WITH R. JARECK RE: SAME (.10) | JSF | 0.50 | 207.50 |
| 04/15/17 | REVIEW INTERIM COMPENSATION PROCEDURES MOTION AND ORDER | RTJ | 0.40 | 198.00 |
| 04/15/17 | DRAFT CORRESPONDENCE TO EISNER/AMPER RE: FINANCIAL ADVISOR PRESENTATIONS | RTJ | 0.10 | 49.50 |
| 04/15/17 | DRAFT CORRESPONDENCE TO COMMITTEE RE: FINANCIAL ADVISOR PRESENTATION | RTJ | 0.10 | 49.50 |
| 04/15/17 | DRAFT CORRESPONDENCE TO COHNREZNICK RE: FINANCIAL ADVISOR PRESENTATIONS | RTJ | 0.10 | 49.50 |
| 04/15/17 | REVIEW FINANCIAL ADVISOR PRESENTATIONS | RTJ | 0.40 | 198.00 |
| 04/17/17 | REVIEW FA CANDIDATE MATERIALS | WU | 0.40 | 286.00 |
| 04/18/17 | DRAFT CORRESPONDENCE TO T. GREENEY RE: FA RETENTION | RTJ | 0.10 | 49.50 |
| 04/18/17 | CORRESPONDENCE WITH T. GREENEY RE: RETENTION OF FINANCIAL ADVISOR | RTJ | 0.10 | 49.50 |
| 04/18/17 | DRAFT CORRESPONDENCE TO COMMITTEE RE: RETENTION OF FINANCIAL ADVISOR | RTJ | 0.10 | 49.50 |
| 04/18/17 | TELEPHONE FROM D. RICHTER RE: RETENTION OF FINANCIAL ADVISOR | RTJ | 0.20 | 99.00 |
| 04/20/17 | CORRESPONDENCE WITH EISNERAMPER RE: RETENTION | JSF | 0.30 | 124.50 |
| 04/21/17 | CORRESPONDENCE WITH R. HOLLANDER RE: EISNERAMPER RETENTION | JSF | 0.10 | 41.50 |
| 04/24/17 | DRAFT AND REVISE EISNERAMPER RETENTION PLEADINGS (2.3); CORRESPOND WITH EISNERAMPER RE: SAME (.2) | RWH | 2.80 | 770.00 |
| 04/24/17 | TELEPHONE FROM R. HOLLANDER RE: EISNER RETENTION | RTJ | 0.10 | 49.50 |
| 04/24/17 | CORRESPONDENCE WITH EISENERAMPER RE: RETENTION APPLICATION | JSF | 0.10 | 41.50 |
| 04/24/17 | REVIEW / REVISE EISNER RETENTION PLEADINGS | RTJ | 0.40 | 198.00 |

**COLE SCHOTZ P.C.**

Re:    OFFICIAL COMMITTEE OF UNSECURED CREDITORS                    Invoice No. 796922
       Client/Matter No. 56419-0001                                           May 15, 2017
                                                                                    Page 9

---

| 04/26/17 | DOWNLOAD SIGNED RETENTION ORDERS (1) COLE SCHOTZ (2) LOWENSTEIN (.10); EMAIL TO ATTORNEYS (.10) | FP | 0.20 | 55.00 |
|---|---|---|---|---|
| **NON-WORKING TRAVEL TIME** | | | **1.50** | **$1,072.50** |
| 04/26/17 | TRAVEL ROUND TRIP, TRAVEL TO NEWARK FOR 341 MEETING | WU | 1.50 | 1,072.50 |
| **REPORTING** | | | **1.30** | **$661.50** |
| 04/20/17 | REVIEW MONTHLY OPERATING REPORTS (.40); CORRESPONDENCE TO CO-COUNSEL R. JARECK AND R. HOLLANDER RE: SAME (.20) | JSF | 0.60 | 249.00 |
| 04/20/17 | REVIEW MONTHLY OPERATING REPORT (.20); REVIEW ATTORNEY/CO-COUNSEL R. JARECK'S EMAIL TO UCC RE: OPERATING REPORT AND CEO FEES (.10) | WU | 0.30 | 214.50 |
| 04/21/17 | REVIEW MONTHLY OPERATING REPORTS; SUMMARIZE SAME FOR UCC | RTJ | 0.40 | 198.00 |

TOTAL HOURS    72.20

PROFESSIONAL SERVICES:                                              $    35,243.00

| TIMEKEEPER | STAFF LEVEL | HOURS | RATE | AMOUNT |
|---|---|---|---|---|
| WARREN USATINE | MEMBER | 18.50 | 715.00 | 13,227.50 |
| RYAN T. JARECK | MEMBER | 25.50 | 495.00 | 12,622.50 |
| JACOB S. FRUMKIN | ASSOCIATE | 11.70 | 415.00 | 4,855.50 |
| REBECCA W. HOLLANDER | ASSOCIATE | 8.40 | 275.00 | 2,310.00 |
| FRANCES PISANO | PARALEGAL | 8.10 | 275.00 | 2,227.50 |

# EXHIBIT C

COLE SCHOTZ P.C.

Re:     OFFICIAL COMMITTEE OF UNSECURED CREDITORS                          Invoice No. 796922
        Client/Matter No. 56419-0001                                        May 15, 2017
                                                                                Page 10

---

COSTS ADVANCED

| **DATE** | **DESCRIPTION** | **AMOUNT** |
|---|---|---|
| 04/11/17 | PHOTOCOPYING / PRINTING / SCANNING | 4.20 |
| 04/11/17 | PHOTOCOPYING / PRINTING / SCANNING | 2.60 |
| 04/11/17 | CONFERENCE CALL - SOUNDPATH CONFERENCING | 11.99 |
| 04/12/17 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/12/17 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 04/12/17 | PHOTOCOPYING / PRINTING / SCANNING | 2.40 |
| 04/12/17 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 04/12/17 | PHOTOCOPYING / PRINTING / SCANNING | 96.80 |
| 04/13/17 | PHOTOCOPYING / PRINTING / SCANNING | 4.40 |
| 04/13/17 | PHOTOCOPYING / PRINTING / SCANNING | 4.00 |
| 04/14/17 | PHOTOCOPYING / PRINTING / SCANNING Qty: 5 | 1.00 |
| 04/18/17 | PHOTOCOPYING / PRINTING / SCANNING | 2.20 |
| 04/20/17 | PHOTOCOPYING / PRINTING / SCANNING Qty: 3 | 0.60 |
| 04/25/17 | PHOTOCOPYING / PRINTING / SCANNING Qty: 542 | 108.40 |
| 04/26/17 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/26/17 | POSTAGE | 36.32 |
| 04/27/17 | PHOTOCOPYING / PRINTING / SCANNING Qty: 1 | 0.20 |
| 04/28/17 | PHOTOCOPYING / PRINTING / SCANNING | 14.40 |

TOTAL COSTS ADVANCED:                          $      300.91

TOTAL SERVICES AND COSTS:                       $   35,543.91