EisnerAmper LLP
Financial Advisors
to the Official Committee of
Unsecured Creditors
111 Wood Avenue South
Iselin, NJ 08830
(732) 243-7000

**Order Filed on September 20, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

_____

In the Matter of:

CINRAM GROUP, INC., *et al*

Debtor.

_____

Case No. 17-15258 (VFP)

Chapter 11

Hon. Vincent F. Papalia

**ORDER ALLOWING FIRST INTERIM FEE APPLICATION OF EISNERAMPER LLP
AS FINANCIAL ADVISORS TO THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS FOR ALLOWANCE OF COMPENSATION FOR SERVICES RENDERED
AND REIMBURSEMENT OF EXPENSES INCURRED FOR THE PERIOD OF
<u>APRIL 18, 2017 THROUGH JULY 31, 2017</u>**

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: September 20, 2017**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

26

Page: 2
Debtor: Cinram Group, Inc., et al.
Case No.: 17-15258 (VFP)
Caption: Order Allowing First Interim Fee Application of EisnerAmper LLP as Financial Advisors to the Official Committee of Unsecured Creditors for Allowance of Compensation for Services Rendered and Reimbursement of Expenses for the Period of April 18, 2017 Through July 31, 2017

**THIS MATTER** having been brought before the Court by EisnerAmper LLP ("**EisnerAmper**"), upon its Application for compensation for services rendered in the amount of $25,592.00, disbursements in the amount of $162.10 and upon adequate notice to all parties in interest and the Court having considered all papers submitted, and good cause shown:

**IT IS ORDERED** that EisnerAmper, be, and hereby is allowed an interim allowance of compensation for services rendered to the Official Committee of Unsecured Creditors in the sum of $25,592.00, disbursements in the amount of $162.10, for the period April 18, 2017 through July 31, 2017; and it is further

**ORDERED** that the Debtor is authorized and directed to make payment of the outstanding amount of such sums to EisnerAmper within fourteen (14) days of the entry of this Order.

**ORDERED** that this Court retains jurisdiction to interpret, implement and enforce the provisions of this Order.