## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Cinram Group, Inc., *et al*[1] | APPLICANT: | EisnerAmper LLP |
| CASE NO.: | 17-15258 (VFP) | CLIENT: | Official Committee of Unsecured Creditors |
| CHAPTER: | 11 | CASE FILED: | March 17, 2017 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

## SECTION I
## FEE SUMMARY

**SIXTH INTERIM FEE APPLICATION COVERING THE PERIOD
SEPTEMBER 1, 2017 THROUGH SEPTEMBER 30, 2017**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL FEES PREVIOUS REQUESTED: | $ 35,375.50 | $ 190.35 |
| TOTAL FEES ALLOWED TO DATE: | 25,592.00 | 162.10 |
| TOTAL RETAINER (IF APPLICABLE): | 0.00 | 0.00 |
| TOTAL HOLDBACK (IF APPLICABLE): | 0.00 | 0.00 |
| TOTAL RECEIVED BY APPLICANT: | $ 18,272.00 | $ 142.00 |

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

## CINRAM GROUP, INC., *et al*

### Summary of Monthly Compensation by Individual

| NAME OF PROFESSIONAL & TITLE | TITLE | HOURS | RATE* | FEE |
|---|---|---|---|---|
| Allen D. Wilen, CPA/CFF, CFA, CIRA, CTP | Partner | 5.1 | $ 620.00 | $ 3,162.00 |
| Ryan Farley, CPA, CIRA | Manager | 14.3 | 330.00 | 4,719.00 |
| DelMarie Velazquez | Paraprofessional | 1.2 | 125.00 | 150.00 |
| **TOTAL FEES** | | **20.6** | **$ 386.47** | **$8,031.00** |

* Rates change annually effective August 1st.

| | |
|---|---|
| FEE TOTALS | $8,031.00 |
| LESS: 20% HOLDBACK | (1,606.20) |
| SUBTOTAL | $6,424.80 |
| DISBURSEMENTS TOTALS | 5.70 |
| **NET FEE AND EXPENSES REQUESTED** | **$6,430.50** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Accounting/Auditing | | |
| Asset Analysis & Recovery | | |
| Asset Disposition | | |
| Business Analysis | | |
| Business Operations | | |
| Case Administration | | |
| Claims Admin & Objections | | |
| Client Meeting | | |
| Corporate Finance | | |
| Court Hearings | | |
| Data Analysis | 16.7 | $6,439.00 |
| Fee/Employment Application | 1.5 | 336.00 |
| Litigation Support | 1.3 | 661.00 |
| Meetings of Creditors | | |
| Operating Reports | | |
| Planning | | |
| Plan & Disclosure Statement | 0.3 | 99.00 |
| Projections, Etc. | | |
| Tax Issues | | |
| Telephone Calls | 0.8 | 496.00 |
| Travel Time | | |
| **TOTAL** | **20.6** | **$8,031.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| DESCRIPTION | AMOUNT |
|---|---|
| PACER | $5.70 |
| **TOTAL DISBURSEMENTS** | **$5.70** |

**SECTION IV
CASE HISTORY**

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. § 506)

(1)   DATE CASE FILED: March 17, 2017

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: Chapter 11

(3)   DATE OF RETENTION: May 31, 2017, effective as of April 18, 2017

  (ANNEX COPY OF ORDER(S))
  IF LIMIT ON NUMBERS OF HOURS OR OTHER LIMITATIONS
  TO RETENTION, SET FORTH:

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
  SUPPLEMENTS AS NEEDED:

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

  (A)   ADMINISTRATION EXPENSES:  (unknown at this time)
  (B)   SECURED CREDITORS:  (unknown at this time)
  (C)   PRIORITY CREDITORS:  (unknown at this time)
  (D)   GENERAL UNSECURED CREDITORS: (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
  CREDITOR (IF APPLICABLE):  Final disposition of case and dividend are unknown at this
  time.

  I certify under penalty of perjury that the foregoing is true and correct.

