**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Debtors. | (Jointly Administered) |

**ELEVENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OF JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this eleventh monthly fee statement for the period of January 1, 2018 through January 31, 2018 (the "Eleventh Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated May 12, 2017 [Docket No. 93] (the "Administrative Order").

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

Pursuant to the Administrative Order, responses to the Eleventh Fee Statement, if any, are due by July 12, 2018.


Dated: June 28, 2018

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

| | | | |
|---|---|---|---|
| IN RE: | Cinram Group, Inc., *et al*. | APPLICANT: | Lowenstein Sandler LLP |
| CASE NO.: | 17-15258 (VFP) | CLIENT: | Chapter 11 Debtors |
| CHAPTER: | 11 | CASE FILED: | March 17, 2017 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**ELEVENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OF JANUARY 1, 2018 THROUGH JANUARY 31, 2018**

## SECTION I
## FEE SUMMARY

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 1,531,587.50 | $20,975.93 |
| TOTAL FEES ALLOWED TO DATE: | $ -0- | $ -0- |
| TOTAL RETAINER (IF APPLICABLE) | $ 166,390.75 | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 306,317.50 | $ -0- |
| TOTAL RECEIVED BY APPLICANT | $ 482,373.40 | $ 14,305.30 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $ 68,410.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 50.06 |
| TOTAL FEE APPLICATION | $ 68,460.06 |
| MINUS 20% HOLDBACK | - 13,682.00 |
| AMOUNT SOUGHT AT THIS TIME | $ 54,778.06 |

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 10.60 | $860.00 | $9,116.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 2.00 | $1,070.00 | $2,140.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 16.20 | $770.00 | $12,474.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 56.20 | $690.00 | $38,778.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 9.60 | $435.00 | $4,176.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.50 | $260.00 | $910.00 |
| Jara, Gabriel | N/A | Paralegal/Litigation | 1.20 | $260.00 | $312.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.10 | $240.00 | $504.00 |
| **Total Fees** | | | **101.40** | | **$68,410.00** |
| **Attorney Blended Rate** | | | | **$704.90** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 5.90 | $2,553.00 |
| Asset Analysis and Recovery | 0.20 | $172.00 |
| Relief from Stay/Adequate Protection Proceedings | 1.30 | $897.00 |
| Meetings of and Communication with Creditors | 0.60 | $452.00 |
| Fee/Employment Applications | 1.30 | $839.00 |
| Employment and Retention Applications - Others | 13.00 | $6,559.50 |
| Fee Applications and Invoices - Others | 1.00 | $240.00 |
| Assumption/Rejection of Leases and Contracts | 3.30 | $1,435.50 |
| Other Contested Matters (excluding assumption/rejection motions) | 1.50 | $1,290.00 |
| Business Operations | 0.70 | $673.00 |
| Tax Issues | 0.10 | $69.00 |
| Real Estate | 3.30 | $2,522.00 |
| Board of Directors | 0.30 | $207.00 |
| Claims Administration and Objections | 68.70 | $50,287.00 |
| Valuation | 0.20 | $214.00 |
| **SERVICE TOTALS** | **101.40** | **$68,410.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Bulk rate/special postage | $50.06 |
| **TOTAL DISBURSEMENTS** | **$50.06** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)    DATE CASE FILED: March 17, 2017

(2)    CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)    DATE OF RETENTION:  April 25, 2017, effective as of March 17, 2017 [Docket No. 84].
See Order attached.

(4)    SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
SUPPLEMENTS AS NEEDED[2]:

   a)    Lowenstein Sandler engaged in settlement negotiations regarding the
Technicolor claims, including communicating with Technicolor's counsel
regarding expert reports and mediation issues;

   b)    Lowenstein Sandler spent significant time assisting the Debtors with the
prosecution of the Debtors' objection to the proofs of claim filed by SIR
Properties and the discovery process in connection with the claims
objections, including review and analysis of the expert reports and
inspection reports regarding the Hanover, PA, Olyphant, PA, and
Huntsville, AL properties, review of documents produced by SIR
Properties and the production of document by the Debtors, and developing
mediation and litigation strategies;

   c)    Lowenstein Sandler attended to the retention of real estate appraisers,
including review of appraisal proposals, communicating with counsel to
the Official Committee of Unsecured Creditors regarding the appraisal
process, and drafting and filing Appraisal Group International's retention
application;

---

[2] The following summary is intended only to highlight the general categories of services performed by Lowenstein
Sandler on behalf of the Debtors and the benefits rendered to the Debtors' estates. The summary is not intended to
set forth each of the professional services provided by Lowenstein Sandler during the fee period.

d) Lowenstein Sandler attended to the resolution of a stay relief motion;

e) Lowenstein Sandler researched mitigation of rejection damage claims in connection with certain lease litigation issues;

f) Lowenstein Sandler assisted with the preparation of the Debtors' Monthly Operating Reports;

g) Lowenstein Sandler reviewed D&O insurance proposals;

h) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)   ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)   ADMINISTRATION EXPENSES:      (unknown at this time)
    (B)   SECURED CREDITORS:      (unknown at this time)
    (C)   PRIORITY CREDITORS:      (unknown at this time)
    (D)   GENERAL UNSECURED CREDITORS:      (unknown at this time)

(6)   FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  June 28, 2018             /s/ *Mary E. Seymour*
                        Mary E. Seymour, Esq.

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Caption in Compliance with D.N.J. LBR 9004-1**

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Cinram Group, Inc., *et al.*[1]

                    Debtors.

Chapter 11

Case No. 17- 15258 (VFP)

(Jointly Administered)

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through four (3), is

hereby **ORDERED**.

