**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

|  |  |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Debtors. | (Jointly Administered) |

**THIRTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OF MARCH 1, 2018 THROUGH MARCH 31, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this thirteenth monthly fee statement for the period of March 1, 2018 through March 31, 2018 (the "Thirteenth Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated May 12, 2017 [Docket No. 93] (the "Administrative Order").

---

[1]  The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

Pursuant to the Administrative Order, responses to the Thirteenth Fee Statement, if any, are due by July 27, 2018.

Dated: July 13, 2018

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:    Cinram Group, Inc., *et al*.          APPLICANT:    Lowenstein Sandler LLP

CASE NO.:    17-15258 (VFP)                     CLIENT:    Chapter 11 Debtors

CHAPTER:  11                                    CASE FILED:    March 17, 2017

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**THIRTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OF MARCH 1, 2018 THROUGH MARCH 31, 2018**

| SECTION I FEE SUMMARY | | |
|---|---|---|
| | FEES | EXPENSES |
| TOTAL PREVIOUS FEES REQUESTED | $ 1,674,653.00 | $22,548.62 |
| TOTAL FEES ALLOWED TO DATE: | $          -0- | $          -0- |
| TOTAL RETAINER (IF APPLICABLE) | $   166,390.75 | $          -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $  334,930.60 | $          -0- |
| TOTAL RECEIVED BY APPLICANT | $  482,373.40 | $ 14,305.30 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $ 61,224.00 |
| DISBURSEMENTS TOTALS - PAGE 3 | $     664.34 |
| TOTAL FEE APPLICATION | $ 61,888.34 |
| MINUS 20% HOLDBACK | -  12,244.80 |
| AMOUNT SOUGHT AT THIS TIME | $ 49,643.54 |

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 0.10 | $860.00 | $86.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 1.60 | $1,070.00 | $1,712.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 4.70 | $770.00 | $3,619.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 64.70 | $690.00 | $44,643.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 20.80 | $435.00 | $9,048.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.40 | $260.00 | $884.00 |
| Jara, Gabriel | N/A | Paralegal/Bankruptcy | 0.40 | $260.00 | $104.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.70 | $240.00 | $1,128.00 |
| **Total Fees** | | | **100.40** | | **$61,224.00** |
| **Attorney Blended Rate** | | | | **$643.18** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 1.90 | $623.00 |
| Asset Analysis and Recovery | 0.10 | $86.00 |
| Asset Disposition | 0.10 | $107.00 |
| Meetings of and Communication with Creditors | 6.00 | $4,140.00 |
| Fee/Employment Applications | 3.00 | $1,636.00 |
| Fee Applications and Invoices - Others | 3.50 | $930.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 3.20 | $1,552.00 |
| Business Operations | 8.10 | $5,577.00 |
| Tax Issues | 0.30 | $207.00 |
| Real Estate | 4.00 | $2,760.00 |
| Claims Administration and Objections | 57.30 | $36,295.50 |
| Plan and Disclosure Statement (including Business Plan) | 0.40 | $276.00 |
| Other - Insurance Matters | 12.50 | $7,034.50 |
| **SERVICE TOTALS** | **100.40** | **$61,224.00** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Miscellaneous | $268.70 |
| Bulk rate/special postage | $14.20 |
| Computerized legal research | $90.62 |
| Telecommunications | $19.82 |
| Travel | $271.00 |
| **TOTAL DISBURSEMENTS** | **$664.34** |

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: March 17, 2017

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION:  April 25, 2017, effective as of March 17, 2017 [Docket No. 84]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2]:

    a)  Lowenstein Sandler spent significant time assisting the Debtors with the prosecution of the Debtors' objections to the proofs of claim filed by SIR Properties and Technicolor and the pending mediation of the claim objections, including: (i) addressing issues related to real estate appraisals for Debtors' real property in Olyphant, PA and Tuscaloosa, AL; (ii) attending to confidentiality concerns regarding the production of documents by the Debtors, including preparing and revising non-disclosure agreements in connection with the mediation; and (iii) attending to SIR's request for additional documents in connection with mediation;

    b)  Lowenstein Sandler spent significant time responding to information requests and other issues arising in connection with the pending mediation before Judge Kaplan;

---

[2] The following summary is intended only to highlight the general categories of services performed by Lowenstein Sandler on behalf of the Debtors and the benefits rendered to the Debtors' estates. The summary is not intended to set forth each of the professional services provided by Lowenstein Sandler during the fee period.

c) Lowenstein Sandler assisted with the review and negotiation of a proposed insurance premium finance agreement and drafted a motion and consent order to approve same;

d) Lowenstein Sandler attended to Technicolor's lease assignment request;

e) Lowenstein Sandler attended to issues in connection with workers compensation claims and letters of credit, including analysis of claims and initial discussions regarding resolution of claims;

f) Lowenstein Sandler addressed a creditor's motion to file a late claim, including drafting an objection thereto, engaging in settlement negotiations with the creditor and drafting a consent order resolving the motion and fixing the amount of the creditor's claim in these chapter 11 cases;

g) Lowenstein Sandler assisted with the preparation of the Debtors' Monthly Operating Reports;

h) Lowenstein Sandler prepared and filed a monthly fee statement for Greenman-Pederson, Inc., an engineering firm retained in these chapter 11 cases.

i) Lowenstein Sandler attended to the Committee's document requests, including requests for the Debtors' tax returns;

j) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)    ANTICIPATED DISTRIBUTION TO CREDITORS:

|     |     |     |
| --- | --- | --- |
| (A) | ADMINISTRATION EXPENSES: | (unknown at this time) |
| (B) | SECURED CREDITORS: | (unknown at this time) |
| (C) | PRIORITY CREDITORS: | (unknown at this time) |
| (D) | GENERAL UNSECURED CREDITORS: | (unknown at this time) |

(6)    FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  July 13, 2018                          /s/ Mary E. Seymour
                                                        Mary E. Seymour, Esq.

```
┌─────────────────────────────────────────────┐
│ UNITED STATES BANKRUPTCY COURT               │
│ DISTRICT OF NEW JERSEY                        │
│ Caption in Compliance with D.N.J. LBR 9004-1 │
│                                               │
│ LOWENSTEIN SANDLER LLP                        │
│ Kenneth A. Rosen, Esq.                        │
│ Mary E. Seymour, Esq.                         │
│ Michael Savetsky, Esq.                        │
│ Michael Papandrea, Esq.                       │
│ 65 Livingston Avenue                          │
│ Roseland, New Jersey 07068                    │
│ (973) 597-2500 (Telephone)                    │
│ (973) 597-2400 (Facsimile)                    │
│                                               │
│ Proposed Counsel to the Debtors and           │
│ Debtors-in-Possession                         │
└─────────────────────────────────────────────┘
```

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Cinram Group, Inc., *et al.*[1]

          Debtors.

