**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and
Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Debtors. | (Jointly Administered) |

**FOURTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
FOR THE PERIOD OF APRIL 1, 2018 THROUGH APRIL 30, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this fourteenth monthly fee statement for the period of April 1, 2018 through April 30, 2018 (the "Fourteenth Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated May 12, 2017 [Docket No. 93] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fourteenth Fee Statement, if any, are due by October 1, 2018.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

33621/3
09/17/2018 202539217.2

Dated: September 17, 2018

    Respectfully submitted,

    **LOWENSTEIN SANDLER LLP**

    /s/ *Mary E. Seymour*
    Kenneth A. Rosen, Esq.
    Mary E. Seymour, Esq.
    Michael Savetsky, Esq.
    Michael Papandrea, Esq.
    One Lowenstein Drive
    Roseland, New Jersey 07068
    (973) 597-2500 (Telephone)
    (973) 597-2400 (Facsimile)

    *Counsel to the Debtors and Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

**D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET**

| | |
|---|---|
| IN RE: Cinram Group, Inc., *et al*. | APPLICANT: Lowenstein Sandler LLP |
| CASE NO.: 17-15258 (VFP) | CLIENT: Chapter 11 Debtors |
| CHAPTER: 11 | CASE FILED: March 17, 2017 |

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

**FOURTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP FOR THE PERIOD OF APRIL 1, 2018 THROUGH APRIL 30, 2018**

**SECTION I**
**FEE SUMMARY**

| | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 1,599,997.50 | $21,025.99 |
| TOTAL FEES ALLOWED TO DATE: | $ -0- | $ -0- |
| TOTAL RETAINER (IF APPLICABLE) | $ 166,390.75 | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 319,999.50 | $ -0- |
| TOTAL RECEIVED BY APPLICANT | $ 482,373.40 | $ 14,305.30 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $ 41,521.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 133.72 |
| TOTAL FEE APPLICATION | $ 41,655.22 |
| MINUS 20% HOLDBACK | $ 8,304.30 |
| AMOUNT SOUGHT AT THIS TIME | $ 33,350.92 |

33621/3
09/17/2018 202539217.2

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Rosen, Kenneth A. | 1979 | Partner | 5.10 | $1,070.00 | $5,457.00 |
| Seymour, Mary E. | 1994 | Partner | 6.10 | $770.00 | $4,697.00 |
| Savetsky, Michael | 2005 | Counsel | 43.60 | $690.00 | $30,084.00 |
| *Savetsky, Michael - Travel Time | 2005 | Counsel | 0.80 | $345.00 | $276.00 |
| Papandrea, Michael T. | 2015 | Associate | 0.10 | $435.00 | $43.50 |
| Claussen, Diane | N/A | Paralegal | 2.10 | $260.00 | $546.00 |
| Jara, Gabriel | N/A | Paralegal | 0.50 | $260.00 | $130.00 |
| Lawler, Elizabeth B. | N/A | Paralegal | 1.20 | $240.00 | $288.00 |
| **Total Fees** | | | **59.50** | | **$41,521.50** |
| **Attorney Blended Rate** | | | | | **$728.14** |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 2.50 | $779.00 |
| Meetings of and Communication with Creditors | 2.70 | $1,879.00 |
| Fee/Employment Applications | 0.60 | $144.00 |
| Fee Applications and Invoices - Others | 1.90 | $1,041.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 3.60 | $3,852.00 |
| Non-Working Travel | 0.80 | $276.00 |
| Business Operations | 1.10 | $759.00 |
| Tax Issues | 1.60 | $1,180.00 |
| Real Estate | 0.40 | $276.00 |
| Claims Administration and Objections | 38.40 | $27,370.00 |
| Plan and Disclosure Statement (including Business Plan) | 2.00 | $1,208.00 |
| Other - Insurance Matters | 3.90 | $2,757.50 |
| **SERVICE TOTALS** | **59.50** | **$41,521.50** |

2

# SECTION III
# SUMMARY OF DISBURSEMENTS

|  | AMOUNT |
|---|---|
| Bulk rate/special postage | $13.31 |
| Computerized legal research | $107.20 |
| Telecommunications | $13.21 |
|  |  |
| **TOTAL DISBURSEMENTS** | **$133.72** |

# SECTION IV
# CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)   DATE CASE FILED: March 17, 2017

(2)   CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)   DATE OF RETENTION:  April 25, 2017, effective as of March 17, 2017 [Docket No. 84]. See Order attached.

(4)   SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2]:

   a) Lowenstein Sandler spent significant time addressing requests for information and documents received from the Committee, Technicolor Home Entertainment Services Inc. ("Technicolor") and SIR Properties Trust ("SIR") in connection with the pending mediation process conducted by Hon. Michael Kaplan, U.S.B.J., regarding the Debtors' chapter 11 plan and the claims asserted by SIR and Technicolor, including assisting the Debtors with the Debtors' ongoing efforts to identify and produce responsive documents;

   b) Lowenstein Sandler worked with the Debtors to address various issues raised during the ongoing mediation process, including providing information to the mediator, preparing with the Debtors for individual mediations sessions, developing term sheets for potential settlement proposals and preparing for and attending a settlement meeting with Technicolor and its counsel;

---

[2] The following summary is intended only to highlight the general categories of services performed by Lowenstein Sandler on behalf of the Debtors and the benefits rendered to the Debtors' estates. The summary is not intended to set forth each of the professional services provided by Lowenstein Sandler during the fee period.

3

    c) Lowenstein Sandler negotiated a resolution of the motion to file a late claim after the bar date filed by a Committee member, as well as a settlement of the underlying claim asserted by that Committee member against the Debtors;

    d) Lowenstein Sandler spent significant time working with the Debtors to review and analyze claims asserted by workers' compensation insurance carriers and negotiate resolutions of the those claims, including the return of collateral to the Debtors and the release of letters of credit posted by Technicolor in connection with potential workers' compensation claims;

    e) Lowenstein Sandler assisted the Debtors with their insurance premium financing agreement and obtaining Court approval of same;

    f) Lowenstein Sandler reviewed and assisted with the preparation of monthly fee statements of the Debtors' retained experts and other professionals;

    g) Lowenstein Sandler assisted with the preparation of the Debtors' Monthly Operating Reports;

    h) Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5) ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A) ADMINISTRATION EXPENSES:    (unknown at this time)
    (B) SECURED CREDITORS:    (unknown at this time)
    (C) PRIORITY CREDITORS:    (unknown at this time)
    (D) GENERAL UNSECURED CREDITORS:    (unknown at this time)

(6) FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO CREDITORS (IF APPLICABLE): Final disposition of case and dividend are unknown at this time.

I certify under penalty of perjury that the foregoing is true and correct.

Dated: September 17, 2018                        /s/ *Mary E. Seymour*_____
                                                        Mary E. Seymour, Esq.