**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Debtors. | (Jointly Administered) |

**FIFTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OF MAY 1, 2018 THROUGH MAY 31, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this fifteenth monthly fee statement for the period of May 1, 2018 through May 31, 2018 (the "Fifteenth Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated May 12, 2017 [Docket No. 93] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Fifteenth Fee Statement, if any, are due by October 5, 2018.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

Dated: September 21, 2018

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/ *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

### D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE: Cinram Group, Inc.. *et al.*       APPLICANT: Lowenstein Sandler LLP

CASE NO.: 17-15258 (VFP)       CLIENT: Chapter 11 Debtors

CHAPTER: 11       CASE FILED: March 17, 2017

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY. PURSUANT TO 28 U.S.C. SECTION 1746

RETENTION ORDER(S) ATTACHED

### FIFTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
### FOR THE PERIOD OF MAY 1, 2018 THROUGH MAY 31, 2018

## SECTION I
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 1,777,398.50 | $23,346.68 |
| TOTAL FEES ALLOWED TO DATE: | $ -0- | $ -0- |
| TOTAL RETAINER (IF APPLICABLE) | $ 166,390.75 | $ -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $ 355,479.70 | $ -0- |
| TOTAL RECEIVED BY APPLICANT | $ 482,373.40 | $ 14,305.30 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $ 19,655.50 |
| DISBURSEMENTS TOTALS - PAGE 3 | $ 99.03 |
| TOTAL FEE APPLICATION | $ 19,764.53 |
| MINUS 20% HOLDBACK | $ 3,933.10 |
| AMOUNT SOUGHT AT THIS TIME | $ 15,831.43 |

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 3.20 | $1,070.00 | $3,424.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 2.70 | $770.00 | $2,079.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 16.40 | $690.00 | $11,316.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 2.30 | $435.00 | $1,000.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.10 | $260.00 | $286.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.50 | $240.00 | $1,560.00 |
| **Total Fees** | | | **32.20** | | **$19,665.50** |
| **Attorney Blended Rate** | | | | **$724.37** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 4.40 | $2,311.00 |
| Meetings of and Communication with Creditors | 0.10 | $69.00 |
| Fee/Employment Applications | 2.00 | $480.00 |
| Fee Applications and Invoices - Others | 5.70 | $2,321.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 0.80 | $289.00 |
| Business Operations | 2.00 | $975.00 |
| Claims Administration and Objections | 4.80 | $3,352.00 |
| Plan and Disclosure Statement (including Business Plan) | 12.40 | $9,868.50 |
| **SERVICE TOTALS** | **32.20** | **$19,665.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| Miscellaneous | $25.00 |
| Bulk rate/special postage | $45.98 |
| Meals | $28.05 |
| **TOTAL DISBURSEMENTS** | **$99.03** |

2

## SECTION IV
## CASE HISTORY

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: March 17, 2017

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION:  April 25, 2017, effective as of March 17, 2017 [Docket No. 84].
     See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH
     SUPPLEMENTS AS NEEDED[2]:

     a)  Lowenstein Sandler spent significant time attending to settlement
         negotiations and drafting settlement proposals regarding the claims
         asserted by SIR and Technicolor;

     b)  Lowenstein Sandler prepared a motion to further extend the Debtors'
         removal period;

     c)  Lowenstein Sandler prepared and filed its tenth monthly fee statement,
         assisted with the preparation of monthly fee statements for the Debtors'
         retained experts and other professionals, and reviewed fee applications
         filed by the Committee's professionals;

     d)  Lowenstein Sandler assisted with the preparation of the Debtors' Monthly
         Operating Reports;

     e)  Lowenstein Sandler performed all other legal services for the Debtors that
         were necessary and proper in these proceedings and in furtherance of the
         Debtors' needs.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

     (A)  ADMINISTRATION EXPENSES:           (unknown at this time)
     (B)  SECURED CREDITORS:                 (unknown at this time)
     (C)  PRIORITY CREDITORS:                (unknown at this time)
     (D)  GENERAL UNSECURED CREDITORS:       (unknown at this time)

---

[2] The following summary is intended only to highlight the general categories of services performed by Lowenstein
Sandler on behalf of the Debtors and the benefits rendered to the Debtors' estates. The summary is not intended to
set forth each of the professional services provided by Lowenstein Sandler during the fee period.

3

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
     CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
     this time.

