**LOWENSTEIN SANDLER LLP**
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and*
*Debtors-in-Possession*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Debtors. | (Jointly Administered) |

**SIXTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP**
**FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018**

Lowenstein Sandler LLP, counsel to the above-captioned debtors and debtors-in-possession (collectively, the "Debtors"), submits this sixteenth monthly fee statement for the period of June 1, 2018 through June 30, 2018 (the "Sixteenth Fee Statement") pursuant to the Court's *Administrative Fee Order Establishing Certain Procedures for Allowance of Interim Compensation and Reimbursement of Expenses of Professionals Retained By Order of this Court*, dated May 12, 2017 [Docket No. 93] (the "Administrative Order"). Pursuant to the Administrative Order, responses to the Sixteenth Fee Statement, if any, are due by October 8, 2018.

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

Dated: September 24, 2018

Respectfully submitted,

**LOWENSTEIN SANDLER LLP**

/s/  *Mary E. Seymour*
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
One Lowenstein Drive
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Counsel to the Debtors and Debtors-in-Possession*

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

## D.N.J. LBR 2016-1, FEE APPLICATION COVER SHEET

IN RE:   Cinram Group, Inc., *et al.*          APPLICANT:   Lowenstein Sandler LLP

CASE NO.:   17-15258 (VFP)          CLIENT:   Chapter 11 Debtors

CHAPTER:   11          CASE FILED:   March 17, 2017

COMPLETION AND SIGNING OF THIS FORM CONSTITUTES A CERTIFICATION UNDER
PENALTY OF PERJURY, PURSUANT TO 28 U.S.C. SECTION 1746

### RETENTION ORDER(S) ATTACHED

### SIXTEENTH MONTHLY FEE STATEMENT OF LOWENSTEIN SANDLER LLP
### FOR THE PERIOD OF JUNE 1, 2018 THROUGH JUNE 30, 2018

## SECTION I
## FEE SUMMARY

|  | FEES | EXPENSES |
|---|---|---|
| TOTAL PREVIOUS FEES REQUESTED | $ 1,797,054.00 | $23,3445.71 |
| TOTAL FEES ALLOWED TO DATE: | $          -0- | $          -0- |
| TOTAL RETAINER (IF APPLICABLE) | $   166,390.75 | $          -0- |
| TOTAL HOLDBACK (IF APPLICABLE) | $   355,479.70 | $          -0- |
| TOTAL RECEIVED BY APPLICANT | $   482,373.40 | $ 14,305.30 |

| | |
|---|---|
| FEE TOTALS - PAGE 2 | $ 10,409.50 |
| DISBURSEMENTS TOTALS - PAGE 2 | $       22.19 |
| TOTAL FEE APPLICATION | $ 10,431.69 |
| MINUS 20% HOLDBACK | $   2,081.90 |
| AMOUNT SOUGHT AT THIS TIME | $  8,349.79 |

| Name of Professional | Year Admitted | Title/Department | Hours | Rate | Fee |
|---|---|---|---|---|---|
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 2.90 | $1,070.00 | $3,103.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 2.10 | $770.00 | $1,617.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 6.20 | $690.00 | $4,278.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 0.10 | $435.00 | $43.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 2.40 | $260.00 | $624.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.10 | $240.00 | $744.00 |
| **Total Fees** | | | **16.80** | | **$10,409.50** |
| **Attorney Blended Rate** | | | | **$800.13** | |

## SECTION II
## SUMMARY OF SERVICES

| SERVICES RENDERED | HOURS | FEE |
|---|---|---|
| Case Administration | 3.70 | $1,162.50 |
| Meetings of and Communication with Creditors | 0.10 | $26.00 |
| Fee/Employment Applications | 1.50 | $405.00 |
| Employment and Retention Applications - Others | 0.30 | $78.00 |
| Fee Applications and Invoices - Others | 0.80 | $507.00 |
| Other Contested Matters (excluding assumption/rejection motions) | 0.50 | $130.00 |
| Business Operations | 0.60 | $414.00 |
| Claims Administration and Objections | 8.60 | $7,134.00 |
| Plan and Disclosure Statement (including Business Plan) | 0.70 | $553.00 |
| **SERVICE TOTALS** | **16.80** | **$10,409.50** |

