| |
|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1 |
| **LOWENSTEIN SANDLER LLP**<br>Kenneth A. Rosen, Esq.<br>Mary E. Seymour, Esq.<br>Michael Savetsky, Esq.<br>One Lowenstein Drive<br>Roseland, New Jersey 07068<br>(973) 597-2500 (Telephone)<br>(973) 597-2400 (Facsimile)<br><br>*Counsel to the Reorganized Debtors* |

Order Filed on June 3, 2019
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Chapter 11 |
| Cinram Group, Inc., *et al.*,[1] | Case No. 17-15258 (VFP) |
| Reorganized Debtors. | (Jointly Administered) |

**CONSENT ORDER RESOLVING OBJECTION TO CLAIM NO. 30
FILED BY CALIFORNIA SELF-INSURERS' SECURITY FUND**

The relief set forth on the following page, numbered two (2) through three (3), is hereby **ORDERED**.

**DATED: June 3, 2019**

_____
**Honorable Vincent F. Papalia
United States Bankruptcy Judge**

---

[1] The Debtors in these chapter 11 cases and the last four digits of each Debtor's taxpayer identification number are as follows: Cinram Group, Inc. (0588), Cinram Property Group, LLC (9738), and Cinram Operations, Inc. (7377). The Debtors conduct all of their business affairs out of offices located at 220 South Orange Avenue, Livingston, New Jersey 07039.

Page: 2
Debtors: Cinram Group, Inc., *et al.*
Case No.: 17-15258 (VFP)
Caption: Consent Order Resolving Objection to Claim No. 30 Filed By California Self-Insurers' Security Fund

---

This matter is before the Court upon the objection (the "Objection")[2] of the above-captioned reorganized debtors (collectively, the "Reorganized Debtors") requesting entry of an order disallowing Claim No. 30 filed by California Self-Insurers' Security Fund (the "Fund") against Cinram Group, Inc.; and the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334 and the *Standing Order of Reference to the Bankruptcy Court Under Title 11* of the United States District Court for the District of New Jersey, as amended on September 18, 2012; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2) and the Court may enter a final order consistent with Article III of the United States Constitution; and the Court having found that venue of this proceeding in this District is proper pursuant to 28 U.S.C. §§ 1408 and 1409; and it appearing that sufficient notice of the Objection has been given; and the Reorganized Debtors and the Fund having engaged in settlement discussions and resolved the Objection on the terms set forth herein; and the Court having determined that the relief set forth herein is in the best interests of the Reorganized Debtors, the Debtors, their estates and their creditors; and after due deliberation and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. The Objection is resolved as set forth herein.

2. Claim No. 30 filed by California Self-Insurers' Security Fund is hereby reduced and allowed as a Class 5 General Unsecured Claim against Cinram Group, Inc. in the amount of $300,000 and shall share pro rata in distributions to holders of allowed claims in Class 5 under the Debtors' *Fifth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*.

---

[2] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Objection.

Page: 3
Debtors: Cinram Group, Inc., *et al.*
Case No.: 17-15258 (VFP)
Caption: Consent Order Resolving Objection to Claim No. 30 Filed By California Self-Insurers' Security Fund

---

3. California Self-Insurers' Security Fund shall not assert any other claims and shall not have any other allowed claims against the Debtors or Reorganized Debtors.

4. The California Self-Insurers' Security Fund is not, by and through this order, waiving or compromising any claims as against Cinram International Inc. (if any), nor against any third party administrator that had a role in connection with California workers' compensation claims against Cinram Group, Inc., but agrees that, except for the allowed claim against Cinram Group, Inc. set forth in paragraph 2 hereof, it shall not have or assert any claims against any of the Released Parties (as defined in the Debtors' *Fifth Amended Joint Plan of Reorganization Under Chapter 11 of the Bankruptcy Code*).

5. This Order shall be immediately effective and enforceable upon its entry.

6. The Reorganized Debtors are authorized to take all actions necessary to effectuate the relief granted pursuant to this Order.

7. This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, or enforcement of this Order.

STIPULATED AND AGREED:
Dated: May 28, 2019

**LOWENSTEIN SANDLER LLP**

By: /s/ *Michael Savetsky*

Mary E. Seymour, Esq.
Michael Savetsky, Esq.
One Lowenstein Drive
Roseland, NJ 07068
Telephone: (973) 597-6118

*Counsel to the Reorganized Debtors*

**NIXON PEABODY LLP**

By: /s/ *Louis J. Cisz, III*

Louis J. Cisz, III, Esq.
One Embarcadero Center, 32nd Floor
San Francisco, CA 94111
Telephone: (415) 984-8320

*Counsel to California Self-Insurers' Security Fund*