             _____
             Allen D. Wilen, CPA/CFF, CFA, CIRA, CTP

Dated:  October 16, 2017

# RETENTION ORDER

---

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**
**COLE SCHOTZ P.C.**
Court Plaza North
25 Main Street
P.O. Box 800
Hackensack, New Jersey 07602-0800
Warren A. Usatine, Esq.
wusatine@coleschotz.com
Ryan T. Jareck, Esq.
rjareck@coleschotz.com
*Proposed Attorneys for the Official Committee of*
*Unsecured Creditors*

**Order Filed on May 31, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

---

In re:

CINRAM GROUP, INC. *et al.*[1]

                Debtors-in-Possession.

Case No. 17-15258 (VFP)

Judge:  Vincent F. Papalia

Chapter 11
(Jointly Administered)

---

### ORDER APPROVING APPLICATION OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO RETAIN EISNERAMPER LLP AS FINANCIAL ADVISOR *NUNC PRO TUNC* TO APRIL 18, 2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)

The relief set forth on the following pages, numbered two (2) and three (3), is hereby
**ORDERED**.

**DATED: May 31, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

(Page 2)
Debtors:            CINRAM GROUP, INC., *et al*.
Case Nos.           17-15258 (VFP)
Caption of Order:   ORDER APPROVING APPLICATION OF THE OFFICIAL
                    COMMITTEE OF UNSECURED CREDITORS TO RETAIN
                    EISNERAMPER LLP AS FINANCIAL ADVISOR *NUNC PRO TUNC*
                    TO APRIL 18, 2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)

---

Upon the Application (the "**Application**") of the Official Committee of Unsecured

Creditors (the "**Committee**") of Cinram Group, Inc., *et al.*, the above-captioned debtors and

debtors-in-possession (the "**Debtors**") for the entry of an Order, pursuant to Sections 328(a) and

1103(a) of Title 11 of the United States Code (the "**Bankruptcy Code**"), Rule 2014 of the

Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), and Rule 2014-1 of the

Local Rules of the United States Bankruptcy Court for the District of New Jersey (the "**Local**

**Rules**"), authorizing the Committee to retain and employ EisnerAmper LLP ("**Eisner**") as its

financial advisor, *nunc pro tunc* to April 18, 2017, and the Certification of Allen Wilen, CPA,

CIRA, CFA, CTP (the "**Wilen Certification**") in support of the Application; and the Court being

satisfied that Eisner does not hold or represent any interest adverse to the Debtors or their estates

and that it is a "disinterested person," as that term is defined in Section 101(14) of the

Bankruptcy Code, as modified by Section 1103(b) of the Bankruptcy Code, and that Eisner's

employment is necessary and would be in the best interest of the Committee and the Debtors'

estates; and finding that adequate notice of the Application having been given; and it appearing

that no other notice need be given; and after due deliberation and sufficient cause appearing

therefor, it is hereby

**ORDERED** that in accordance with Sections 1103(a) and 328(a) of the Bankruptcy

Code, Bankruptcy Rule 2014(a) and Local Rule 2014-1, the Committee is hereby authorized and

empowered to employ and retain Eisner, located at 111 Wood Avenue South, Iselin, New Jersey

(Page 3)
Debtors:            CINRAM GROUP, INC., *et al*.
Case Nos.           17-15258 (VFP)
Caption of Order:   ORDER APPROVING APPLICATION OF THE OFFICIAL
                    COMMITTEE OF UNSECURED CREDITORS TO RETAIN
                    EISNERAMPER LLP AS FINANCIAL ADVISOR *NUNC PRO TUNC*
                    TO APRIL 18, 2017, PURSUANT TO 11 U.S.C. §§ 328(a) AND 1103(a)

---

08830, as its financial advisor, *nunc pro tunc* to April 18, 2017, to represent the Committee in

these cases, and such retention is hereby approved, and it is further

**ORDERED** that Eisner shall be compensated in accordance with the procedures set forth

in Sections 330 and 331 of the Bankruptcy Code, such Federal Rules and Local Rules as may

then be applicable from time to time, and such procedures as may be fixed by Order of this

Court, and it is further

**ORDERED** that this Court shall retain jurisdiction over any matters related to the

implementation of this Order, and it is further

**ORDERED** that a true copy of this Order shall be served on all parties-in-interest within

seven (7) days hereof.