**DATED: April 25, 2017**

_____
**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377).  The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.
33621/2
04/12/2017 200617069.1

Page:       2
Debtors:    Cinram Group, Inc., *et al.*
Case No.:   17-15258 (     )
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
            Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "Application")[2] of the above captioned debtors and debtors-in-possession (collectively, the "Debtors") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("Lowenstein Sandler") as counsel to the Debtors, effective as of the Petition Date (March 17, 2017), and upon consideration of the Application and the Seymour Declaration; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Seymour Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:       3
Debtors:    Cinram Group, Inc., *et al.*
Case No.:   17-15258 (    )
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
            Counsel to the Debtors Effective as of the Petition Date

2.      The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.      Lowenstein Sandler shall be compensated as set forth in the Application in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in these cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred. Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and disclosures as set forth in the Appendix A Guidelines, both in connection with the Application and interim and final fee applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

4.      The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived

5.      The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.      This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17–15258–VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cinram Group, Inc.                                    Cinram Operations, Inc.
fka Cinram Acquisition, Inc.
Attn: Glenn Langberg, CEO
220 South Orange Ave
Livingston, NJ 07039

Social Security No.:

Employer's Tax I.D. No.:
    32–0380588

## NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 26, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 84 – 69
Order Granting Application to Employ Lowenstein Sandler LLP as counsel for debtor (Related Doc # 69). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/25/2017. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 26, 2017
JAN: jf

Jeanne Naughton
Clerk

# EXHIBIT A

## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through January 31, 2018

In re: Chapter 11

### I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 10.60 | $860.00 | $9,116.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 2.00 | $1,070.00 | $2,140.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 16.20 | $770.00 | $12,474.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 56.20 | $690.00 | $38,778.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 9.60 | $435.00 | $4,176.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.50 | $260.00 | $910.00 |
| Jara, Gabriel | N/A | Paralegal/Litigation | 1.20 | $260.00 | $312.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 2.10 | $240.00 | $504.00 |
| **TOTAL FEES** | | | **101.40** | | **$68,410.00** |
| **Attorney Blended Rate** | | | | | **$704.90** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.                                                                                          Page 2
Invoice No.: 864769                                                                                    June 28, 2018

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|

B100 - Administration

B110 Case Administration

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B110 | 01/02/18 | DC | Tend to filing and service of Monthly Operating Reports for November 2017 | 0.40 | $104.00 |
| B110 | 01/02/18 | MS | E-mail to D. Claussen re: filing November MORs | 0.10 | $69.00 |
| B110 | 01/05/18 | DC | Update and organize electronic folders | 0.10 | $26.00 |
| B110 | 01/05/18 | GJ | Produce documents requested by M. Savetsky | 0.50 | $130.00 |
| B110 | 01/05/18 | MS | Review and revise CNOs and certificate of service for Lowenstein and JM Zell monthly fee statements | 0.20 | $138.00 |
| B110 | 01/05/18 | MS | E-mails with B. Lawler re: revisions to CNOs and certificate of service for Lowenstein and JM Zell monthly fee statements | 0.10 | $69.00 |
| B110 | 01/12/18 | MTP | Discussion with M. Savetsky re: third removal extension motion (.1); complete initial draft motion, notice of motion, and proposed order (1.0); e-mail same to M. Savetksy for review (.1) | 1.20 | $522.00 |
| B110 | 01/14/18 | MS | Review and revise motion to extend time to remove actions, notice and proposed order | 0.50 | $345.00 |
| B110 | 01/15/18 | MS | E-mails with M. Papandrea re: motion to extend time to remove actions | 0.10 | $69.00 |
| B110 | 01/16/18 | DC | Tend to filing and service of Third Motion to Extend Time for Removal and prepare and file Certification of Service of same | 0.50 | $130.00 |
| B110 | 01/16/18 | DC | Update critical dates memo and attorney calendar | 0.10 | $26.00 |
| B110 | 01/16/18 | MES | Review draft removal extension motion; communications with LS team re: same | 0.20 | $154.00 |
| B110 | 01/16/18 | MS | Review proposed revised scheduling order dates from SIR's counsel | 0.10 | $69.00 |
| B110 | 01/16/18 | MS | Review e-mail from M. Erbeck re: revised proposed scheduling order dates | 0.10 | $69.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

Page 3
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 01/16/18 | MS | Review revised motion to extend time to remove actions | 0.10 | $69.00 |
| B110 | 01/16/18 | MS | E-mails with M. Papandrea re: revised motion to extend time to remove actions | 0.10 | $69.00 |
| B110 | 01/16/18 | MTP | Final review and revisions to third motion to extend removal period (.4); e-mail M. Seymour and M. Savetsky re: same (.1); e-mails with D. Claussen re: filing and serving same (.1) | 0.60 | $261.00 |
| B110 | 01/24/18 | DC | Review docket and update attorney calendar | 0.20 | $52.00 |
| B110 | 01/29/18 | GJ | Assist M. Savetsky preparing documents to share with client | 0.70 | $182.00 |
| | | | **Total B110 - Case Administration** | 5.90 | $2,553.00 |

B120 Asset Analysis and Recovery

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B120 | 01/09/18 | BB | Review e-mails between G. Langberg and M. Savetsky re: JM Zell, appraisals and valuation issues | 0.20 | $172.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 0.20 | $172.00 |

B140 Relief from Stay/Adequate Protection Proceedings

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B140 | 01/02/18 | MS | Call with G. Lynott re: resolution of Turner motion for stay relief and e-mail to G. Lynott re: same | 0.10 | $69.00 |
| B140 | 01/03/18 | MS | Review and further revise proposed order on O. Turner's motion for stay relief | 0.40 | $276.00 |
| B140 | 01/03/18 | MS | E-mails with G. Lynott re: revised proposed order on O. Turner's motion for stay relief | 0.20 | $138.00 |
| B140 | 01/03/18 | MS | Draft e-mail to G. Robinson re: RTU issue | 0.30 | $207.00 |
| B140 | 01/04/18 | MS | E-mails with G. Lynott re: submission of consent order | 0.10 | $69.00 |
| B140 | 01/08/18 | MS | E-mails with R. Jareck re: resolution of Turner stay relief motion | 0.10 | $69.00 |
| B140 | 01/08/18 | MS | Call with chambers re: resolution of Turner stay relief motion | 0.10 | $69.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B140 - Relief from Stay/Adequate Protection Proceedings** | 1.30 | $897.00 |

### B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 01/11/18 | MS | E-mails with M. Seymour re: Committee request for appraisals | 0.10 | $69.00 |
| B150 | 01/11/18 | MS | Confer with K. Rosen re: Committee request for appraisals | 0.10 | $69.00 |
| B150 | 01/11/18 | MS | Review e-mails from R. Jareck and K. Rosen re: Committee request for appraisals | 0.10 | $69.00 |
| B150 | 01/11/18 | MS | Draft e-mail to M. Seymour re: Committee request for appraisals | 0.10 | $69.00 |
| B150 | 01/26/18 | KAR | Exchange-mails with W. Usatine re: Technicolor not signing non disclosure agreement | 0.10 | $107.00 |
| B150 | 01/31/18 | MS | E-mails with M. Erbeck and R. Jareck re: mediation statements | 0.10 | $69.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.60 | $452.00 |