Chapter 11

Case No. 17- 15258 (VFP)

(Jointly Administered)

### ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

        The relief set forth on the following pages, numbered two (2) through four (3), is

hereby **ORDERED**.

**DATED: April 25, 2017**

_____

**Honorable Vincent F. Papalia**
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377).  The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

33621/2
04/12/2017 200617069.1

Page:      2
Debtors:   Cinram Group, Inc., *et al.*
Case No.:  17-15258 (     )
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (March 17, 2017), and upon consideration of the Application and the Seymour Declaration; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Seymour Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

---

[2]   Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:       3
Debtors:    Cinram Group, Inc., *et al.*
Case No.:   17-15258 (    )
Caption:    Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
            Counsel to the Debtors Effective as of the Petition Date

2.        The Debtors are authorized to employ and to retain Lowenstein Sandler, effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.        Lowenstein Sandler shall be compensated as set forth in the Application in accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the Bankruptcy Rules, the Local Rules, and any orders entered in these cases governing professional compensation and reimbursement for services rendered and charges and disbursements incurred. Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's requests for information and disclosures as set forth in the Appendix A Guidelines, both in connection with the Application and interim and final fee applications to be filed by Lowenstein Sandler in these Chapter 11 Cases.

4.        The requirement set forth in Local Rule 9013-1(a)(3) that any motion or other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by the contents of the Application or otherwise waived

5.        The Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

6.        This Court shall retain exclusive jurisdiction to hear and decide any and all disputes related to or arising from the implementation, interpretation and enforcement of this Order.

Form order – ntcorder

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

---

Case No.:  17–15258–VFP
Chapter:  11
Judge:  Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

Cinram Group, Inc.                                    Cinram Operations, Inc.
fka Cinram Acquisition, Inc.
Attn: Glenn Langberg, CEO
220 South Orange Ave
Livingston, NJ 07039

Social Security No.:

Employer's Tax I.D. No.:
32–0380588

---

### NOTICE OF JUDGMENT OR ORDER
### Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 26, 2017, the court entered the following judgment or order on the court's docket in the above–captioned case:

Document Number: 84 – 69
Order Granting Application to Employ Lowenstein Sandler LLP as counsel for debtor (Related Doc # 69). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/25/2017. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 26, 2017
JAN: jf

Jeanne Naughton
Clerk

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through March 31, 2018

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Buechler, Bruce | 1987 | Partner/Bankruptcy | 0.10 | $860.00 | $86.00 |
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 1.60 | $1,070.00 | $1,712.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 4.70 | $770.00 | $3,619.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 64.70 | $690.00 | $44,643.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 20.80 | $435.00 | $9,048.00 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 3.40 | $260.00 | $884.00 |
| Jara, Gabriel | N/A | Paralegal/Bankruptcy | 0.40 | $260.00 | $104.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 4.70 | $240.00 | $1,128.00 |
| **TOTAL FEES** | | | **100.40** | | **$61,224.00** |
| **Attorney Blended Rate** | | | | | **$643.18** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.

Page 2

Invoice No.: 866301

July 12, 2018

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 03/05/18 | DC | Review e-mails forwarded by M. Savetsky re: adjourned hearing dates and update critical dates memo and attorney calendar | 0.40 | $104.00 |
| B110 | 03/13/18 | DC | Review Motion of MPEG to File Late Claim, update calendar and critical dates memo | 0.30 | $78.00 |
| B110 | 03/21/18 | GJ | Endorse PDF files received by M. Savetsky | 0.40 | $104.00 |
| B110 | 03/27/18 | DC | Tend to filing Monthly Operating Reports for January and February, 2018 | 0.50 | $130.00 |
| B110 | 03/27/18 | MS | E-mails with D. Claussen re: MORs and filing error | 0.20 | $138.00 |
| B110 | 03/30/18 | MS | E-mails with J. Olsakovsky re: revised MORs | 0.10 | $69.00 |
| | | | **Total B110 - Case Administration** | 1.90 | $623.00 |
| **B120 Asset Analysis and Recovery** | | | | | |
| B120 | 03/05/18 | BB | Telephone call with M. Savetsky and M. Seymour to discuss trying to recover monies in connection with workers' compensation insurance policies | 0.10 | $86.00 |
| | | | **Total B120 - Asset Analysis and Recovery** | 0.10 | $86.00 |
| **B130 Asset Disposition** | | | | | |
| B130 | 03/14/18 | KAR | Exchange e-mails with Judge Kaplan re: appraisal | 0.10 | $107.00 |
| | | | **Total B130 - Asset Disposition** | 0.10 | $107.00 |
| **B150 Meetings of and Communication with Creditors** | | | | | |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.  
Invoice No.: 866301