     I certify under penalty of perjury that the foregoing is true and correct.


Dated:  September 21, 2018              /s/ *Mary E. Seymour*
                                        Mary E. Seymour, Esq.

4

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

**Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

In re:

Cinram Group, Inc., *et al.*[1]

Debtors.

Chapter 11

Case No. 17- 15258 (VFP)

(Jointly Administered)

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through four (3), is hereby **ORDERED**.

**DATED: April 25, 2017**

Honorable Vincent F. Papalia
**United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.
33621/2
04/12/2017 200617069 1

Page:     2
Debtors:  Cinram Group, Inc., *et al.*
Case No.: 17-15258 (   )
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
          Counsel to the Debtors Effective as of the Petition Date

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned
debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing
the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to
the Debtors, effective as of the Petition Date (March 17, 2017), and upon consideration of the
Application and the Seymour Declaration; and the Court being satisfied, based on
representations made in the Application that (i) Lowenstein Sandler has no connection with the
Debtors, their creditors, any other party in interest, their current respective attorneys or
professionals, the United States Trustee or any person employed in the Office of the United
States Trustee, and does not represent any entity having an adverse interest to the Debtors in
connection with the Debtors' Chapter 11 Cases, except as set forth in the Seymour Declaration;
(ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of
the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any
connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein
Sandler's employment is necessary and in the best interest of the Debtors; and the Court having
jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of
Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the
District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012; and
venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a
core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient
under the circumstances; and it appearing that no other or further notice need be provided; and
after due deliberation and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Page:      3
Debtors:   Cinram Group, Inc., *et al.*
Case No.:  17-15258 (    )
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.       The Debtors are authorized to employ and to retain Lowenstein Sandler,

effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.       Lowenstein Sandler shall be compensated as set forth in the Application in

accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the

Bankruptcy Rules, the Local Rules, and any orders entered in these cases governing professional

compensation and reimbursement for services rendered and charges and disbursements incurred.

Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's

requests for information and disclosures as set forth in the Appendix A Guidelines, both in

connection with the Application and interim and final fee applications to be filed by Lowenstein

Sandler in these Chapter 11 Cases.

4.       The requirement set forth in Local Rule 9013-1(a)(3) that any motion or

other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by

the contents of the Application or otherwise waived

5.       The Debtors are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order.

6.       This Court shall retain exclusive jurisdiction to hear and decide any and all

disputes related to or arising from the implementation, interpretation and enforcement of this

Order.

# EXHIBIT A

## EXHIBIT A
Professional Services rendered by Lowenstein Sandler LLP, through May 31, 2018

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 3.20 | $1,070.00 | $3,424.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 2.70 | $770.00 | $2,079.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 16.40 | $690.00 | $11,316.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 2.30 | $435.00 | $1,000.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 1.10 | $260.00 | $286.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 6.50 | $240.00 | $1,560.00 |
| **TOTAL FEES** | | | **32.20** | | **$19,665.50** |
| **Attorney Blended Rate** | | | | | **$724.37** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