## SECTION III
## SUMMARY OF DISBURSEMENTS

| | AMOUNT |
|---|---|
| Bulk rate/special postage | $22.19 |
| **TOTAL DISBURSEMENTS** | **$22.19** |

**SECTION IV**
**CASE HISTORY**

(NOTE: Items 3 - 6 are not applicable to applications under 11 U.S.C. §506)

(1)  DATE CASE FILED: March 17, 2017

(2)  CHAPTER UNDER WHICH CASE WAS COMMENCED: 11

(3)  DATE OF RETENTION:  April 25, 2017, effective as of March 17, 2017 [Docket No. 84]. See Order attached.

(4)  SUMMARIZE IN BRIEF THE BENEFITS TO THE ESTATE AND ATTACH SUPPLEMENTS AS NEEDED[2]:

    a)  Lowenstein Sandler spent significant time (i) addressing issues raised in mediation; (ii) engaged in settlement negotiations with SIR Properties Trust ("SIR"); (iii) reviewing and responding to settlement proposals made by SIR; and (iv) developing a settlement proposal to address the claims asserted by SIR and Technicolor;

    b)  Lowenstein Sandler prepared and filed its eleventh monthly fee statement, assisted with the preparation of monthly fee statements for the Debtors' retained experts and other professionals, and reviewed fee applications filed by the Committee's professionals;

    c)  Lowenstein Sandler assisted with the preparation of the Debtors' Monthly Operating Reports;

    d)  Lowenstein Sandler performed all other legal services for the Debtors that were necessary and proper in these proceedings and in furtherance of the Debtors' needs.

(5)  ANTICIPATED DISTRIBUTION TO CREDITORS:

    (A)  ADMINISTRATION EXPENSES:    (unknown at this time)
    (B)  SECURED CREDITORS:    (unknown at this time)
    (C)  PRIORITY CREDITORS:    (unknown at this time)
    (D)  GENERAL UNSECURED CREDITORS:    (unknown at this time)

---

[2] The following summary is intended only to highlight the general categories of services performed by Lowenstein Sandler on behalf of the Debtors and the benefits rendered to the Debtors' estates. The summary is not intended to set forth each of the professional services provided by Lowenstein Sandler during the fee period.

3

(6)  FINAL DISPOSITION OF CASE AND PERCENTAGE OF DIVIDEND PAID TO
     CREDITORS (IF APPLICABLE):  Final disposition of case and dividend are unknown at
     this time.

     I certify under penalty of perjury that the foregoing is true and correct.

Dated:  September 24, 2018                    /s/ *Mary E. Seymour*
                                              Mary E. Seymour, Esq.

4

Case 17-15258-VFP    Doc 439    Filed 04/25/18    Entered 04/25/18 17:25:30    Desc Main
Document      Page 1 of 5

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1

LOWENSTEIN SANDLER LLP
Kenneth A. Rosen, Esq.
Mary E. Seymour, Esq.
Michael Savetsky, Esq.
Michael Papandrea, Esq.
65 Livingston Avenue
Roseland, New Jersey 07068
(973) 597-2500 (Telephone)
(973) 597-2400 (Facsimile)

*Proposed Counsel to the Debtors and
Debtors-in-Possession*

Order Filed on April 25, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

Cinram Group, Inc., *et al.*[1]

Debtors.

Chapter 11

Case No. 17- 15258 (VFP)

(Jointly Administered)

## ORDER AUTHORIZING THE EMPLOYMENT AND RETENTION OF LOWENSTEIN SANDLER LLP AS COUNSEL TO THE DEBTORS EFFECTIVE AS OF THE PETITION DATE

The relief set forth on the following pages, numbered two (2) through four (3), is

hereby **ORDERED**.