# Exhibit "A"

**Cinram Group, Inc., et al**
**September 1, 2017 through September 30, 2017**
**Professional Time by Work Code**

| Professional | Date | Description of Services | Rate | Hours | Fees |
|---|---|---|---|---|---|
| Ryan Farley | 09/06/2017 | Emails re: document production. | $ 330.00 | 0.2 | $ 66.00 |
| Ryan Farley | 09/07/2017 | Initial review of document provided along with download QuickBooks files. | 330.00 | 1.5 | 495.00 |
| Allen Wilen | 09/08/2017 | Review of documents received and list of questions. | 620.00 | 1.8 | 1,116.00 |
| Ryan Farley | 09/11/2017 | Analysis of check disbursement ledger provided by Counsel. | 330.00 | 1.5 | 495.00 |
| Ryan Farley | 09/13/2017 | Time spent in QuickBooks files and noting difference between balance sheets filed with Debtors Monthly Operating Reports. | 330.00 | 3.4 | 1,122.00 |
| Ryan Farley | 09/14/2017 | Analyze trial balances provided and additional documents. | 330.00 | 1.7 | 561.00 |
| Ryan Farley | 09/15/2017 | Analysis of checks and tie into chase bank statements. | 330.00 | 2.1 | 693.00 |
| Allen Wilen | 09/15/2017 | Analysis of bank transaction data and follow up with staff. | 620.00 | 0.6 | 372.00 |
| Allen Wilen | 09/20/2017 | Review of financial statements from counsel. | 620.00 | 0.8 | 496.00 |
| Ryan Farley | 09/21/2017 | Analysis of audited financial statements provided. | 330.00 | 0.3 | 99.00 |
| Ryan Farley | 09/22/2017 | Update disbursement and receipts schedule and create summary to provide Counsel. | 330.00 | 2.8 | 924.00 |
| | | **Data Analysis Total** | | **16.7** | **6,439.00** |
| DelMarie Velazquez | 09/12/2017 | Preparation of monthly fee statement. | 125.00 | 1.2 | 150.00 |
| Allen Wilen | 09/18/2017 | Review, approve and sign monthly fee application. | 620.00 | 0.3 | 186.00 |
| | | **Fee/Employment Application Total** | | **1.5** | **336.00** |
| Allen Wilen | 09/01/2017 | Emails with Counsel regarding information received. | 620.00 | 0.2 | 124.00 |
| Allen Wilen | 09/04/2017 | Emails with Counsel regarding information received. | 620.00 | 0.2 | 124.00 |
| Allen Wilen | 09/19/2017 | Email from counsel re: letter. | 620.00 | 0.4 | 248.00 |
| Ryan Farley | 09/19/2017 | Review letter from R. Jarreck, Cole Schotz, and provide feedback re: document production. | 330.00 | 0.4 | 132.00 |
| Ryan Farley | 09/20/2017 | Call with R. Jarreck, Cole Schotz, re: document production. | 330.00 | 0.1 | 33.00 |
| | | **Litigation Support Total** | | **1.3** | **661.00** |
| Ryan Farley | 09/22/2017 | Review new term sheet for Plan provided by Debtors. | 330.00 | 0.3 | 99.00 |
| | | **Plan & Disclosure Statements Total** | | **0.3** | **99.00** |
| Allen Wilen | 09/26/2017 | Participate in committee call. | 620.00 | 0.5 | 310.00 |
| Allen Wilen | 09/26/2017 | Call with counsel re: financial statements and tax neutral distribution. | 620.00 | 0.3 | 186.00 |
| | | **Telephone Calls Total** | | **0.8** | **496.00** |
| | | **Grand Total** | | **20.6** | **$ 8,031.00** |

# Exhibit "B"

**CINRAM GROUP, INC., *et al***
**ITEMIZED EXPENSES INCURRED**

| Date | Name | Amount | Category | Description |
|------|------|--------|----------|-------------|
| 9/30/2017 | Allen D. Wilen | $   5.70 | PACER | 57 pages @.10 |
| | **PACER** | **5.70** | | |
| | **Grand Total** | **$   5.70** | | |