### B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 01/04/18 | MS | E-mails with G. Langberg re: GPI fee estimate | 0.10 | $69.00 |
| B160 | 01/05/18 | EBL | Finalize and e-file certifcate of service re: Lowenstein's eighth monthly fee statement | 0.20 | $48.00 |
| B160 | 01/12/18 | MS | E-mails with G. Langberg re: retention of appraisers | 0.20 | $138.00 |
| B160 | 01/12/18 | MS | Draft e-mail to D. Claussen re: application to retain appraiser | 0.20 | $138.00 |
| B160 | 01/12/18 | MS | E-mails with G. Langberg and D. Claussen re: application to retain appraiser | 0.20 | $138.00 |
| B160 | 01/31/18 | MES | Review latest monthly fee application for filing | 0.40 | $308.00 |
| | | | **Total B160 - Fee/Employment Applications** | 1.30 | $839.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

Page 5
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B165 Employment and Retention Applications - Others | | | | | |
| B165 | 01/12/18 | DC | Prepare draft Application and Certification to retain Appraisal Group International as Real Estate Appraiser for the Debtors | 1.50 | $390.00 |
| B165 | 01/12/18 | MTP | Review e-mails and related documents from M. Savetsky re: retention of Appraisal Group International (.1); telephone call with M. Savetsky re: same (.1) | 0.20 | $87.00 |
| B165 | 01/15/18 | MTP | Review and revise application to retain AGI and certification re: same (.6); review engagement letters re: same (.1); draft proposed order re: same (.3); e-mail draft retention papers with comments to M. Savetsky for review (.2) | 1.20 | $522.00 |
| B165 | 01/16/18 | DC | Compile list of claimant names for conflict check for AGI, as Appraiser | 0.50 | $130.00 |
| B165 | 01/16/18 | MES | Review proposal for appraiser; review draft application to retain | 0.40 | $308.00 |
| B165 | 01/16/18 | MES | Conference with M. Savetsky re: appraiser issues; review communication from G. Langberg, Committee counsel re: appraisers | 0.40 | $308.00 |
| B165 | 01/16/18 | MS | Draft e-mail to G. Langberg re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/16/18 | MS | Review and revise draft application, declaration and order to retain real estate appraiser | 1.50 | $1,035.00 |
| B165 | 01/16/18 | MS | Draft e-mail to J. Catalano re: retention of Appraisal Group International | 0.10 | $69.00 |
| B165 | 01/16/18 | MS | E-mails with M. Papandrea re: revised AGI retention application | 0.10 | $69.00 |
| B165 | 01/16/18 | MS | Call with M. Seymour re: AGI retention application | 0.10 | $69.00 |
| B165 | 01/16/18 | MTP | Discussions with M. Savetsky re: AGI retention papers (.3); review local rules re: same (.3); draft e-mail to M. Savetsky re: local rules re: same (.1); further review and revise and redline same (.6); circulate revised draft retention papers and redlines to M. Seymour and M. Savetsky for further review and comment (.1) | 1.40 | $609.00 |
| B165 | 01/17/18 | DC | Exchange e-mails with attorney team re: retention of AGI | 0.10 | $26.00 |
| B165 | 01/17/18 | MES | Review AGI retention agreement and motion to retain, provide comments to same | 0.30 | $231.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

Page 6
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 01/17/18 | MS | Review and finalize AGI retention application, declaration and order | 0.80 | $552.00 |
| B165 | 01/17/18 | MS | Call with M. Papandrea re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/17/18 | MS | E-mails with M. Papandrea re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/17/18 | MS | Call with G. Langberg re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/17/18 | MS | E-mails with G. Langberg re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/17/18 | MS | Calls with M. Seymour re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/17/18 | MS | E-mails with K. Rosen and M. Seymour re: AGI retention application | 0.10 | $69.00 |
| B165 | 01/17/18 | MTP | E-mails with M. Savetsky and G. Langberg re: finalizing AGI retention application (.2); review, revise, and finalize AGI retention application (.2); e-mail A. Vardi re: review and approval of same (.1); e-mails with D. Claussen re: finalizing and filing same (.1) | 0.60 | $261.00 |
| B165 | 01/19/18 | MS | E-mails with M. Seymour and D. Claussen re: AGI retention application | 0.20 | $138.00 |
| B165 | 01/19/18 | MS | E-mails with A. Vardi re: AGI retention application | 0.10 | $69.00 |
| B165 | 01/19/18 | MS | Revise certification in support of AGI retention application | 0.10 | $69.00 |
| B165 | 01/22/18 | DC | Respond to e-mails from M. Savetsky re: status of AGI Retention papers | 0.10 | $26.00 |
| B165 | 01/22/18 | EBL | Finalize, efile and serve AGI retention application; prepare and file certification of service re: same | 0.90 | $216.00 |
| B165 | 01/22/18 | MTP | E-mails with M. Savetsky and A. Vardi re: AGI retention application (.2); finalize retention application and related documents for filing (.4); e-mail M. Seymour re: final review of same (.1); e-mail B. Lawler re: filing and service of same (.1); draft e-mail to G. Langberg and A. Vardi re: filed application (.1) | 0.90 | $391.50 |
| B165 | 01/30/18 | MTP | Review entered order authorizing retention of AGI (.1); e-mail M. Savetsky, G. Langberg, and A. Vardi re: same (.1) | 0.20 | $87.00 |

|  |  |  | **Total B165 - Employment and Retention Applications - Others** | 13.00 | $6,559.50 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.  
Invoice No.: 864769