Page 3  
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 03/06/18 | MS | E-mails with W. Stapleton re: document request | 0.10 | $69.00 |
| B150 | 03/08/18 | MS | Review e-mail from W. Stapleton re: Committee request for tax returns | 0.10 | $69.00 |
| B150 | 03/08/18 | MS | Review file re: Committee request for tax returns | 0.30 | $207.00 |
| B150 | 03/09/18 | MS | Call with W. Stapleton re: Committee tax returns request | 0.40 | $276.00 |
| B150 | 03/09/18 | MS | E-mail to W. Stapleton re: Committee tax returns request | 0.10 | $69.00 |
| B150 | 03/09/18 | MS | E-mail to K. Rosen re: discussion with W. Stapleton re: Committee tax returns request | 0.30 | $207.00 |
| B150 | 03/12/18 | MS | E-mails with G. Langberg and K. Rosen re: Committee tax returns request | 0.10 | $69.00 |
| B150 | 03/12/18 | MS | Call with R. Nahom re: committee request for tax returns | 0.40 | $276.00 |
| B150 | 03/12/18 | MS | Call with M. Seymour re: discussion with R. Nahom | 0.10 | $69.00 |
| B150 | 03/12/18 | MS | E-mail to K. Rosen re: discussion with R. Nahom re: committee request | 0.40 | $276.00 |
| B150 | 03/12/18 | MS | E-mails with K. Rosen re: Committee request for tax returns | 0.20 | $138.00 |
| B150 | 03/13/18 | MS | E-mails with G. Langberg re: Committee request for tax returns | 0.10 | $69.00 |
| B150 | 03/14/18 | MS | Call with G. Langberg re: follow up on Committee tax information request | 0.10 | $69.00 |
| B150 | 03/15/18 | MS | E-mails with R. Jareck re: revisions to mediation NDA | 0.10 | $69.00 |
| B150 | 03/16/18 | MS | Call with G. Langberg re: document requests for mediation purposes | 0.10 | $69.00 |
| B150 | 03/19/18 | MS | Review e-mail from R. Jareck re: Committee's proposed revision to mediation NDA | 0.10 | $69.00 |
| B150 | 03/19/18 | MS | E-mail to G. Langberg re: Committee's proposed revision to mediation NDA | 0.10 | $69.00 |
| B150 | 03/20/18 | MS | E-mails with R. Jareck re: mediation NDA | 0.10 | $69.00 |
| B150 | 03/20/18 | MS | E-mail to K. Rosen and M. Seymour re: request to RSM | 0.10 | $69.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 866301

Page 4
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B150 | 03/21/18 | MS | E-mails to R. Jareck re: mediation NDA | 0.20 | $138.00 |
| B150 | 03/22/18 | MS | Review information provided by W. Stapleton re: Committee request | 0.10 | $69.00 |
| B150 | 03/22/18 | MS | E-mails with W. Stapleton re: Committee request for tax information | 0.30 | $207.00 |
| B150 | 03/22/18 | MS | Call with W. Stapleton re: Committee request for tax information | 0.20 | $138.00 |
| B150 | 03/22/18 | MS | Call with G. Langberg re: Committee request for tax information | 0.30 | $207.00 |
| B150 | 03/26/18 | MS | E-mails with R. Jareck re: documents previously produced under Committee confidentiality agreement | 0.30 | $207.00 |
| B150 | 03/26/18 | MS | Draft e-mail to counsel re: production of documents for mediation purposes | 0.30 | $207.00 |
| B150 | 03/26/18 | MS | Call with R. Jareck re: document requests and NDA | 0.10 | $69.00 |
| B150 | 03/26/18 | MS | E-mails with R. Jareck re: previously produced documents | 0.10 | $69.00 |
| B150 | 03/27/18 | MS | Review e-mail from R. Jareck re: SIR request for non-financial documents | 0.20 | $138.00 |
| B150 | 03/27/18 | MS | Draft and revise response to R. Jareck re: SIR request for non-financial documents | 0.50 | $345.00 |
| B150 | 03/28/18 | MS | E-mail to W. Stapleton re: committee information request | 0.10 | $69.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 6.00 | $4,140.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 03/05/18 | MS | Review GPI invoices | 0.20 | $138.00 |
| B160 | 03/05/18 | MS | Review GPI retention order and confer with M. Seymour re: fee statement | 0.10 | $69.00 |
| B160 | 03/06/18 | MS | Review e-mail from G. Robinson re: invoice format requirements | 0.10 | $69.00 |
| B160 | 03/06/18 | MS | E-mails with G. Robinson re: requirements for fee statement | 0.30 | $207.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 866301

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 03/08/18 | MS | Review revised invoices and time entries provided by GPI | 0.30 | $207.00 |
| B160 | 03/08/18 | MS | E-mails with GPI re: revised invoices | 0.20 | $138.00 |
| B160 | 03/08/18 | MS | E-mail to B. Lawler re: monthly fee statement for GPI | 0.20 | $138.00 |
| B160 | 03/08/18 | MS | E-mail to G. Langberg re: GPI invoices | 0.10 | $69.00 |
| B160 | 03/13/18 | EBL | Prepare CNO for LS October 2017 monthly fee statement | 0.30 | $72.00 |
| B160 | 03/13/18 | EBL | Prepare CNO for LS November monthly fee statement | 0.30 | $72.00 |
| B160 | 03/13/18 | EBL | Finalize and e-file certifications of no objection re: Lowenstein Sandler's eighth and ninth (Oct and Nov 2017) monthly fee statements | 0.40 | $96.00 |
| B160 | 03/13/18 | MS | Review GPI invoices and e-mails with G. Langberg re: fee statement | 0.10 | $69.00 |
| B160 | 03/13/18 | MS | E-mails with B. Lawler re: monthly fee statement for GPI | 0.10 | $69.00 |
| B160 | 03/13/18 | MS | Review and approve CNOs for Lowenstein monthly fee statements and internal e-mails re: same | 0.10 | $69.00 |
| B160 | 03/29/18 | MES | Review certificates of no objection for firm's fee statements for filing | 0.20 | $154.00 |

|  |  |  | **Total B160 - Fee/Employment Applications** | 3.00 | $1,636.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 03/04/18 | MS | E-mails with G. Robinson re: fee statements | 0.20 | $138.00 |
| B175 | 03/08/18 | EBL | Review invoices and spreadsheet and prepare first monthly fee application and related exhibits for Greenman-Pederson, Inc. | 1.30 | $312.00 |
| B175 | 03/13/18 | EBL | Revisions to GPI first monthly fee application | 0.30 | $72.00 |
| B175 | 03/14/18 | EBL | Finalize (.2); e-file (.2) and prepare service of (.3) Greenman-Pedersen's first monthly fee statement; prepare certification of service (.2) and e-file same (.2) | 1.10 | $264.00 |
| B175 | 03/28/18 | EBL | Prepare CNO for GPI first monthly fee statement | 0.30 | $72.00 |