Page 2
September 19, 2018

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| **B100 - Administration** | | | | | |
| **B110 Case Administration** | | | | | |
| B110 | 05/02/18 | MS | E-mails with M. Papandrea re: motion to extend removal deadline | 0.10 | $69.00 |
| B110 | 05/02/18 | MS | Call with M. Papandrea re: motion to extend removal deadline | 0.10 | $69.00 |
| B110 | 05/02/18 | MTP | Discussions and e-mails with M. Savetsky re: removal extension motion | 0.20 | $87.00 |
| B110 | 05/03/18 | MS | Review e-mails re: RSM tax item | 0.10 | $69.00 |
| B110 | 05/03/18 | MS | Draft e-mail to J. Catalano re: RSM tax item | 0.20 | $138.00 |
| B110 | 05/03/18 | MS | E-mail to M. Seymour re: RSM tax item | 0.10 | $69.00 |
| B110 | 05/08/18 | MTP | Review/respond to e-mails from M. Savetsky re: removal period extension motion | 0.10 | $43.50 |
| B110 | 05/09/18 | MS | E-mails with M. Erbeck re: adjournment of status conference (.1); call with J. Filgueiras re: same | 0.10 | $69.00 |
| B110 | 05/09/18 | MTP | Draft, review, and revise motion to further extend removal period, proposed order and notice of motion re: same (.8); e-mail same to M. Savetsky for review (.1) | 0.90 | $391.50 |
| B110 | 05/15/18 | DC | Discussion with M. Savetsky re: adjourned hearing date and status conference date | 0.10 | $26.00 |
| B110 | 05/17/18 | MS | Review/revise motion to further enlarge removal period | 0.50 | $345.00 |
| B110 | 05/17/18 | MS | Confer with M. Papandrea re: motion to further enlarge removal period | 0.20 | $138.00 |
| B110 | 05/17/18 | MS | E-mails with M. Papandrea re: motion to further enlarge removal period | 0.10 | $69.00 |
| B110 | 05/17/18 | MTP | Discussion with M. Savetsky re: motion to further extend removal period | 0.10 | $43.50 |
| B110 | 05/18/18 | DC | Update attorney calendar and critical dates memo | 0.20 | $52.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B110 | 05/18/18 | MES | Call with M. Savetsky re: revisions to removal extension motion | 0.10 | $77.00 |
| B110 | 05/18/18 | MS | E-mails with M. Papandrea re: revisions to removal extension motion | 0.10 | $69.00 |
| B110 | 05/18/18 | MS | Call with M. Seymour re: revisions to removal extension motion | 0.10 | $69.00 |
| B110 | 05/18/18 | MTP | Further review and revise motion to further extend removal period (.5); e-mails with M. Seymour and M. Savetsky re: same (.2); e-mails with D. Claussen re: filing and serving same (.1) | 0.80 | $348.00 |
| B110 | 05/21/18 | MTP | Review filed motion to further extend removal period; e-mails with D. Claussen re: critical dates re: same | 0.10 | $43.50 |
| B110 | 05/23/18 | DC | Update critical dates memo and attorney calendar with fee application deadlines | 0.10 | $26.00 |
| | | | **Total B110 - Case Administration** | 4.40 | $2,311.00 |

B150 Meetings of and Communication with Creditors

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B150 | 05/24/18 | MS | Call with J. Beck re: update on status of case and likely distributions | 0.10 | $69.00 |
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.10 | $69.00 |

B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B160 | 05/01/18 | EBL | Continue drafting LS tenth monthly fee statement and related documents | 1.00 | $240.00 |
| B160 | 05/25/18 | EBL | Finalize (.2) efile (.2), serve (.2), prepare cert of service (.2) and file cert of service (.2) re: LS Tenth monthly fee statement | 1.00 | $240.00 |
| | | | **Total B160 - Fee/Employment Applications** | 2.00 | $480.00 |

B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 05/01/18 | MS | Review EisnerAmper monthly fee statement for March 2018 | 0.10 | $69.00 |