DATED: April 25, 2017

Honorable Vincent F. Papalia
United States Bankruptcy Judge

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.
33621/2
04/12/2017 200617069 1

Case 17-15258-VFP   Doc 429   Filed 06/25/18   Entered 06/25/18 17:35:30   Desc Main
Document      Page 2 of 35

Page:     2
Debtors:  Cinram Group, Inc., *et al.*
Case No.: 17-15258 (    )
Caption:  Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
          Counsel to the Debtors Effective as of the Petition Date

---

Upon consideration of the application (the "<u>Application</u>")[2] of the above captioned debtors and debtors-in-possession (collectively, the "<u>Debtors</u>") for entry of an order authorizing the employment and retention of Lowenstein Sandler LLP ("<u>Lowenstein Sandler</u>") as counsel to the Debtors, effective as of the Petition Date (March 17, 2017), and upon consideration of the Application and the Seymour Declaration; and the Court being satisfied, based on representations made in the Application that (i) Lowenstein Sandler has no connection with the Debtors, their creditors, any other party in interest, their current respective attorneys or professionals, the United States Trustee or any person employed in the Office of the United States Trustee, and does not represent any entity having an adverse interest to the Debtors in connection with the Debtors' Chapter 11 Cases, except as set forth in the Seymour Declaration; (ii) Lowenstein Sandler is a "disinterested person" as that phrase is defined in section 101(14) of the Bankruptcy Code, (iii) neither Lowenstein Sandler, nor its professionals, have any connection with the Debtors, their creditors or any other party in interest; and (iv) Lowenstein Sandler's employment is necessary and in the best interest of the Debtors; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, entered on July 23, 1984, and amended on September 18, 2012; and venue being proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409; and this matter being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and notice of the Application being sufficient under the circumstances; and it appearing that no other or further notice need be provided; and after due deliberation and sufficient cause appearing therefor;

IT IS HEREBY ORDERED THAT:

1.      The Application is **GRANTED** as set forth herein.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Application.

Case 17-15258-VFP   Doc 479   Filed 06/23/18   Entered 06/26/18 17:57:32   Desc Main
Document      Page 3 of 35

Page:       3
Debtors:   Cinram Group, Inc., *et al.*
Case No.:  17-15258 (    )
Caption:   Order Authorizing the Employment and Retention of Lowenstein Sandler LLP as
           Counsel to the Debtors Effective as of the Petition Date

---

2.     The Debtors are authorized to employ and to retain Lowenstein Sandler,

effective as of the Petition Date, to serve as the Debtors' counsel in these Chapter 11 Cases.

3.     Lowenstein Sandler shall be compensated as set forth in the Application in

accordance with sections 330 and 331 of the Bankruptcy Code, the applicable provisions of the

Bankruptcy Rules, the Local Rules, and any orders entered in these cases governing professional

compensation and reimbursement for services rendered and charges and disbursements incurred.

Lowenstein Sandler also intends to make a reasonable effort to comply with the U.S. Trustee's

requests for information and disclosures as set forth in the Appendix A Guidelines, both in

connection with the Application and interim and final fee applications to be filed by Lowenstein

Sandler in these Chapter 11 Cases.

4.     The requirement set forth in Local Rule 9013-1(a)(3) that any motion or

other request for relief be accompanied by a memorandum of law is hereby deemed satisfied by

the contents of the Application or otherwise waived

5.     The Debtors are authorized to take all actions necessary to effectuate the

relief granted pursuant to this Order.

6.     This Court shall retain exclusive jurisdiction to hear and decide any and all

disputes related to or arising from the implementation, interpretation and enforcement of this

Order.