Page 7  
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 Fee Applications and Invoices - Others | | | | | |
| B175 | 01/05/18 | EBL | Prepare (.3) and e-file (.2) the certificate of no objection re: JM Zell's fifth monthly fee statement | 0.50 | $120.00 |
| B175 | 01/05/18 | EBL | Prepare (.3) and e-file (.2) the certificate of no objection re: JM Zell's sixth monthly fee statement | 0.50 | $120.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 1.00 | $240.00 |
| B185 Assumption/Rejection of Leases and Contracts | | | | | |
| B185 | 01/02/18 | MTP | Further research re: rejection damages issues (.4); discussion with M. Savetsky re: same (.2) | 0.60 | $261.00 |
| B185 | 01/03/18 | MTP | Further research re: rejection damages issues (1.1); draft e-mail to M. Savetsky summarizing same (1.3); discussion with M. Savetsky re: same (.3) | 2.70 | $1,174.50 |
| | | | **Total B185 - Assumption/Rejection of Leases and Contracts** | 3.30 | $1,435.50 |
| B190 Other Contested Matters (excluding assumption/rejection motions) | | | | | |
| B190 | 01/02/18 | BB | Exchange e-mails with G. Langberg re: GPI expert report | 0.20 | $172.00 |
| B190 | 01/02/18 | BB | Exchange e-mails with M. Seymour re: case issues | 0.10 | $86.00 |
| B190 | 01/10/18 | BB | Begin research in connection with certain lease litigation issues | 0.20 | $172.00 |
| B190 | 01/11/18 | BB | Research on mitigation of rejection claims | 0.80 | $688.00 |
| B190 | 01/12/18 | BB | Exchange e-mails with G. Langberg re: strategy | 0.20 | $172.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 1.50 | $1,290.00 |

B200 - Operations

B210 Business Operations

Cinram Group, Inc.

Invoice No.: 864769

Page 8

June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 01/02/18 | MS | Review revised November MORs for filing | 0.20 | $138.00 |
| B210 | 01/04/18 | KAR | Telephone conference with GRL re: timing and conditions of appraisal | 0.20 | $214.00 |
| B210 | 01/08/18 | KAR | Exchange-mails with M. Erbeck re: asset values | 0.20 | $214.00 |
| B210 | 01/08/18 | KAR | Telephone conference with GRL re: appraisals | 0.10 | $107.00 |
| | | | **Total B210 - Business Operations** | 0.70 | $673.00 |

B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B240 | 01/02/18 | MS | E-mails with J. Catalano re: RSM issue | 0.10 | $69.00 |
| | | | **Total B240 - Tax Issues** | 0.10 | $69.00 |

B250 Real Estate

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B250 | 01/02/18 | KAR | Exchange-mails with R. Jareck re: appraiser | 0.10 | $107.00 |
| B250 | 01/02/18 | KAR | Telephone conference with G. Langberg re: appraiser | 0.10 | $107.00 |
| B250 | 01/03/18 | MS | E-mails with K. Rosen re: appraisals | 0.10 | $69.00 |
| B250 | 01/04/18 | MS | E-mails with K. Rosen re: property appraisals, request by Committee | 0.20 | $138.00 |
| B250 | 01/09/18 | MS | Call with R. Jareck re: real estate appraisals | 0.10 | $69.00 |
| B250 | 01/09/18 | MS | E-mails with K. Rosen re: real estate appraisals | 0.10 | $69.00 |
| B250 | 01/09/18 | MS | E-mails with R. Jareck re: real estate appraisals | 0.10 | $69.00 |
| B250 | 01/09/18 | MS | Call with G. Langberg re: appraisals and expert reports | 0.10 | $69.00 |
| B250 | 01/10/18 | BB | Review e-mails from G. Langberg, M. Savetsky and K. Rosen re: appraisals and lease litigation issues | 0.20 | $172.00 |

Cinram Group, Inc.
Invoice No.: 864769

Page 9
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B250 | 01/10/18 | MES | Communications with G. Langberg, K. Rosen, M. Savetsky re: appraisals and response to committee re: same | 0.40 | $308.00 |
| B250 | 01/10/18 | MS | Review appraisal proposals for Olyphant and Tuscaloosa | 0.60 | $414.00 |
| B250 | 01/10/18 | MS | Draft e-mail to G. Langberg re: appraisal proposals | 0.40 | $276.00 |
| B250 | 01/11/18 | BB | Office conference with M. Savetsky re: appraisals | 0.10 | $86.00 |
| B250 | 01/11/18 | KAR | Telephone conference with R. Jareck re: appraisal sharing | 0.10 | $107.00 |
| B250 | 01/11/18 | MES | Communications with committee, LS team re: appraisals of Debtors' real property | 0.20 | $154.00 |
| B250 | 01/17/18 | MES | Review and revise memo to G. Langberg re: appraiser retention | 0.40 | $308.00 |
| | | | **Total B250 - Real Estate** | 3.30 | $2,522.00 |

B260 Board of Directors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B260 | 01/18/18 | MS | Review e-mail from J. Catalano re: D&O insurance proposal | 0.10 | $69.00 |
| B260 | 01/18/18 | MS | Draft e-mail to M. Seymour re: D&O insurance proposal | 0.10 | $69.00 |
| B260 | 01/18/18 | MS | Review D&O insurance proposal | 0.10 | $69.00 |
| | | | **Total B260 - Board of Directors** | 0.30 | $207.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 01/02/18 | BB | Participate on conference call with GPI and M. Savetsky to discuss Olyphant, GA expert report | 0.90 | $774.00 |
| B310 | 01/02/18 | MS | Call with GPI and B. Buechler re: revisions to draft Olyphant inspection report | 0.90 | $621.00 |
| B310 | 01/02/18 | MS | Review correspondence from R. Brake re: status of Ollie Turner workers' compensation claim | 0.10 | $69.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 864769

Page 10
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/02/18 | MS | E-mails with G. Robinson re: comments on Huntsville report | 0.10 | $69.00 |
| B310 | 01/02/18 | MS | Review e-mail from J. Pfluger re: Olyphant report | 0.10 | $69.00 |
| B310 | 01/02/18 | MS | E-mails with G. Langberg and B. Buechler re: Olyphant report | 0.20 | $138.00 |
| B310 | 01/02/18 | MS | E-mails with J. Pfluger and M. Radzicki re: Olyphant inspection | 0.10 | $69.00 |
| B310 | 01/02/18 | MS | Review draft Olyphant report and prior inspection report | 0.10 | $69.00 |
| B310 | 01/02/18 | MS | E-mails with J. Pfluger re: finalizing Hanover report | 0.20 | $138.00 |
| B310 | 01/02/18 | MS | Confer with M. Seymour re: draft expert reports | 0.10 | $69.00 |
| B310 | 01/03/18 | BB | Review Huntsville, Alabama expert report to prepare for call with LBYD team | 0.30 | $258.00 |
| B310 | 01/03/18 | BB | Participate on conference call with LBYD team and M. Savetsky to discuss their report | 1.00 | $860.00 |
| B310 | 01/03/18 | MS | Call with B. Buechelr and LBYD team re: draft of Huntsville inspection report | 1.10 | $759.00 |
| B310 | 01/03/18 | MS | Call with M. Sobel re: JM Zell draft expert report | 0.40 | $276.00 |
| B310 | 01/03/18 | MS | Confer with B. Buechler re: JM Zell draft expert report | 0.10 | $69.00 |
| B310 | 01/03/18 | MS | E-mails with M. Sobel re: JM Zell draft expert report | 0.10 | $69.00 |
| B310 | 01/03/18 | MS | Review revised draft of Hanover inspection report | 0.10 | $69.00 |
| B310 | 01/03/18 | MS | E-mail to B. Buechler re: revised draft of Hanover inspection report | 0.10 | $69.00 |
| B310 | 01/03/18 | MS | Review e-mail from M. Papandrea re: research re: SIR claims issue | 0.20 | $138.00 |
| B310 | 01/03/18 | MS | Confer with M. Papandrea re: research re: SIR claims | 0.20 | $138.00 |
| B310 | 01/03/18 | MS | Prepare for call with LBYD re: draft of Huntsville report and review follow up items | 0.20 | $138.00 |
| B310 | 01/03/18 | MS | Review Huntsville lease and sublease re: SIR claims and LBYD report | 0.30 | $207.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.  
Invoice No.: 864769