Cinram Group, Inc.                                                                                                    Page 6
Invoice No.: 866301                                                                                          July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 03/29/18 | EBL | Finalize and e-file CNO to GPI's first monthly fee statement | 0.30 | $72.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 3.50 | $930.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 03/01/18 | KAR | Meeting with M. Seymour re: Technicolor vacating Oliphant | 0.30 | $321.00 |
| B190 | 03/01/18 | MES | Meeting with K. Rosen re: Technicolor vacating Oliphant | 0.30 | $231.00 |
| B190 | 03/02/18 | KAR | Draft non disclosure agreement language for J. Testa | 0.40 | $428.00 |
| B190 | 03/22/18 | DC | Research pacer, lexus, westlaw and claims agent databases for claims filed by MPEG | 2.00 | $520.00 |
| B190 | 03/23/18 | DC | Draft e-mail to M. Savetsky re: status of MPEG claims search | 0.20 | $52.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 3.20 | $1,552.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 03/08/18 | MS | E-mails with J. Olsakovsky re: January MORs | 0.10 | $69.00 |
| B210 | 03/13/18 | KAR | Telephone conference with G. Langberg re: work papers, summary | 0.20 | $214.00 |
| B210 | 03/13/18 | MS | Review additional documentation re: request from Technicolor re: equipment lease assignment | 0.30 | $207.00 |
| B210 | 03/13/18 | MS | Review equipment lease assignment to Technicolor | 0.20 | $138.00 |
| B210 | 03/13/18 | MS | E-mails with J. Testa and D. Shin re: equipment lease assignment to Technicolor | 0.30 | $207.00 |
| B210 | 03/13/18 | MS | Review PSA re: request from Technicolor re: equipment lease assignment | 0.20 | $138.00 |

Cinram Group, Inc.
Invoice No.: 866301

Page 7
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B210 | 03/13/18 | MS | Review and comment on draft monthly fee statement for GPI | 0.20 | $138.00 |
| B210 | 03/14/18 | KAR | Telephone conference with G. Langberg re: getting information from work papers | 0.20 | $214.00 |
| B210 | 03/20/18 | MS | Call with J. Catalano and J. Olsakovsky re: MORs | 1.20 | $828.00 |
| B210 | 03/20/18 | MS | Review draft January MOR for CGI | 0.70 | $483.00 |
| B210 | 03/20/18 | MS | Review draft January MOR for COI | 0.40 | $276.00 |
| B210 | 03/20/18 | MS | Review draft January MOR for CPG | 0.30 | $207.00 |
| B210 | 03/21/18 | MS | Further review of Technicolor lease assignment request and related documents | 0.40 | $276.00 |
| B210 | 03/21/18 | MS | Draft e-mail to J. Testa re: lease assignment request | 0.20 | $138.00 |
| B210 | 03/26/18 | MS | Review and comment on revised drafts of MORs for January and February for each Debtor | 1.10 | $759.00 |
| B210 | 03/27/18 | MES | Review revised MOR's for filing, exchange e-mails with M. Savetsky re: same | 0.20 | $154.00 |
| B210 | 03/27/18 | MS | Review revised draft MORs for January and February | 0.90 | $621.00 |
| B210 | 03/27/18 | MS | Call with J. Catalano and J. Olsakovsky re: MORs | 0.60 | $414.00 |
| B210 | 03/29/18 | EBL | Phone calls to court re: docketing error re: CGI February monthly operating report (.2); e-file CGI February 2018 monthly operating report (.2) | 0.40 | $96.00 |
| | | | **Total B210 - Business Operations** | 8.10 | $5,577.00 |

B240 Tax Issues

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B240 | 03/15/18 | MS | Call with W. Stapleton re: Committee request for tax returns | 0.30 | $207.00 |
| | | | **Total B240 - Tax Issues** | 0.30 | $207.00 |

B250 Real Estate

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B250 | 03/02/18 | MS | Call with A. Vardi re: property appraisals | 0.20 | $138.00 |
| B250 | 03/02/18 | MS | E-mails with A. Vardi re: property appraisals | 0.10 | $69.00 |
| B250 | 03/06/18 | MS | E-mails with A. Vardi re: appraisals | 0.10 | $69.00 |
| B250 | 03/08/18 | MS | E-mail to A. Vardi re: appraisals | 0.10 | $69.00 |
| B250 | 03/09/18 | MS | Call with A. Vardi re: follow up on appraisals | 0.10 | $69.00 |
| B250 | 03/09/18 | MS | E-mails A. Vardi re: follow up on appraisals; e-mail to K. Rosen re: same | 0.10 | $69.00 |
| B250 | 03/13/18 | MS | Review Olyphant appraisal report | 0.10 | $69.00 |
| B250 | 03/13/18 | MS | E-mails with A. Vardi re: Olyphant appraisal report | 0.10 | $69.00 |
| B250 | 03/14/18 | MS | Review Olyphant appraisal report | 0.90 | $621.00 |
| B250 | 03/15/18 | MS | Further review of Olyphant appraisal report | 0.20 | $138.00 |
| B250 | 03/15/18 | MS | E-mail to A. Vardi re: timing of Tuscaloosa appraisal | 0.10 | $69.00 |
| B250 | 03/19/18 | MS | E-mails with K. Rosen and A. Vardi re: Tuscaloosa appraisal | 0.20 | $138.00 |
| B250 | 03/19/18 | MS | Call with G. Langberg re: Tuscaloosa appraisal and letters to workers compensation carriers | 0.10 | $69.00 |
| B250 | 03/21/18 | MS | E-mails with G. Langberg re: AGI appraisals | 0.10 | $69.00 |
| B250 | 03/21/18 | MS | E-mails with G. Langberg and A. Vardi re: Tuscaloosa appraisal report | 0.20 | $138.00 |
| B250 | 03/21/18 | MS | E-mail to K. Rosen re: Tuscaloosa appraisal report | 0.10 | $69.00 |
| B250 | 03/21/18 | MS | Review Tuscaloosa appraisal report | 1.10 | $759.00 |
| B250 | 03/26/18 | MS | Call with G. Langberg re: appraisals | 0.10 | $69.00 |
| | | | **Total B250 - Real Estate** | 4.00 | $2,760.00 |