Cinram Group, Inc.
Invoice No.: 873659

Page 4
September 19, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 05/03/18 | EBL | Prepare LBYD's first monthly fee statement and related documents | 1.40 | $336.00 |
| B175 | 05/03/18 | MS | Review and revise LBYD first monthly fee statement | 0.30 | $207.00 |
| B175 | 05/03/18 | MS | E-mails with G. Robinson re: revisions to LBYD invoice | 0.10 | $69.00 |
| B175 | 05/03/18 | MS | Call with G. Robinson re: revisions to LBYD invoice | 0.10 | $69.00 |
| B175 | 05/03/18 | MS | Call with G. Langberg re: LBYD invoice and RSM work | 0.20 | $138.00 |
| B175 | 05/03/18 | MS | E-mail to B. Lawler re: first monthly fee statement of LBYD | 0.10 | $69.00 |
| B175 | 05/03/18 | MS | E-mails with B. Lawler re: revisions to LBYD first monthly fee statement | 0.10 | $69.00 |
| B175 | 05/04/18 | MES | Call with M. Savetsky re: LBYD's first monthly fee statement | 0.10 | $77.00 |
| B175 | 05/04/18 | MS | Call with M. Seymour re: LBYD's first monthly fee statement | 0.10 | $69.00 |
| B175 | 05/04/18 | MS | E-mails with G. Robinson re: LBYD's first monthly fee statement | 0.10 | $69.00 |
| B175 | 05/07/18 | EBL | Edits to LBYD first monthly fee application (.3); review and respond to multiple e-mails re: same (.3) | 0.60 | $144.00 |
| B175 | 05/08/18 | EBL | Finalize (.2); e-file (.2) and prepare service of (.4) LBYD's first monthly fee statement; prepare certification of service (.2) and e-file same (.2) | 1.20 | $288.00 |
| B175 | 05/23/18 | MS | E-mails with G. Robinson re: monthly fee statement and process | 0.10 | $69.00 |
| B175 | 05/23/18 | MS | Review Cole Schotz's monthly fee statement for April 2018 | 0.10 | $69.00 |
| B175 | 05/23/18 | MS | Review EisnerAmper's monthly fee statement for April 2018 | 0.10 | $69.00 |
| B175 | 05/23/18 | MS | Review Cole Schotz's third interim fee application | 0.20 | $138.00 |
| B175 | 05/23/18 | MS | Review EisnerAmper's third interim fee application | 0.10 | $69.00 |
| B175 | 05/24/18 | EBL | Prepare (.2); efile (.1) CNO to LBYD's first monthly fee statement; e-mail to client re: same (.1) | 0.40 | $96.00 |
| B175 | 05/24/18 | MS | E-mails with G. Robinson re: LBYD's first monthly fee statement | 0.10 | $69.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.                                                                          Page 5
Invoice No.: 873659                                                            September 19, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 05/24/18 | MS | E-mails with B. Lawler re: CNO for LBYD's first monthly fee statement; review and revise same | 0.10 | $69.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 5.70 | $2,321.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 05/02/18 | KAR | Exchange e-mails with M. Kaplan re: mediation | 0.10 | $107.00 |
| B190 | 05/21/18 | DC | Tend to filing and service of Fourth Motion to Extend Time for Removal, update calendar and critical dates memo and prepare and file Certification of Service | 0.70 | $182.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.80 | $289.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 05/18/18 | MS | Review revised monthly operating reports for April | 0.10 | $69.00 |
| B210 | 05/18/18 | MS | Review draft MORs for each Debtor for April | 0.90 | $621.00 |
| B210 | 05/18/18 | MS | E-mails with J. Olsakovsky re: monthly operating reports for April | 0.10 | $69.00 |
| B210 | 05/22/18 | EBL | Finalize and e-file April 2018 monthly operating reports for all debtors | 0.90 | $216.00 |
| | | | **Total B210 - Business Operations** | 2.00 | $975.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 05/01/18 | MES | E-mails with K. Rosen and M. Savetsky re: settlement proposal to Technicolor | 0.30 | $231.00 |
| B310 | 05/01/18 | MES | Call with M. Savetsky re: settlement proposal to Technicolor and confer with M. Savetsky re: same | 0.10 | $77.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

Page 6
September 19, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B310 | 05/01/18 | MS | Call with M. Seymour re: settlement proposal to Technicolor and confer with M. Seymour re: same | 0.10 | $69.00 |
| B310 | 05/01/18 | MS | Draft settlement proposal to Technicolor | 1.90 | $1,311.00 |
| B310 | 05/01/18 | MS | E-mails with G. Langberg re: settlement proposal to Technicolor | 0.40 | $276.00 |
| B310 | 05/01/18 | MS | E-mails with K. Rosen and M. Seymour re: settlement proposal to Technicolor | 0.30 | $207.00 |
| B310 | 05/01/18 | MS | Draft e-mail to J. Testa re: settlement proposal | 0.30 | $207.00 |
| B310 | 05/01/18 | MS | Call with G. Langberg re: settlement proposal to Technicolor | 0.20 | $138.00 |
| B310 | 05/01/18 | MS | E-mails with K. Rosen and G. Langberg re: settlement proposal to Technicolor | 0.20 | $138.00 |
| B310 | 05/02/18 | MS | Confer with K. Rosen re: claims mediation and discovery issues | 0.10 | $69.00 |
| B310 | 05/02/18 | MS | E-mail to M. Erbeck re: status conference on Debtors' objection to SIR's claims | 0.10 | $69.00 |
| B310 | 05/03/18 | MS | Confer with K. Rosen re: claims mediation and discovery issues | 0.10 | $69.00 |
| B310 | 05/08/18 | MES | Confer with M. Savetsky re:  claim settlement discussions | 0.10 | $77.00 |
| B310 | 05/08/18 | MS | E-mails with J. Testa re: claim settlement discussions | 0.20 | $138.00 |
| B310 | 05/08/18 | MS | Confer with M. Seymour re: claim settlement discussions | 0.10 | $69.00 |
| B310 | 05/17/18 | MS | Review claims register | 0.20 | $138.00 |
| B310 | 05/23/18 | MS | Call with G. Langberg and e-mails with K. Rosen re: status of offer to SIR | 0.10 | $69.00 |
| | | | **Total B310 - Claims Administration and Objections** | 4.80 | $3,352.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B320 | 05/01/18 | KAR | Telephone conference with G. Langberg re: settling with Technicolor | 0.30 | $321.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