Case 17-15258-VFP Doc 84-1 Filed 06/08/28/17 Entered 06/08/28/17:32:28:30 Desc Main
Document Entage Page 35 of 1

Form order - ntcorder

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 17-15258-VFP
Chapter: 11
Judge: Vincent F. Papalia

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Cinram Group, Inc.                                    Cinram Operations, Inc.
fka Cinram Acquisition, Inc.
Attn: Glenn Langberg, CEO
220 South Orange Ave
Livingston, NJ 07039

Social Security No.:

Employer's Tax I.D. No.:
32-0380588

### NOTICE OF JUDGMENT OR ORDER
Pursuant to Fed. R. Bankr. P. 9022

Please be advised that on April 26, 2017, the court entered the following judgment or order on the court's docket in the above-captioned case:

Document Number: 84 - 69
Order Granting Application to Employ Lowenstein Sandler LLP as counsel for debtor (Related Doc # 69). Service of notice of the entry of this order pursuant to Rule 9022 was made on the appropriate parties. See BNC Certificate of Notice. Signed on 4/25/2017. (jf)

Parties may review the order by accessing it through PACER or the court's electronic case filing system (CM/ECF). Public terminals for viewing are also available at the courthouse in each vicinage.

Dated: April 26, 2017
JAN: jf

                                    Jeanne Naughton
                                    Clerk

# EXHIBIT A

## EXHIBIT A

Professional Services rendered by Lowenstein Sandler LLP, through June 30, 2018

In re: Chapter 11

## I. SUMMARY OF TIME CHARGES AND HOURLY RATES

| Name of Professional | Year Admitted | Title/Department | Hours Spent | Hourly Rate | Charge |
|---|---|---|---|---|---|
| Rosen, Kenneth A. | 1979 | Partner/Bankruptcy | 2.90 | $1,070.00 | $3,103.00 |
| Seymour, Mary E. | 1994 | Partner/Bankruptcy | 2.10 | $770.00 | $1,617.00 |
| Savetsky, Michael | 2005 | Counsel/Bankruptcy | 6.20 | $690.00 | $4,278.00 |
| Papandrea, Michael T. | 2015 | Associate/Bankruptcy | 0.10 | $435.00 | $43.50 |
| Claussen, Diane | N/A | Paralegal/Bankruptcy | 2.40 | $260.00 | $624.00 |
| Lawler, Elizabeth B. | N/A | Paralegal/Bankruptcy | 3.10 | $240.00 | $744.00 |
| **TOTAL FEES** | | | **16.80** | | **$10,409.50** |
| **Attorney Blended Rate** | | | | | **$800.13** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL

Cinram Group, Inc.
Invoice No.: 874138

Page 2
September 21, 2018

TIME DETAIL:

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B100 - Administration | | | | | |
| B110 Case Administration | | | | | |
| B110 | 06/05/18 | DC | Update critical dates memo | 0.20 | $52.00 |
| B110 | 06/05/18 | MTP | Review critical dates and calendar entries re: deadline to remove actions | 0.10 | $43.50 |
| B110 | 06/12/18 | MS | E-mail to M. Erbeck re: adjournment of status conference on objection to SIR's claims | 0.10 | $69.00 |
| B110 | 06/14/18 | DC | Prepare adjournment requests for 6/19 hearing | 0.40 | $104.00 |
| B110 | 06/14/18 | MS | Call with M. Hall re: adjournment requests | 0.10 | $69.00 |
| B110 | 06/14/18 | MS | Review and revise adjournment requests for submission to chambers | 0.10 | $69.00 |
| B110 | 06/14/18 | MS | E-mails with D. Claussen re: adjournment requests | 0.10 | $69.00 |
| B110 | 06/15/18 | DC | Draft e-mail to chambers re: adjournment requests | 0.20 | $52.00 |
| B110 | 06/15/18 | DC | Receipt of e-mail from Judge Papalia's lawclerk re: approval of adjournment requests, udpate calendar and critical dates memo | 0.40 | $104.00 |
| B110 | 06/15/18 | MS | E-mails with D. Claussen re: adjournment requests | 0.10 | $69.00 |
| B110 | 06/22/18 | DC | Tend to filing Monthly Operating Reports for May 2018 | 0.30 | $78.00 |
| B110 | 06/28/18 | EBL | Prepare Lowenstein Sandler's eleventh monthly fee statement and related documents | 1.60 | $384.00 |
| | | | **Total B110 - Case Administration** | 3.70 | $1,162.50 |
| B150 Meetings of and Communication with Creditors | | | | | |
| B150 | 05/25/18 | DC | Return telephone call to creditor re: bankruptcy notice received | 0.10 | $26.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 874138