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/04/18 | BB | Review Zell report to prepare for upcoming call with Zell to discuss same | 0.30 | $258.00 |
| B310 | 01/04/18 | BB | Exchange e-mails with M. Savetsky, G. Langberg and GPI re: expert reports | 0.20 | $172.00 |
| B310 | 01/04/18 | MS | E-mails with J. Pfluger re: Olyphant inspection report | 0.10 | $69.00 |
| B310 | 01/05/18 | BB | Participate on conference call with JM Zell team re: their draft report | 0.60 | $516.00 |
| B310 | 01/05/18 | BB | Office conference with M. Savetsky re: call with the JM Zell team | 0.10 | $86.00 |
| B310 | 01/05/18 | BB | Telephone call with G. Langberg and M. Savetsky to discuss strategies in connection with their upcoming mediation and litigation concerning the claims of SIR and Technicolor | 0.40 | $344.00 |
| B310 | 01/05/18 | BB | Draft e-mail to G. Langberg re: strategy issues | 0.20 | $172.00 |
| B310 | 01/05/18 | BB | Review certain documents produced in discovery | 0.10 | $86.00 |
| B310 | 01/05/18 | MS | E-mails with G. Langberg re: JM Zell draft expert report | 0.10 | $69.00 |
| B310 | 01/05/18 | MS | E-mails with M. Seymour re: response to SIR document request | 0.10 | $69.00 |
| B310 | 01/05/18 | MS | E-mails with B. Buechler re: document request to SIR | 0.10 | $69.00 |
| B310 | 01/05/18 | MS | Call with B. Buechler re: response to SIR document request | 0.10 | $69.00 |
| B310 | 01/05/18 | MS | Revise letter to M. Erbeck re: document requests | 0.10 | $69.00 |
| B310 | 01/05/18 | MS | Review files for production to SIR and coordinate production | 0.30 | $207.00 |
| B310 | 01/05/18 | MS | Call with B. Buechelr and G. Langberg re: Hanover claim strategy | 0.40 | $276.00 |
| B310 | 01/05/18 | MS | Review SIR document production re: Hanover valuation materials for JM Zell | 0.40 | $276.00 |
| B310 | 01/05/18 | MS | Draft e-mail to M. Seymour re: Qualls report and exhibits | 0.30 | $207.00 |
| B310 | 01/05/18 | MS | Call with G. Robinson re: revisions to LBYD inspection report | 0.10 | $69.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