Cinram Group, Inc.
Invoice No.: 866301

Page 9
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|---------------|-------|--------|
| B300 - Claims and Plan | | | | | |
| **B310 Claims Administration and Objections** | | | | | |
| B310 | 03/05/18 | MS | Review and analysis of claims filed by workers compensation insurance carriers and administrators | 1.50 | $1,035.00 |
| B310 | 03/05/18 | MS | Review information re: workers compensation policies, collateral and claims | 0.70 | $483.00 |
| B310 | 03/05/18 | MS | Call with J. Testa re: letters of credit claim | 0.20 | $138.00 |
| B310 | 03/06/18 | MS | Review and revise proposed mediation NDA | 2.80 | $1,932.00 |
| B310 | 03/06/18 | MS | Further review of workers compensation insurance claims | 0.80 | $552.00 |
| B310 | 03/06/18 | MS | E-mails with K. Rosen re: proposed mediation NDA | 0.10 | $69.00 |
| B310 | 03/07/18 | KAR | Review draft of non disclosure agreement from J. Testa with my language | 0.20 | $214.00 |
| B310 | 03/07/18 | MS | Further revise mediation NDA | 1.10 | $759.00 |
| B310 | 03/07/18 | MS | E-mails with K. Rosen re: mediation NDA | 0.10 | $69.00 |
| B310 | 03/07/18 | MS | Review Technicolor revisions to proposed mediation NDA | 0.20 | $138.00 |
| B310 | 03/08/18 | MS | E-mail to J. Testa re: mediation NDA | 0.10 | $69.00 |
| B310 | 03/09/18 | KAR | Review J. Testa's revisions to Debtor's proposed non disclosure agreement | 0.20 | $214.00 |
| B310 | 03/09/18 | MES | Confer with M. Savetsky re:   response to MPEG motion to file a late claim | 0.40 | $308.00 |
| B310 | 03/09/18 | MS | E-mail to J. Testa re: mediation NDA | 0.10 | $69.00 |
| B310 | 03/13/18 | MS | Call with G. Langberg re: mediation issues and Technicolor request re: equipment lease | 0.50 | $345.00 |
| B310 | 03/13/18 | MS | E-mail to K. Rosen re: mediation issues | 0.20 | $138.00 |
| B310 | 03/13/18 | MS | Call with J. Testa re: workers' compensation claim issues | 0.10 | $69.00 |

*ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.*

Cinram Group, Inc.

Invoice No.: 866301

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 03/13/18 | MS | Draft and revise e-mail letter to Judge Kaplan re: mediation issues | 2.10 | $1,449.00 |
| B310 | 03/13/18 | MS | Call with M. Seymour re: claims mediation issues | 0.10 | $69.00 |
| B310 | 03/13/18 | MTP | Review MPEG's motion to file late claim | 0.10 | $43.50 |
| B310 | 03/14/18 | MS | Research re: speculative damages for mediation | 2.10 | $1,449.00 |
| B310 | 03/14/18 | MS | E-mails to K. Rosen re: status update for Judge Kaplan re: mediation | 0.10 | $69.00 |
| B310 | 03/14/18 | MS | Confer with M. Seymour and K. Rosen re: status update for Judge Kaplan | 0.10 | $69.00 |
| B310 | 03/14/18 | MS | Revise and send mediation status update to Judge Kaplan | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | Review comments from the Committee and SIR and further review/revise mediation NDA | 1.20 | $828.00 |
| B310 | 03/15/18 | MS | Draft letter to Sentry re: letter of credit and workers compensation claim requests | 1.80 | $1,242.00 |
| B310 | 03/15/18 | MS | E-mails with K. Rosen re: revisions to mediation NDA | 0.40 | $276.00 |
| B310 | 03/15/18 | MS | Call with G. Langberg re: workers compensation claims | 0.20 | $138.00 |
| B310 | 03/15/18 | MS | Review e-mail from J. Testa re: workers compensation letters of credit | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | E-mails with C. Ingato re: workers compensation letters of credit | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | Review Technicolor draft letter re: workers compensation letters of credit | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | Call with J. Testa re: letter to Sentry re: letter of credit and workers compensation claim requests | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | E-mails with G. Langberg re: revisions to mediation NDA | 0.10 | $69.00 |
| B310 | 03/15/18 | MS | Further research re: speculative damages for claims mediation | 1.40 | $966.00 |
| B310 | 03/15/18 | MS | Call with G. Langberg re: request to RSM for mediation | 0.10 | $69.00 |
| B310 | 03/16/18 | MS | Review MPEG's motion to file a late proof of claim and supporting certification | 0.60 | $414.00 |

Cinram Group, Inc.

Invoice No.: 866301

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/16/18 | MS | Review MPEG LA licensing agreements and letter amendments | 1.50 | $1,035.00 |
| B310 | 03/19/18 | MES | E-mails with M. Savetsky re:   MPEG motion to file late | 0.20 | $154.00 |
| B310 | 03/19/18 | MES | Confer with M. Savetsky re: response to MPEG motion to file a late claim | 0.40 | $308.00 |
| B310 | 03/19/18 | MS | E-mails with J. Catalano and G. Langberg re: letters to workers compensation carriers | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | E-mails with M. Seymour re: MPEG motion to file late claim | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | Research re: proposed revision to mediation NDA | 0.10 | $69.00 |
| B310 | 03/19/18 | MS | Draft e-mail to K. Rosen and M. Seymour re: proposed revision to mediation NDA | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | E-mails with J. Catalano re: letters to workers compensation carriers | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | Review workers compensation related claims | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | Draft e-mail to G. Langberg re: objection to MPEG's motion to file a late claim | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | Review bar date notice, notice of formation of Committee, and notice of chapter 11 commencement re: MPEG | 0.20 | $138.00 |
| B310 | 03/19/18 | MS | Review MPEG claim form as submitted to U.S. Trustee | 0.10 | $69.00 |
| B310 | 03/19/18 | MS | Work on outline for objection to MPEG's motion to file a late claim | 0.80 | $552.00 |
| B310 | 03/19/18 | MS | Confer with M. Seymour re: response to MPEG motion to file a late claim | 0.40 | $276.00 |
| B310 | 03/19/18 | MS | E-mails with M. Papandrea re: response to MPEG motion to file a late claim | 0.20 | $138.00 |
| B310 | 03/19/18 | MTP | E-mails with M. Savetsky re: objection to MPEG motion to file late claim (.3); preliminary research re: same (.3) | 0.60 | $261.00 |
| B310 | 03/20/18 | MS | E-mails with G. Langberg re: mediation NDA | 0.10 | $69.00 |
| B310 | 03/20/18 | MS | Confer with M. Papandrea re: objection to MPEG motion to file a late claim | 0.10 | $69.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 866301