Page 7
September 19, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B320 | 05/02/18 | MS | Call with R. Jareck re: exclusivity motion | 0.10 | $69.00 |
| B320 | 05/07/18 | MS | E-mails with G. Robinson re: LBYD's monthly fee statement and process | 0.20 | $138.00 |
| B320 | 05/08/18 | MS | E-mails with K. Rosen and G. Langberg re: claims mediation meeting with Judge Kaplan | 0.20 | $138.00 |
| B320 | 05/09/18 | KAR | Attend mediation before Judge Kaplan | 2.00 | $2,140.00 |
| B320 | 05/09/18 | MES | Attend mediation session with Judge Kaplan | 2.00 | $1,540.00 |
| B320 | 05/09/18 | MS | Meet with Judge Kaplan, K. Rosen, M. Seymour and G. Langberg re: mediation of claims | 2.10 | $1,449.00 |
| B320 | 05/14/18 | MTP | E-mails with M. Savetsky and D. Claussen re: continuance of motion to extend exclusivity | 0.10 | $43.50 |
| B320 | 05/15/18 | MS | Draft settlement proposal re: SIR claims | 3.70 | $2,553.00 |
| B320 | 05/15/18 | MS | E-mail to K. Rosen and M. Seymour re: settlement proposal re: SIR claims | 0.10 | $69.00 |
| B320 | 05/16/18 | KAR | Review proposed term sheet for SIR settlement and revise prior to sending to Judge Kaplan | 0.40 | $428.00 |
| B320 | 05/16/18 | KAR | Telephone conference with G. Langberg re: SIR settlement | 0.20 | $214.00 |
| B320 | 05/16/18 | KAR | Exchange e-mails with Kaplan re: SIR term sheet | 0.20 | $214.00 |
| B320 | 05/16/18 | MS | E-mails and confer with K. Rosen re: revision to settlement proposal re: SIR claims | 0.10 | $69.00 |
| B320 | 05/16/18 | MS | Revise settlement proposal re: SIR claims | 0.70 | $483.00 |

|  |  | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | **12.40** | **$9,868.50** |
|--|--|----------------------------------------------------------------------|-----------|---------------|

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|------------------|-------|------|
| B110 | Case Administration | 4.40 | $2,311.00 |
| B150 | Meetings of and Communication with Creditors | 0.10 | $69.00 |
| B160 | Fee/Employment Applications | 2.00 | $480.00 |
| B175 | Fee Applications and Invoices - Others | 5.70 | $2,321.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.80 | $289.00 |
| B210 | Business Operations | 2.00 | $975.00 |
| B310 | Claims Administration and Objections | 4.80 | $3,352.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 12.40 | $9,868.50 |
| | **Total** | **32.20** | **$19,665.50** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

# EXHIBIT B

Cinram Group, Inc.
Invoice No.: 873659

Page 9
September 19, 2018

## EXHIBIT B

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

### II. Summary of Disbursement Charges

| | |
|---|---|
| Miscellaneous | $25.00 |
| Bulk rate/special postage | $45.98 |
| Meals | $28.05 |
| **Total Disbursements** | **$99.03** |

The above charges are based upon time and expense records available on or about the date of the attached letter. Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future. Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 873659

Page 10
September 19, 2018

## DISBURSEMENT DETAIL:

| Date | Description | Amount |
|------|-------------|--------|
| 04/27/18 | Meals (local)  VENDOR: Rosen, Kenneth A. INVOICE#: 2510866505240205 DATE: 5/24/2018    ; 04/27/18; Lunch with Kenneth Rosen; Lunch before Technicolor meeting | $28.05 |
| 05/10/18 | Other Office Costs  catering charges for beverages NJ conf room Cinram - Meeting with Judge Kaplan | $25.00 |
|  | Bulk rate/special postage | $45.98 |
|  | Total Disbursements | $99.03 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.