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| | | | **Total B150 - Meetings of and Communication with Creditors** | 0.10 | $26.00 |

### B160 Fee/Employment Applications

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B160 | 06/28/18 | EBL | Finalize and e-file (.3); prepare service (.4), prepare and e-file certification of service (.3) re: LS eleventh monthly fee statement | 1.00 | $240.00 |
| B160 | 06/28/18 | EBL | Prepare (.2) and e-file (.2) CNO to Lowenstein Sandler's Tenth Monthly Fee Statement | 0.40 | $96.00 |
| B160 | 06/28/18 | MS | Review/revise CNO for Lowenstein's tenth monthly fee statement and e-mails with B. Lawler re: same | 0.10 | $69.00 |
| | | | **Total B160 - Fee/Employment Applications** | 1.50 | $405.00 |

### B165 Employment and Retention Applications - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B165 | 06/21/18 | DC | Draft e-mail to committee counsel and UST re: payment of invoice from ordinary course professional | 0.20 | $52.00 |
| B165 | 06/22/18 | DC | Draft e-mail to counsel forwarding invoice from ordinary course professional RSM LLC | 0.10 | $26.00 |
| | | | **Total B165 - Employment and Retention Applications - Others** | 0.30 | $78.00 |

### B175 Fee Applications and Invoices - Others

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|------------|----------------|-------|--------|
| B175 | 06/04/18 | MS | Call with M. Sobel re: JM Zell monthly fee statements | 0.10 | $69.00 |
| B175 | 06/04/18 | MS | E-mails with M. Sobel re: JM Zell monthly fee statements | 0.10 | $69.00 |
| B175 | 06/04/18 | MS | E-mails with J. Catalano and B. Lawler re: JM Zell monthly fee statements | 0.10 | $69.00 |
| B175 | 06/20/18 | EBL | Review and respond to e-mail from M. Savetsky re: GPI fees | 0.10 | $24.00 |
| B175 | 06/21/18 | MS | Confer with M. Seymour re: RSM invoice | 0.10 | $69.00 |
| B175 | 06/21/18 | MS | E-mails with J. Olsakovsky re: RSM invoice and review same | 0.20 | $138.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 874138

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B175 | 06/21/18 | MS | E-mails with D. Claussen re: service of RSM invoice | 0.10 | $69.00 |
| | | | **Total B175 - Fee Applications and Invoices - Others** | 0.80 | $507.00 |

B190 Other Contested Matters (excluding assumption/rejection motions)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B190 | 06/15/18 | DC | Review Fourth Order Extending Time for Removal, cause service of same and prepare and file Certification of Service | 0.50 | $130.00 |
| | | | **Total B190 - Other Contested Matters (excluding assumption/rejection motions)** | 0.50 | $130.00 |

B200 - Operations

B210 Business Operations

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B210 | 06/18/18 | MS | Review draft MORs for each Debtor for May 2018 | 0.40 | $276.00 |
| B210 | 06/18/18 | MS | E-mails with J. Olsakovsky re: draft MORs for May 2018 | 0.10 | $69.00 |
| B210 | 06/21/18 | MS | E-mails with D. Claussen re: MORs for May 2018 | 0.10 | $69.00 |
| | | | **Total B210 - Business Operations** | 0.60 | $414.00 |