Page 12
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/05/18 | MS | Call with B. Buechler and JM Zell team re: draft expert report | 0.60 | $414.00 |
| B310 | 01/05/18 | MS | Draft e-mail to M. Erbeck re: document requests relating to Hanover | 0.40 | $276.00 |
| B310 | 01/06/18 | MS | Review e-mail from J. Testa re: HVAC system in Huntsville | 0.10 | $69.00 |
| B310 | 01/08/18 | BB | Revise e-mail to G. Langberg re: strategy issues | 0.40 | $344.00 |
| B310 | 01/08/18 | MES | Communications with K. Rosen re: settlement | 0.10 | $77.00 |
| B310 | 01/08/18 | MES | Confer with M. Savetsky re: discussions with JN Zell and G. Langberg re: strategy | 0.20 | $154.00 |
| B310 | 01/08/18 | MS | E-mails with B. Buechler re: strategy and expert reports | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | Confer with M. Seymour re: discussions with JM Zell and G. Langberg re: strategy | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | Call with G. Langberg re: expert reports | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | E-mails to K. Rosen and B. Buechler re: expert reports and appraisals | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | Review documents produced by Technicolor re: Huntsville | 0.30 | $207.00 |
| B310 | 01/08/18 | MS | Draft e-mail to G. Langberg re: component of SIR's claim relating to Huntsville | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | Review Technicolor document production re: HVAC system | 0.20 | $138.00 |
| B310 | 01/08/18 | MS | Review and comment on proposed e-mail G. Langberg re: strategy, expert reports | 0.50 | $345.00 |
| B310 | 01/09/18 | MES | Review draft expert report for Hanover and research materials for mediation | 0.40 | $308.00 |
| B310 | 01/09/18 | MS | E-mails with M. Sobel and G. Langberg re: JM Zell report | 0.10 | $69.00 |
| B310 | 01/09/18 | MS | Review e-mails from K. Rosen and G. Langberg re: JM Zell analysis and call to discuss same | 0.10 | $69.00 |
| B310 | 01/10/18 | MS | E-mails with G. Langberg re: Olyphant property inspection report | 0.30 | $207.00 |
| B310 | 01/10/18 | MS | E-mails with J. Pfluger re: Olyphant property inspection report | 0.10 | $69.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.                                                          Page 13
Invoice No.: 864769                                                   June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/10/18 | MS | E-mails with K. Rosen and B. Buechler re: JM Zell draft report | 0.20 | $138.00 |
| B310 | 01/10/18 | MS | E-mail to G. Robinson re: Huntsville inspection report | 0.10 | $69.00 |
| B310 | 01/10/18 | MS | Review and comment on revised draft of Olyphant property inspection report | 2.70 | $1,863.00 |
| B310 | 01/10/18 | MS | Confer with M. Seymour re: expert reports, property appraisals and letter to M. Erbeck | 0.20 | $138.00 |
| B310 | 01/10/18 | MS | Revise request to SIR re: Hanover property | 0.20 | $138.00 |
| B310 | 01/10/18 | MS | Review MPEG LA proof of claim and supporting documentation | 0.80 | $552.00 |
| B310 | 01/10/18 | MS | E-mails with M. Seymour re: call with counsel for MPEG LA | 0.10 | $69.00 |
| B310 | 01/10/18 | MS | E-mails with T. Piotrowski re: MPEG LA proof of claim | 0.10 | $69.00 |
| B310 | 01/10/18 | MS | Review e-mail from G. Langberg re: revised draft of Olyphant report | 0.10 | $69.00 |
| B310 | 01/11/18 | MS | E-mail to B. Buechler re: Olyphant property inspection report | 0.10 | $69.00 |
| B310 | 01/11/18 | MS | Draft e-mail to B. Buechler re: Hanover analysis | 0.20 | $138.00 |
| B310 | 01/11/18 | MS | Confer with B. Buechler re: JM Zell analysis | 0.20 | $138.00 |
| B310 | 01/11/18 | MS | Call with T. Piotrowski re: MPEG LA proof of claim | 0.20 | $138.00 |
| B310 | 01/11/18 | MS | Call with G. Langberg re: draft of Olyphant report | 0.60 | $414.00 |
| B310 | 01/11/18 | MS | Review and revise e-mail to G. Langberg re: claims strategy issues | 0.80 | $552.00 |
| B310 | 01/11/18 | MS | Draft e-mail to M. Sobel re: claims strategy issues | 0.60 | $414.00 |
| B310 | 01/11/18 | MS | Further revise e-mail to G. Langberg re: claims litigation strategy | 0.50 | $345.00 |
| B310 | 01/11/18 | MS | E-mails with B. Buechler re: claims strategy issues | 0.10 | $69.00 |
| B310 | 01/12/18 | BB | Review updated Olyphant report | 0.70 | $602.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.                                                                                          Page 14
Invoice No.: 864769                                                                                  June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/12/18 | BB | Revise e-mail to JM Zell | 0.20 | $172.00 |
| B310 | 01/12/18 | MES | Review and comment on draft e-mail to JM Zell re: expert report issues | 0.20 | $154.00 |
| B310 | 01/12/18 | MS | E-mails with J. Pfluger re: Olyphant report | 0.10 | $69.00 |
| B310 | 01/12/18 | MS | Draft e-mail to M. Sobel re: claims strategy issues | 0.40 | $276.00 |
| B310 | 01/14/18 | MS | Review/comment on revised draft of Huntsville inspection report | 1.60 | $1,104.00 |
| B310 | 01/14/18 | MS | Review B. Buechler comments to Olyphant report | 0.10 | $69.00 |
| B310 | 01/14/18 | MS | Review and further comment on draft of Olyphant inspection report | 0.40 | $276.00 |
| B310 | 01/15/18 | BB | Office conference with M. Savetsky re: Huntsville report | 0.10 | $86.00 |
| B310 | 01/15/18 | BB | Review revised Huntsville property report | 0.60 | $516.00 |
| B310 | 01/15/18 | MS | Further review/comment on draft Huntsville inspection report | 0.50 | $345.00 |
| B310 | 01/15/18 | MS | E-mails with M. Sobel re: expert report and discovery materials | 0.20 | $138.00 |
| B310 | 01/15/18 | MS | Draft e-mail to J. Plfuger re: draft Olyphant inspection report | 0.20 | $138.00 |
| B310 | 01/15/18 | MS | Draft e-mail to J. Pfluger re: draft Hanover inspection report | 0.10 | $69.00 |
| B310 | 01/15/18 | MS | Draft e-mail to G. Langberg re: draft Hanover inspection report | 0.10 | $69.00 |
| B310 | 01/15/18 | MS | Review draft Hanover inspection report | 0.10 | $69.00 |
| B310 | 01/15/18 | MS | E-mails with J. Pfluger re: response to item in draft Olyphant inspection report | 0.30 | $207.00 |
| B310 | 01/15/18 | MS | Draft e-mail to G. Robinson re: revised draft Huntsville inspection report | 0.30 | $207.00 |
| B310 | 01/16/18 | MES | Meeting with M. Savetsky re: open issues, status of expert reports and open items to be addressed prior to submission | 0.90 | $693.00 |
| B310 | 01/16/18 | MES | Review documents produced by Technicolor to date | 0.30 | $231.00 |

Cinram Group, Inc.
Invoice No.: 864769

Page 15
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/16/18 | MES | Communications with M. Savetsky, J. Testa re: Technicolor document production; status of expert report and production by deadline | 0.40 | $308.00 |
| B310 | 01/16/18 | MS | Confer with M. Seymour re: expert reports | 0.30 | $207.00 |
| B310 | 01/16/18 | MS | E-mails with J. Testa re: documents produced to SIR | 0.10 | $69.00 |
| B310 | 01/16/18 | MS | Draft e-mail to J. Testa re: exchange of export reports re: Olyphant | 0.20 | $138.00 |
| B310 | 01/17/18 | MES | Review documents produced by SIR to date for mediation issues | 0.50 | $385.00 |
| B310 | 01/17/18 | MS | Call with J. Pfluger re: Olyphant and Hanover reports | 0.10 | $69.00 |
| B310 | 01/17/18 | MS | E-mail to M. Seymour re: Olyphant report | 0.10 | $69.00 |
| B310 | 01/18/18 | BB | Exchange e-mails with M. Seymour and M. Savetsky re: discovery and mediation | 0.10 | $86.00 |
| B310 | 01/18/18 | MS | E-mails with J. Pfluger re: revisions to Olyphant report | 0.10 | $69.00 |
| B310 | 01/18/18 | MS | E-mails with M. Seymour and B. Buechler re: scheduling order with SIR | 0.10 | $69.00 |
| B310 | 01/20/18 | MS | Review revised draft of Olyphant report | 1.40 | $966.00 |
| B310 | 01/20/18 | MS | Draft e-mail to M. Seymour re: comments on revised draft of Olyphant report | 0.40 | $276.00 |
| B310 | 01/20/18 | MS | Draft e-mail to G. Langberg re: revised draft of Olyphant report | 0.20 | $138.00 |
| B310 | 01/20/18 | MS | E-mail to J. Testa re: expert report / mediation | 0.10 | $69.00 |
| B310 | 01/22/18 | MS | Review draft of JM Zell updated report | 0.70 | $483.00 |
| B310 | 01/22/18 | MS | Review revised/final draft of Olyphant report | 0.30 | $207.00 |
| B310 | 01/22/18 | MS | E-mails with J. Pfluger re: revisions to Olyphant report | 0.20 | $138.00 |
| B310 | 01/22/18 | MS | E-mail to G. Langberg re: draft JM Zell updated report | 0.10 | $69.00 |
| B310 | 01/22/18 | MS | E-mail to M. Sobel re: draft JM Zell updated report | 0.20 | $138.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