Page 12
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/20/18 | MS | Calls with G. Langberg re: status of various matters including mediation NDA and letters to workers compensation carriers | 0.20 | $138.00 |
| B310 | 03/20/18 | MS | Finalize mediation NDA | 0.10 | $69.00 |
| B310 | 03/20/18 | MS | E-mails with D. Claussen re: research re: MPEG | 0.10 | $69.00 |
| B310 | 03/20/18 | MS | E-mails with J. Testa re: letters of credit claim | 0.20 | $138.00 |
| B310 | 03/20/18 | MTP | Further research re: objection to MPEG's motion to file late proof of claim | 1.20 | $522.00 |
| B310 | 03/21/18 | MS | E-mails with M. Papandrea re: research on MPEG motion | 0.40 | $276.00 |
| B310 | 03/21/18 | MS | Internal e-mails re: claims mediation document production | 0.10 | $69.00 |
| B310 | 03/21/18 | MTP | Further research re: objection to MPEG's motion to file late claim (3.3); draft e-mail to M. Savetsky summarizing research re: same (.9); further e-mails with M. Savetsky re: same (.1); draft objection to MPEG's motion to file late claim (.7) | 5.00 | $2,175.00 |
| B310 | 03/22/18 | MES | E-mails with M. Savetsky re:  objection to MPEG motion to file late claim | 0.20 | $154.00 |
| B310 | 03/22/18 | MS | E-mails with M. Seymour re: objection to MPEG's motion to file a late claim | 0.20 | $138.00 |
| B310 | 03/22/18 | MS | E-mails with K. Rosen re: objection to MPEG's motion to file a late claim | 0.30 | $207.00 |
| B310 | 03/22/18 | MS | Calls with M. Papandrea re: objection to MPEG's motion to file late claim | 0.20 | $138.00 |
| B310 | 03/22/18 | MS | E-mails with D. Claussen re: research re: MPEG and review same | 0.20 | $138.00 |
| B310 | 03/22/18 | MS | E-mail to M. Papandrea re: objection to MPEG's motion to file late claim | 0.10 | $69.00 |
| B310 | 03/22/18 | MTP | Draft objection to MPEG motion to file late claim (2.3); further research re: same (.4); various discussions with M. Savetsky re: same (.4); e-mails with M. Savetsky re: same (.1) | 3.20 | $1,392.00 |
| B310 | 03/23/18 | MES | Call with M. Savetsky re:  MPEG late claim motion and mediation issues | 0.40 | $308.00 |
| B310 | 03/23/18 | MS | Call with M. Seymour re: MPEG late claim motion and mediation issues | 0.40 | $276.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 866301

Page 13
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/23/18 | MS | E-mails with K. Rosen and G. Langberg re: mediation issues | 0.10 | $69.00 |
| B310 | 03/23/18 | MS | Call with S. McNeil re: MPEG motion to file a late claim | 0.30 | $207.00 |
| B310 | 03/23/18 | MTP | Further draft, review, revise, and complete initial draft objection to MPEG motion to file late claim (2.7); draft e-mail to M. Savetsky re: same (.4) | 3.10 | $1,348.50 |
| B310 | 03/25/18 | MES | Review proposal for settlement of MPEG motion to allow late filed claim | 0.20 | $154.00 |
| B310 | 03/25/18 | MS | E-mails with G. Langberg and M. Seymour re: MPEG motion to file a late claim | 0.20 | $138.00 |
| B310 | 03/25/18 | MS | Review MPEG claim and components | 0.40 | $276.00 |
| B310 | 03/25/18 | MS | E-mails with S. McNeill re: settlement offers re: MPEG claim | 0.20 | $138.00 |
| B310 | 03/26/18 | MES | Conference with M. Savetsky re: mediation NDA, financial documents to be produced for mediation | 0.40 | $308.00 |
| B310 | 03/26/18 | MES | Confer with M. Savetsky re:  mediation issues and letter to Sentry Insurance | 0.30 | $231.00 |
| B310 | 03/26/18 | MS | Review and further revise draft letter to Sentry re: claims information and letter of credit | 1.30 | $897.00 |
| B310 | 03/26/18 | MS | E-mails R. Jareck re: mediation NDA and appraisals | 0.10 | $69.00 |
| B310 | 03/26/18 | MS | E-mails with S. McNeill and S. Scuteri re: settlement of MPEG motion | 0.20 | $138.00 |
| B310 | 03/26/18 | MS | E-mails with G. Langberg re: settlement of MPEG motion | 0.10 | $69.00 |
| B310 | 03/26/18 | MS | E-mail to M. Papandrea re: MPEG consent order | 0.10 | $69.00 |
| B310 | 03/26/18 | MS | Draft e-mail to M. Erbeck re: scheduled status conference | 0.10 | $69.00 |
| B310 | 03/26/18 | MS | Confer with M. Seymour re: mediation issues and letter to Sentry Insurance | 0.30 | $207.00 |
| B310 | 03/26/18 | MS | E-mail to M. Seymour re: revised draft letter to Sentry Insurance re: claims | 0.10 | $69.00 |

Cinram Group, Inc.                                                                                          Page 14
Invoice No.: 866301                                                                                July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/26/18 | MTP | Discussions with M. Savetsky re: resolution of MPEG's motion to file late claim (.3); e-mails with M. Savetsky re: same (.1); draft, review, and revise proposed order granting MPEG's motion (.6); review applicable rules re: same (.1); redline same and circulate same to M. Savetsky for review (.1) | 1.20 | $522.00 |
| B310 | 03/27/18 | MES | Review and revise letters to workers' comp carriers re: reduction of letters of credit posted by Technicolor | 0.30 | $231.00 |
| B310 | 03/27/18 | MES | Review draft consent order to allow MPEG claim | 0.20 | $154.00 |
| B310 | 03/27/18 | MES | Review additional comments to mediation NDA and committee's request that Debtors release all documents produced to date to SIR | 0.30 | $231.00 |
| B310 | 03/27/18 | MS | E-mails with K. Rosen and M. Seymour re: SIR request for non-financial documents | 0.30 | $207.00 |
| B310 | 03/27/18 | MS | E-mails with J. Testa re: letters of credit and mediation issues | 0.10 | $69.00 |
| B310 | 03/27/18 | MS | Call with W. Stapleton re: committee information request for mediation | 0.50 | $345.00 |
| B310 | 03/27/18 | MS | Review and revise consent order re: MPEG's claim | 0.60 | $414.00 |
| B310 | 03/27/18 | MS | E-mails with M. Papandrea re: MPEG consent order | 0.10 | $69.00 |
| B310 | 03/27/18 | MTP | Review revised consent order resolving MPEG's motion to file late claim; discussion with M. Savetsky re: same | 0.10 | $43.50 |
| B310 | 03/28/18 | MES | Review and revise e-mail to M. Erbeck re: SIRs position on documents to be produced under mediation NDA | 0.20 | $154.00 |
| B310 | 03/28/18 | MS | Confer with K. Rosen re: SIR request for non-financial documents | 0.10 | $69.00 |
| B310 | 03/28/18 | MS | Draft e-mail response to M. Erbeck re: SIR request for non-financial documents | 0.60 | $414.00 |
| B310 | 03/28/18 | MS | Call with M. Erbeck re: SIR request for non-financial documents | 0.40 | $276.00 |
| B310 | 03/28/18 | MS | Review documents produced to Committee on Attorneys' Eyes Only basis | 0.50 | $345.00 |
| B310 | 03/28/18 | MS | E-mails with K. Rosen and M. Seymour re: SIR request for non-financial documents | 0.30 | $207.00 |
| B310 | 03/28/18 | MS | E-mails with G. Langberg re: SIR request for non-financial documents | 0.30 | $207.00 |