B300 - Claims and Plan

B310 Claims Administration and Objections

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|------|------|-----------|----------------|-------|--------|
| B310 | 06/06/18 | MS | E-mail to K. Rosen and M. Seymour re: claim settlement discussions with Technicolor | 0.10 | $69.00 |
| B310 | 06/06/18 | MS | Call with J. Testa re: Technicolor claim settlement discussions | 0.20 | $138.00 |
| B310 | 06/08/18 | MES | E-mails with K. Rosen and M. Savetsky re: SIR settlement proposal and plan terms | 0.20 | $154.00 |
| B310 | 06/08/18 | MES | Review SIR's counter proposal for settlement | 0.30 | $231.00 |

Cinram Group, Inc.
Invoice No.: 874138

Page 5
September 21, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 06/08/18 | MS | Review SIR settlement proposal and original proposal made to SIR | 0.20 | $138.00 |
| B310 | 06/08/18 | MS | E-mails with K. Rosen and M. Seymour re: SIR settlement proposal and plan terms | 0.20 | $138.00 |
| B310 | 06/11/18 | MES | Confer with M. Savetsky re: claim mediation issues | 0.20 | $154.00 |
| B310 | 06/11/18 | MS | Confer with M. Seymour re: claim mediation issues | 0.20 | $138.00 |
| B310 | 06/11/18 | MS | E-mails with K. Rosen re: claim mediation issues | 0.10 | $69.00 |
| B310 | 06/15/18 | MS | E-mails with J. Testa re: settlement offer | 0.10 | $69.00 |
| B310 | 06/15/18 | MS | Confer with K. Rosen re: settlement discussions re: SIR claim | 0.10 | $69.00 |
| B310 | 06/18/18 | KAR | Review SIR proposal (.2); telephone conference with G. Langberg re: same (.2) | 0.40 | $428.00 |
| B310 | 06/18/18 | KAR | Telephone conference with Judge Kaplan re: SIR proposal | 2.00 | $2,140.00 |
| B310 | 06/19/18 | MES | Confer with M. Savetsky re: settlement negotiations and plan | 0.10 | $77.00 |
| B310 | 06/19/18 | MS | Confer with M. Seymour re: settlement negotiations and plan | 0.10 | $69.00 |
| B310 | 06/19/18 | MS | Call with J. Testa re: settlement negotiations on Technicolor's claims | 0.20 | $138.00 |
| B310 | 06/20/18 | KAR | E-mail (2x) responding to inquiries of Judge Kaplan (mediator) re: Technicolor | 0.20 | $214.00 |
| B310 | 06/20/18 | MS | E-mails with K. Rosen re: settlement discussions with J. Testa and response to Judge Kaplan | 0.20 | $138.00 |
| B310 | 06/26/18 | MES | Review Technicolor's proposed settlement term sheet | 0.60 | $462.00 |
| B310 | 06/26/18 | MS | Review Technicolor's proposed settlement term sheet | 0.60 | $414.00 |
| B310 | 06/26/18 | MS | Draft e-mail to G. Langberg re: Technicolor's proposed settlement term sheet | 0.40 | $276.00 |
| B310 | 06/26/18 | MS | E-mails with J. Testa re: Technicolor's proposed settlement term sheet | 0.20 | $138.00 |
| B310 | 06/28/18 | MES | Confer with M. Savetsky re: Technicolor settlement term sheet | 0.10 | $77.00 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