Page 16
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/23/18 | MES | Review latest drafts of expert reports, communications with G. Langberg and M. Savetsky re: same | 0.70 | $539.00 |
| B310 | 01/23/18 | MS | Further review, analysis and revisions to JM Zell updated draft report | 2.50 | $1,725.00 |
| B310 | 01/23/18 | MS | Review e-mail from L. Kluger re: draft JM Zell expert report | 0.10 | $69.00 |
| B310 | 01/23/18 | MS | E-mails with K. Rosen re: draft JM Zell expert report | 0.10 | $69.00 |
| B310 | 01/23/18 | MS | E-mails with M. Sobel re: draft JM Zell expert report | 0.10 | $69.00 |
| B310 | 01/24/18 | BB | Review e-mails re: communications with experts re: proposed reports | 0.10 | $86.00 |
| B310 | 01/24/18 | MS | Review further revised draft of LBYD inspection report | 0.70 | $483.00 |
| B310 | 01/24/18 | MS | Further review/comment on JM Zell updated draft report | 0.30 | $207.00 |
| B310 | 01/24/18 | MS | Call with M. Seymour re: expert reports, discussions with Technicolor re: same, discussions with G. Langberg re: same, and MPEG claim issues | 0.50 | $345.00 |
| B310 | 01/24/18 | MS | E-mails with M. Sobel re: comments on JM Zell updated draft report | 0.40 | $276.00 |
| B310 | 01/24/18 | MS | Draft e-mail to G. Robinson re: revised draft of LBYD inspection report | 0.30 | $207.00 |
| B310 | 01/25/18 | KAR | Meeting with G. Langberg re: expert report for mediation | 0.50 | $535.00 |
| B310 | 01/25/18 | MES | Meeting with K. Rosen, G. Langberg re: expert reports for claims objections and mediation (.5), prepare for mediation (1.2) | 1.70 | $1,309.00 |
| B310 | 01/25/18 | MES | Communications with M. Savetsky, JM Zell re: finalizing expert reports | 0.40 | $308.00 |
| B310 | 01/25/18 | MS | Review revised JM Zell report | 0.70 | $483.00 |
| B310 | 01/25/18 | MS | Provide comments on revised JM Zell report | 0.30 | $207.00 |
| B310 | 01/25/18 | MS | E-mails with M. Sobel re: revised JM Zell report | 0.10 | $69.00 |
| B310 | 01/25/18 | MS | Review revised Huntsville report | 0.40 | $276.00 |
| B310 | 01/25/18 | MS | E-mails with G. Robinson re: revised Huntsville report | 0.10 | $69.00 |

Cinram Group, Inc.
Invoice No.: 864769

Page 17
June 28, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 01/25/18 | MS | E-mails with J. Pfluger re: Hanover report | 0.10 | $69.00 |
| B310 | 01/25/18 | MS | E-mails with M. Seymour re: expert reports | 0.20 | $138.00 |
| B310 | 01/26/18 | MES | Call with J. Testa, C. Farley re: Technicolor position on expert reports and exchange of same for mediation | 0.50 | $385.00 |
| B310 | 01/26/18 | MES | Call with M. Erbeck re: SIR's request for extension of time to exchange reports | 0.20 | $154.00 |
| B310 | 01/26/18 | MES | Conference with S. McNeil re: MPEG late claim and potential resolution of claim | 0.30 | $231.00 |
| B310 | 01/26/18 | MES | Conference with M. Savetsky re: final revisions to expert reports and production of same to SIR | 0.30 | $231.00 |
| B310 | 01/26/18 | MES | Review final expert report on  Huntsville and G. Langberg response | 0.40 | $308.00 |
| B310 | 01/26/18 | MES | Review final JM Zell report for Hanover | 0.40 | $308.00 |
| B310 | 01/26/18 | MES | Review revised expert report from J. Plfuger on Hanover, Olyphant | 0.30 | $231.00 |
| B310 | 01/26/18 | MS | E-mails with M. Draper re: JM Zell report and exhibits | 0.10 | $69.00 |
| B310 | 01/26/18 | MS | Review further revised JM Zell report and exhibits | 0.10 | $69.00 |
| B310 | 01/26/18 | MS | E-mails with M. Seymour re: exchange of expert reports | 0.10 | $69.00 |
| B310 | 01/26/18 | MS | Call with M. Seymour re: expert reports and discussions with M. Erbeck and J. Testa re: same | 0.20 | $138.00 |
| B310 | 01/29/18 | BB | Office conference with M. Savetsky re: expert reports and upcoming mediation | 0.10 | $86.00 |
| B310 | 01/29/18 | BB | Review e-mails re: expert reports and forward them to counsel for other parties | 0.20 | $172.00 |
| B310 | 01/29/18 | MES | Review and finalize communications to SIR re: production of expert reporrts | 0.40 | $308.00 |
| B310 | 01/29/18 | MES | E-mails to G. Langberg, K. Rosen re: SIR's request for extension of deadline to submit expert reports | 0.20 | $154.00 |
| B310 | 01/29/18 | MES | Communications with G. Langberg, LS team re: production of expert reports to SIR, issues with confidentiality and production to other parties | 0.30 | $231.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/29/18 | MES | Communications with G. Langberg re: MPEG's asserted claim | 0.20 | $154.00 |
| B310 | 01/29/18 | MES | Confer with M. Savetsky re: exchange of expert reports and mediation issues | 0.40 | $308.00 |
| B310 | 01/29/18 | MES | Confer with M. Savetsky re: MPEG claim issues | 0.20 | $154.00 |
| B310 | 01/29/18 | MS | Confer with B. Buechler re: exchange of expert reports and mediation schedule | 0.10 | $69.00 |
| B310 | 01/29/18 | MS | Confer with M. Seymour re: exchange of expert reports and mediation issues | 0.40 | $276.00 |
| B310 | 01/29/18 | MS | Confer with M. Seymour re: MPEG claim issues | 0.20 | $138.00 |
| B310 | 01/29/18 | MS | E-mails with G. Langberg re: MPEG claim issues | 0.10 | $69.00 |
| B310 | 01/29/18 | MS | Draft e-mail to M. Erbeck re: exchange of expert reports and Technicolor reports | 0.40 | $276.00 |
| B310 | 01/29/18 | MS | Review final drafts of expert reports for production to SIR | 0.40 | $276.00 |
| B310 | 01/29/18 | MS | Draft e-mail to M. Erbeck re: production of expert reports and confidentiality | 0.60 | $414.00 |
| B310 | 01/29/18 | MS | Initial review of expert report produced by SIR | 0.50 | $345.00 |
| B310 | 01/29/18 | MS | Call with M. Seymour re: exchange of expert reports with SIR | 0.20 | $138.00 |
| B310 | 01/29/18 | MS | E-mails with B. Buechler re: exchange of expert reports with SIR | 0.10 | $69.00 |
| B310 | 01/30/18 | MES | Review SIR's expert reports for mediation and claims objection litigation | 0.70 | $539.00 |
| B310 | 01/30/18 | MES | Communication to Judge Kaplan re: mediation meeting with Debtors; follow up with G. Langberg | 0.20 | $154.00 |
| B310 | 01/30/18 | MES | Confer with M. Savetsky re: SIR expert report | 0.20 | $154.00 |
| B310 | 01/30/18 | MS | Call with G. Langberg re: SIR expert report and MPEG claim | 0.20 | $138.00 |
| B310 | 01/30/18 | MS | Review additional document production by Technicolor | 0.10 | $69.00 |
| B310 | 01/30/18 | MS | Review and analysis of SIR's expert report | 2.60 | $1,794.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 864769