Cinram Group, Inc.
Invoice No.: 866301

Page 15
July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 03/28/18 | MS | Draft e-mail to S. Scuteri re: consent order re: MPEG's claim | 0.10 | $69.00 |
| B310 | 03/28/18 | MS | E-mails with M. Seymour re: MPEG LA claim settlement | 0.10 | $69.00 |
| B310 | 03/28/18 | MS | E-mails with S. McNeill re: MPEG LA claim settlement | 0.20 | $138.00 |
| B310 | 03/28/18 | MS | Call with G. Langberg re: Committee discovery requests and MPEG claim | 0.30 | $207.00 |
| B310 | 03/29/18 | MES | E-mails with M. Savetsky re: conference with Judge Kaplan re: SIR's demand for documents not discussed during mediation | 0.30 | $231.00 |
| B310 | 03/29/18 | MS | Review financial and nonfinancial documents produced to Committee and SIR | 1.10 | $759.00 |
| B310 | 03/29/18 | MS | Call with S. McNeill re: MPEG consent order | 0.20 | $138.00 |
| B310 | 03/29/18 | MS | Call with G. Langberg re: SIR request for non-financial documents | 0.10 | $69.00 |
| B310 | 03/29/18 | MS | E-mail to G. Langberg re: letter to Sentry Insurance | 0.10 | $69.00 |
| B310 | 03/29/18 | MS | Review e-mail from M. Erbeck re: conference call re: production of non-financial documents | 0.10 | $69.00 |
| B310 | 03/29/18 | MS | E-mail to J. Testa re: letter to Sentry Insurance | 0.10 | $69.00 |
| B310 | 03/29/18 | MS | Review mediation NDA | 0.10 | $69.00 |
| B310 | 03/29/18 | MS | Draft e-mail to K. Rosen re: call with Judge Kaplan | 0.10 | $69.00 |
| B310 | 03/30/18 | MS | Draft e-mail to J. Testa re: mediation document production | 0.30 | $207.00 |
| B310 | 03/30/18 | MS | Draft letter to Travelers re: letters of credit and claims information | 0.90 | $621.00 |
| B310 | 03/30/18 | MS | Draft letters to Arrowood Indemnity re: letters of credit and claims information | 0.80 | $552.00 |
| B310 | 03/30/18 | MS | Review Travelers and Arrowood proofs of claim | 0.20 | $138.00 |

|  |  |  | **Total B310 - Claims Administration and Objections** | 57.30 | $36,295.50 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.
Invoice No.: 866301

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 Plan and Disclosure Statement (including Business Plan) | | | | | |
| B320 | 03/05/18 | MS | E-mails with R. Jareck re: adjournment of exclusivity motion | 0.10 | $69.00 |
| B320 | 03/05/18 | MS | Calls with M. Hall re: adjournment of exclusivity motion and scheduling matters | 0.20 | $138.00 |
| B320 | 03/28/18 | MS | Review e-mail from M. Erbeck re: SIR request for non-financial documents | 0.10 | $69.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 0.40 | $276.00 |

B400 - Bankruptcy-Related Advice

B460 Other - Insurance Matters

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B460 | 03/01/18 | MS | Review e-mail from J. Catalano re: proposed premium financing agreement | 0.10 | $69.00 |
| B460 | 03/02/18 | MS | E-mails with J. Catalano re: Bank Direct request | 0.20 | $138.00 |
| B460 | 03/05/18 | MS | E-mails with J. Catalano re: premium finance agreement | 0.20 | $138.00 |
| B460 | 03/05/18 | MS | Review proposed premium finance agreement and form of motion/order from Bank Direct | 0.20 | $138.00 |
| B460 | 03/05/18 | MS | Call with J. Catalano re: premium finance agreement | 0.10 | $69.00 |
| B460 | 03/05/18 | MS | E-mails with M. Seymour and J. Catalano re: premium finance agreements | 0.20 | $138.00 |
| B460 | 03/05/18 | MS | Confer with M. Seymour re: motion to approve premium finance agreement | 0.10 | $69.00 |
| B460 | 03/05/18 | MS | Draft e-mail to M. Papandrea re: motion to approve premium finance agreement | 0.10 | $69.00 |
| B460 | 03/06/18 | MS | Call with M. Papandrea re: motion to approve premium finance agreement | 0.10 | $69.00 |
| B460 | 03/06/18 | MTP | E-mails with M. Savetsky re: motion re: premium finance agreement (.1); review draft documents re: same (.1); telephone call with M. Savetsky re: same (.2) | 0.40 | $174.00 |
| B460 | 03/08/18 | MS | E-mails with M. Papandrea re: motion to approve premium finance agreement | 0.10 | $69.00 |

Cinram Group, Inc.