Cinram Group, Inc.
Invoice No.: 874138

Page 6
September 21, 2018

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B310 | 06/28/18 | MS | Confer with M. Seymour re: Technicolor settlement term sheet | 0.10 | $69.00 |
| B310 | 06/28/18 | MS | E-mail to K. Rosen re: claim settlement discussions | 0.10 | $69.00 |
| B310 | 06/28/18 | MS | Calls with G. Langberg re: Technicolor settlement offer | 0.20 | $138.00 |
| B310 | 06/29/18 | KAR | Confer with M. Seymour and M. Savetsky re: Technicolor settlement offer | 0.20 | $214.00 |
| B310 | 06/29/18 | MES | Confer with K. Rosen and M. Savetsky re: Technicolor settlement offer | 0.20 | $154.00 |
| B310 | 06/29/18 | MS | Review e-mail from Judge Kaplan re: settlement discussions with SIR | 0.10 | $69.00 |
| B310 | 06/29/18 | MS | Review claim settlement term sheets | 0.20 | $138.00 |
| B310 | 06/29/18 | MS | Review claims register | 0.30 | $207.00 |
| B310 | 06/29/18 | MS | Confer with K. Rosen and M. Seymour re: Technicolor settlement offer | 0.20 | $138.00 |
| | | | **Total B310 - Claims Administration and Objections** | 8.60 | $7,134.00 |

B320 Plan and Disclosure Statement (including Business Plan)

| Code | Date | Timekeeper | Time Narrative | Hours | Amount |
|---|---|---|---|---|---|
| B320 | 06/11/18 | MS | Review current plan re: settlement offer from SIR | 0.10 | $69.00 |
| B320 | 06/11/18 | MS | E-mail to R. Jareck re: exclusivity extension motion | 0.10 | $69.00 |
| B320 | 06/13/18 | KAR | Respond to M. Savetsky re: exclusivity extension | 0.10 | $107.00 |
| B320 | 06/29/18 | MES | Review correspondence from Judge Kaplan re: terms of settlement with SIR and documentation to be prepared re: same (.2); work on documentation (.2) | 0.40 | $308.00 |
| | | | **Total B320 - Plan and Disclosure Statement (including Business Plan)** | 0.70 | $553.00 |

Cinram Group, Inc.
Invoice No.: 874138

**Timekeeper Summary** (by Task):

| Task | Task Description | Hours | Fees |
|------|-----------------|-------|------|
| B110 | Case Administration | 3.70 | $1,162.50 |
| B150 | Meetings of and Communication with Creditors | 0.10 | $26.00 |
| B160 | Fee/Employment Applications | 1.50 | $405.00 |
| B165 | Employment and Retention Applications - Others | 0.30 | $78.00 |
| B175 | Fee Applications and Invoices - Others | 0.80 | $507.00 |
| B190 | Other Contested Matters (excluding assumption/rejection motions) | 0.50 | $130.00 |
| B210 | Business Operations | 0.60 | $414.00 |
| B310 | Claims Administration and Objections | 8.60 | $7,134.00 |
| B320 | Plan and Disclosure Statement (including Business Plan) | 0.70 | $553.00 |
| | **Total** | **16.80** | **$10,409.50** |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.

# EXHIBIT B

Cinram Group, Inc.
Invoice No.: 874138

## EXHIBIT B

**Actual and necessary disbursements incurred by Lowenstein Sandler LLP**

### II.  Summary of Disbursement Charges

| | |
|---|---|
| Bulk rate/special postage | $22.19 |
| **Total Disbursements** | **$22.19** |

The above charges are based upon time and expense records available on or about the date of the attached letter.  Such records are believed in good faith to be accurate and substantially up to date, but there may be fees and expenses that have not been processed as of such date which Lowenstein Sandler LLP may submit in the future.  Lowenstein Sandler LLP reserves the right to amend this monthly statement at a later date.

Cinram Group, Inc.
Invoice No.: 874138

Page 9
September 21, 2018

**DISBURSEMENT DETAIL:**

| Date | Description | Amount |
|------|-------------|--------|
|      | Bulk rate/special postage | $22.19 |
|      | Total Disbursements | $22.19 |

ALL DETAILED INFORMATION IS CONSIDERED TO BE PRIVILEGED AND CONFIDENTIAL.