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 01/30/18 | MS | Confer with M. Seymour re: SIR expert report | 0.20 | $138.00 |
| B310 | 01/30/18 | MS | E-mail to K. Woods re: Urthbox settlement agreement | 0.10 | $69.00 |
| B310 | 01/30/18 | MS | Draft e-mail to A. Baumeister re: 503(b)(9) claims | 0.10 | $69.00 |
| B310 | 01/31/18 | BB | Meeting with M. Seymour and M. Savetsky to discuss SIR expert report and strategy for upcoming mediation | 1.30 | $1,118.00 |
| B310 | 01/31/18 | BB | Review SIR expert report | 0.60 | $516.00 |
| B310 | 01/31/18 | BB | Revise draft letter to counsel to SIR requesting additional documents | 0.10 | $86.00 |
| B310 | 01/31/18 | KAR | Confer with M. Seymour and M. Savetsky re: SIR expert report and MPEG claim | 0.40 | $428.00 |
| B310 | 01/31/18 | MES | Confer with K. Rosen and M. Savetsky re: SIR expert report and MPEG claim | 0.40 | $308.00 |
| B310 | 01/31/18 | MES | Confer with M. Savetsky re: SIR expert report | 0.30 | $231.00 |
| B310 | 01/31/18 | MES | Confer with M. Savetsky re: SIR mediation and litigation strategy | 0.30 | $231.00 |
| B310 | 01/31/18 | MES | Meeting with B. Buechler and M. Savetsky to discuss SIR expert report and strategy for upcoming mediation | 1.30 | $1,001.00 |
| B310 | 01/31/18 | MES | Communications with G. Langberg, LS team re: MPEG's questions on plan and potential resolution of late filed claim | 0.20 | $154.00 |
| B310 | 01/31/18 | MS | Revise letter to M. Erbeck re: discovery requests | 0.30 | $207.00 |
| B310 | 01/31/18 | MS | Draft letter to M. Erbeck re: discovery requests | 1.60 | $1,104.00 |
| B310 | 01/31/18 | MS | Confer with K. Rosen and M. Seymour re: SIR expert report and MPEG claim | 0.40 | $276.00 |
| B310 | 01/31/18 | MS | Confer with M. Seymour re: SIR expert report | 0.30 | $207.00 |
| B310 | 01/31/18 | MS | Further review of SIR expert report | 0.50 | $345.00 |
| B310 | 01/31/18 | MS | Meet with B. Buechler and M. Seymour re: SIR mediation and litigation strategy | 1.30 | $897.00 |
| B310 | 01/31/18 | MS | Confer with M. Seymour re: SIR mediation and litigation strategy | 0.30 | $207.00 |

Cinram Group, Inc.
Invoice No.: 864769

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B310 - Claims Administration and Objections** | 68.70 | $50,287.00 |

B400 - Bankruptcy-Related Advice

B450 Valuation

| B450 | 01/11/18 | KAR | Respond to e-mail re: scope of valuation information needed | 0.20 | $214.00 |
| | | | **Total B450 - Valuation** | 0.20 | $214.00 |

Cinram Group, Inc.

Invoice No.: 864769

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 5.90 | $2,553.00 |
| B120 | Asset Analysis and Recovery | 0.20 | $172.00 |
| B140 | Relief from Stay/Adequate Protection Proceedings | 1.30 | $897.00 |
| B150 | Meetings of and Communication with Creditors | 0.60 | $452.00 |
| B160 | Fee/Employment Applications | 1.30 | $839.00 |
| B165 | Employment and Retention Applications - Others | 13.00 | $6,559.50 |
| B175 | Fee Applications and Invoices - Others | 1.00 | $240.00 |
| B185 | Assumption/Rejection of Leases and Contracts | 3.30 | $1,435.50 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 1.50 | $1,290.00 |
| B210 | Business Operations | 0.70 | $673.00 |
| B240 | Tax Issues | 0.10 | $69.00 |
| B250 | Real Estate | 3.30 | $2,522.00 |
| B260 | Board of Directors | 0.30 | $207.00 |
| B310 | Claims Administration and Objections | 68.70 | $50,287.00 |
| B450 | Valuation | 0.20 | $214.00 |
| | **Total** | **101.40** | **$68,410.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

Cinram Group, Inc.                                                                                   Page 22
Invoice No.: 864769                                                                              June 28, 2018

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

    Bulk rate/special postage                                               $50.06

    **Total Disbursements**                                              **$50.06**

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.                                                              Page 23
Invoice No.: 864769                                                        June 28, 2018

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
|  | Bulk rate/special postage | $50.06 |
|  | Total Disbursements | $50.06 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**