Invoice No.: 866301

Page 17

July 12, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 03/08/18 | MS | E-mails with J. Catalano re: insurance issues | 0.10 | $69.00 |
| B460 | 03/08/18 | MTP | Discussion with M. Savetsky re: motion to renew premium finance agreement | 0.10 | $43.50 |
| B460 | 03/09/18 | MES | Confer with M. Savetsky re: insurance premium financing and mediation issues | 0.20 | $154.00 |
| B460 | 03/09/18 | MS | Confer with M. Papandrea re: revisions to application for consent order re: insurance premium financing | 0.40 | $276.00 |
| B460 | 03/09/18 | MS | Confer with M. Seymour re: insurance premium financing and mediation issues | 0.20 | $138.00 |
| B460 | 03/09/18 | MS | Review/comment on draft application for consent order re: insurance premium financing | 1.20 | $828.00 |
| B460 | 03/09/18 | MS | Review e-mail from J. Catalano re: Bank Direct insurance premium financing | 0.10 | $69.00 |
| B460 | 03/09/18 | MS | E-mails with M. Papandrea re: motion to approve premium finance agreement | 0.10 | $69.00 |
| B460 | 03/09/18 | MTP | Draft motion to renew premium finance agreements (.5); research re: same (.6) | 1.10 | $478.50 |
| B460 | 03/09/18 | MTP | Various e-mails with M. Savetksy re: premium finance agreement with BankDirect (.3); draft application and consent order re: same (1.5); office meeting with M. Savetsky re: same (.8); review and revise same (1.1); e-mail same to M. Savetsky for review (.1) | 3.80 | $1,653.00 |
| B460 | 03/14/18 | MS | Review/revise application for consent order re: premium finance agreement | 0.50 | $345.00 |
| B460 | 03/14/18 | MS | Call with M. Papandrea re: application for consent order re: premium finance agreement | 0.10 | $69.00 |
| B460 | 03/14/18 | MS | Confer with M. Papandrea re: application for consent order re: premium finance agreement | 0.10 | $69.00 |
| B460 | 03/14/18 | MS | E-mails with J. Catalano re: application for consent order re: premium finance agreement | 0.10 | $69.00 |
| B460 | 03/14/18 | MTP | Discussion with M. Savetsky re: application for entry into consent order authorizing new premium finance agreement with BankDirect (.1); further review and revisions to same (.3); draft e-mail to J. Catalano re: same (.1) | 0.50 | $217.50 |
| B460 | 03/19/18 | MTP | Discussion with M. Savetksy re: application and consent order authorizing entry into premium finance agreement (.1); e-mails with J. Catalano re: same (.1) | 0.20 | $87.00 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

Cinram Group, Inc.

Invoice No.: 866301

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B460 | 03/21/18 | MS | E-mails with J. Catalano re: Bank Direct premium financing | 0.30 | $207.00 |
| B460 | 03/22/18 | MS | Revise application for consent order re: Bank Direct premium financing | 0.40 | $276.00 |
| B460 | 03/22/18 | MS | E-mails with J. Catalano re: Bank Direct premium financing | 0.10 | $69.00 |
| B460 | 03/22/18 | MS | E-mail to M. Seymour re: Bank Direct premium financing | 0.10 | $69.00 |
| B460 | 03/22/18 | MS | Revise consent order re: Bank Direct premium financing | 0.20 | $138.00 |
| B460 | 03/22/18 | MTP | Review e-mails from J. Catalano and M. Savetsky re: consent order authorizing entry into new premium finance agreement (.1); review revised application and consent order (.1) | 0.20 | $87.00 |
| B460 | 03/26/18 | MS | E-mail to M. Seymour re: insurance premium financing | 0.10 | $69.00 |
| B460 | 03/29/18 | MS | Revise letter to Sentry Insurance | 0.40 | $276.00 |
| B460 | 03/30/18 | MS | E-mails with J. Testa re: letters to insurance carriers | 0.10 | $69.00 |

|  |  |  | **Total B460 - Other - Insurance Matters** | 12.50 | $7,034.50 |

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 1.90 | $623.00 |
| B120 | Asset Analysis and Recovery | 0.10 | $86.00 |
| B130 | Asset Disposition | 0.10 | $107.00 |
| B150 | Meetings of and Communication with Creditors | 6.00 | $4,140.00 |
| B160 | Fee/Employment Applications | 3.00 | $1,636.00 |
| B175 | Fee Applications and Invoices - Others | 3.50 | $930.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 3.20 | $1,552.00 |
| B210 | Business Operations | 8.10 | $5,577.00 |
| B240 | Tax Issues | 0.30 | $207.00 |
| B250 | Real Estate | 4.00 | $2,760.00 |
| B310 | Claims Administration and Objections | 57.30 | $36,295.50 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.40 | $276.00 |
| B460 | Other - Insurance Matters | 12.50 | $7,034.50 |
| | **Total** | **100.40** | **$61,224.00** |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

# EXHIBIT B

Cinram Group, Inc.
Invoice No.: 866301

**EXHIBIT B**

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

**II.  Summary of Disbursement Charges**

| | |
|---|---|
| Miscellaneous | $268.70 |
| Bulk rate/special postage | $14.20 |
| Computerized legal research | $90.62 |
| Telecommunications | $19.82 |
| Travel | $271.00 |
| **Total Disbursements** | **$664.34** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
| 02/28/18 | Other Office Costs  VENDOR: FLIK International Corp,; INVOICE#: 4212300123; DATE: 3/1/2018 Cinram Mediation | $268.70 |
| 01/31/18 | Other Telecommunications Charges  VENDOR: Rosen, Kenneth A. INVOICE#: 2359818503160204 DATE: 3/16/2018    ; 01/31/18; Telecom - Other; January 2018 Cell Phone | $9.91 |
| 02/28/18 | Other Telecommunications Charges  VENDOR: Rosen, Kenneth A. INVOICE#: 2359825603260200 DATE: 3/26/2018    ; 02/28/18; Telecom - Other; February 2018 Cell Phone | $9.91 |
| 02/15/18 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 022818-4; DATE: 2/28/2018  -  VENDOR: American Express/Trv. INVOICE#: 022818-4 DATE: 2/28/2018  NYP TRE NYP Tick#0010581573 hearing | $232.00 |
| 02/15/18 | Amtrak Rail travel  VENDOR: American Express/Trv.; INVOICE#: 022818-4; DATE: 2/28/2018  -  VENDOR: American Express/Trv. INVOICE#: 022818-4 DATE: 2/28/2018  NYP TRE NYP Tick#0730756384   hearing | $39.00 |
| 03/22/18 | Computerized legal research: Westlaw:  User Name: PAPANDREA,MICHAEL / Duration of Search:  00:00 / Transaction:  8 / Docs/Lines:  0 | $90.62 |
| | Bulk rate/special postage | $14.20 |
| | Total Disbursements | $664.34 |

**ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.**